FEE PAID          RDDJ

FILED
CLERK, U.S. DISTRICT COURT
11/6/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____GSA____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION – LOS ANGELES

ERIC HUNT,
    Pro Se Plaintiff,

CASE NO. 2:25-cv-10750-ODW-(MBKx)

       v.

JURY TRIAL DEMANDED

IRENE ZISBLATT,
STEVEN SPIELBERG,
UNIVERSAL STUDIOS, LLC,
NETFLIX, INC.,
USC SHOAH FOUNDATION,
DORRANCE PUBLISHING CO., INC.,
FOCUS FEATURES,
INTERNATIONAL MARCH OF THE LIVING, INC.,
JAMES MOLL;  MICHAEL BERENBAUM,
STUART MERMELSTEIN,
ROBIN MERMELSTEIN,
ANDIE MERMELSTEIN,
KEN LIPPER, JUNE BEALLOR,
UNION COLLEGE, STEPHEN BERK,
SCHMULY RUBIN,
CENTER FOR JEWISH LIFE OF NY, INC,
CHABAD AT UNION COLLEGE,
CHABAD JEWISH CENTER OF PALMETTO BAY, INC.,
CHABAD OF VENICE AND NORTH PORT FLORIDA INC.,
AND DOES 1-20,
    Defendants.

### ...D COMPLAINT AND DEMAND FOR JURY TRIAL

(Lanham Act, 15 U.S.C. § 1125(a); California UCL § 17200; Civil Conspiracy)

Plaintiff Eric Hunt, pro se, alleges:

ERIC HUNT v. IRENE ZISBLATT, et al.        CASE NO. _____

## I. PRELIMINARY STATEMENT: THE COMMERCIAL FRAUD

1. This is a civil action for **Commercial Fraud, Literal False Advertising, and Unfair Competition** under the Lanham Act (15 U.S.C. § 1125(a)) and related state laws.

2. This Complaint is not a challenge to protected historical or political speech. It is a challenge to the **willful, large-scale commercial exhibition, sale, and licensing of two demonstrably false physical relics/props**: the **"Defecated Diamonds Pendant" (Exhibit A)** and the **"Scarless Mengele Tattoo Removal Forearm Graft" (Exhibit B).** These are marketed as authenticated survivor testimony and physical items to generate millions in commercial revenue from VIP ticket sales, book sales, international tours, film licenses, and paid speaking events (Exhibit J, R).

3. The entire fraudulent scheme, directed by Defendant Spielberg and leveraged by the corporate Defendants, constitutes a **literally false commercial representation** designed to suppress demand for truthseeking, competing historical works, especially the Plaintiff's own competing documentary *The Last Days of the Big Lie*, and has caused substantial financial and personal injury to the Plaintiff (Exhibits L, S, T).

## II. PARTIES

Plaintiff names the following individuals and entities as Defendants, each of whom participated in, had knowledge of, benefitted from, or continues to commercially promote and license the literally false representations regarding the Defecated

ERIC HUNT v. IRENE ZISBLATT, et al.          CASE NO. _____

Diamonds Pendant (Exhibit A) and the Scarless Mengele Tattoo Removal

Buttocks-To-Forearm Skin Graft Forearm (Exhibit B):

| Party | Capacity & Location | Alleged Role in Fraudulent Enterprise |
|---|---|---|
| Plaintiff Eric Hunt | CA | Filmmaker, *The Last Days of the Big Lie*, author, historical researcher, direct competitor who suffered severe financial and reputational injury from the conspiracy to defend the fraud. |
| Irene Zisblatt, | FL | The primary perpetrator of the false testimony, who uses the commercial exploitation of Exhibit A - Defecated Diamonds Pendant and Exhibit B - Scar-Free Mengele Buttocks-to-Forearm Skin Grafts Tattoo Removed Forearm for her sole personal financial gain through paid speaking tours and licensing agreements. |
| Steven Spielberg | CA | Executive Producer of The Last Days; author of the back-cover endorsement of The Fifth Diamond 2nd Edition (2020) (Exhibit X-1); personally directed Zisblatt to "let kids touch the diamonds" (Exhibit X-2), establishing the VIP commercial model. His name is the nexus of the fraud's credibility. |
| James Moll | CA | Director of The Last Days; supervised the 2021 remaster, willfully continuing the fraud. |
| USC Shoah Foundation | CA | Archivist, producer, and distributor of the 1998 interview containing the defecated diamonds pendant narrative; based in Los Angeles, California. Has evidence of literal falsity as producers and archivists of 1993 and 1995 Zisblatt interviews. |

ERIC HUNT v. IRENE ZISBLATT, et al.        CASE NO. _____

| Netflix, Inc. | CA | Licensed and current Distributor of the 2021 remaster, features and commercially promotes the two false relics (Exhibits A and B) as true, authenticated historical items. Actively profiting from the fraudulent content. |
|---|---|---|
| Focus Features | CA | A corporate entity acting as a distribution arm for the Film, actively involved in licensing and distributing the false commercial representations. |
| Michael Berenbaum | CA | An academic, rabbi, and historian associated with the fraudulent scheme. By lending his professional authority and participation to the promotion and exhibition of the false relics and narratives, Defendant Berenbaum willfully participates in the commercial fraud in violation of the Lanham Act. |
| Universal Studios, LLC | CA | The Production and Distribution Nexus. Universal Pictures was the original distributor of the film containing the false relics/testimony. They hold copyrights and licensing rights and continue to profit from the film's exhibition and association with their brand. |
| Ken Lipper | NY | An original Key Creative and Financial Principal in the production of the film The Last Days, serving as Producer. Accepted the Academy Award for Best Documentary Feature (1998) on behalf of the production team. His possession of the Oscar confirms his original, central stake in the film's reputation and commercial success. Upon information and belief, he continues to hold contractual rights and is receiving royalties, residuals, or other financial benefits from the current licensing agreements with Defendants Netflix and Universal Studios, including the 2021 remastered edition and the associated commercial enterprise built on the false |

ERIC HUNT v. IRENE ZISBLATT, et al.          CASE NO. _____

| | | |
|---|---|---|
| | | relics. Defendant Lipper is therefore directly liable for participating in the ongoing commercial scheme under the Lanham Act and Civil Conspiracy. |
| June Beallor | CA | Key Producer and Financial Principal in the production of the film *The Last Days*. Ms. Beallor's integral role in the film's creation and its subsequent commercial success, which relies entirely on the authenticated nature of the survivor testimony and relics, establishes her as a participant in the scheme. Upon information and belief, she continues to hold contractual rights and is receiving royalties, residuals, or other financial benefits from the current, ongoing commercial exploitation of the film, including the Netflix licensing and public promotion tours. Defendant Beallor is therefore directly liable for participating in the ongoing commercial scheme under the Lanham Act and Civil Conspiracy. |
| Stuart Mermelstein | FL | Zisblatt's son-in-law and lawyer, who acts as her defamatory media spokesperson, involved in management duties along with Robin and Andie Mermelstein and is jointly engaged in the ongoing commercial exploitation and sale of the false narrative and relics (Exhibit J, R). |
| Robin Mermelstein, Andie Mermelstein | FL | Zisblatt's daughter and granddaughter who, upon information and belief, actively assist in the commercial promotion, worldwide dissemination via livestream events, book sales, and management of the false narrative, and receive direct or indirect financial benefit from the scheme. |
| Dorrance Publishing Co. | PA | Publisher of the 2020 edition of The Fifth Diamond which added an indemnity clause (Exhibit H), demonstrating knowledge of the legal risk, yet willfully continuing to publish and advertise the |

ERIC HUNT v. IRENE ZISBLATT, et al.          CASE NO. _____

| | | |
|---|---|---|
| | | false pendant and false tattoo removal story as non-fiction for commercial gain. |
| INTERNATIONAL MARCH OF THE LIVING, INC. | | A non-profit entity that is an active promoter and co-conspirator, using the film and Zisblatt's false testimony and relics to recruit and sell tickets for its paid educational tours (Exhibit J). |
| Stephen Berk | NY | Professor at Union College; received forensic proof of literal falsity (Exhibits A, B, C), then willfully proceeded with the 2024 event (Exhibit Y). Led security to call Albany FBI Joint Terrorism Task force on Plaintiff. |
| Union College | NY | Institutional co-sponsor and venue host of the November 2024 event, which was knowingly facilitated after receiving formal notice of the fraud (Exhibit Y). |
| Chabad at Union College, Shmuly Rubin, | NY | Co-sponsors and hosts of event (Exhibit Y) that advertised and monetized Zisblatt's fabricated status and facilitated cash book sales across state lines NY/FL/PA (Exhibit Y). |
| Chabad of Palmetto Bay & Deering Bay | FL | Host of 2024 $2,500 "Diamond Tier" VIP event. |
| Chabad of Venice & North Port Florida Inc. | FL | Host of 2024 $1000 VIP event. |
| Center For Jewish Life of NY Inc. (Sag Harbor) | NY | Host of a ticketed event advertising a genuine "victim of barbaric Mengele experiments." |
| DOES 1-20 | | Unidentified persons or entities who participated in the fraud and will be named upon discovery. |

## III. JURISDICTION & VENUE

**Federal Question:** This Court has original jurisdiction over the Lanham Act claim

ERIC HUNT v. IRENE ZISBLATT, et al.        CASE NO. _____

pursuant to 15 U.S.C. § 1125(a) and 28 U.S.C. § 1331.

**Supplemental Jurisdiction:** This Court has supplemental jurisdiction over the state law claims, including the California Unfair Competition Law (UCL) and Civil Conspiracy, pursuant to 28 U.S.C. § 1367.

**Venue:** Venue is proper in the Central District of California, Western Division (Los Angeles), as Defendant Spielberg, the USC Shoah Foundation, Netflix, and Focus Features are headquartered or conduct substantial business in this division, and the fraud originates from their distribution of the film and archiving of the original false testimony.

**Personal Jurisdiction (*Calder v. Jones*):** This Court has specific personal jurisdiction over all Defendants, including the out-of-state Defendants (Florida, New York, and Pennsylvania parties), because they have **purposefully directed their tortious and commercial conduct at the state of California.**

- **Aimed at California:** The fraud was expressly aimed at California by making the story the centerpiece of a documentary executive produced by a California resident (Spielberg), archived by a California institution (USC Shoah Foundation), and distributed via a California company (Netflix) to drive real-world sales of access to the fake defecated diamonds relic.

- **Harm Felt in California:** This intentional act of fraud directly caused economic and personal injury to the Plaintiff, a California-resident author (associated Florida address is a mailing address opened solely for this lawsuit), filmmaker, and competitor, in his state of residence and place of professional activity, directly

ERIC HUNT v. IRENE ZISBLATT, et al.      CASE NO. _____

impacting his reputation and causing over $1,000,000 in lost revenue. (See *Calder v. Jones*, 465 U.S. 783 (1984)).

## IV. STATEMENT OF FACTS

**The Plaintiff.** Eric Hunt is an independent filmmaker and truth-seeker who has produced non-commercial documentaries especially *The Last Days of the Big Lie*, an exposé of the various frauds of Defendants within *The Last Days* film which directly compete with the Defendants' commercial narrative in the marketplace of historical information and media.

**The Film and the Relics.** In 1998, Steven Spielberg's foundation produced the Oscar-winning documentary film *The Last Days* (the "Film"). The Film features Irene Zisblatt's testimony, which centers on two physical items (Defecated Diamonds Pendant, Exhibit A, Mengele Tattoo Removal Buttocks-to-Forearm Skin Graft Forearm, Exhibit B) marketed as authenticated historical proof of her survival:

## A. The Three Literally False Commercial Representations

The core of Defendants' commercial enterprise is built upon three claims, all of which are **literally false** based on physical, scientific, and historical documentation:

**The Fraudulent Commercial Relic (Defecated Diamonds Pendant, Exhibit A):** The Defendants advertise and commercially exhibit (Exhibits A, J, R) the four-diamond pendant as a relic recovered via **repeated ingestion, defecation, and sifting through feces over a year** while in Auschwitz, a death march, and forced labor camps.

- **Literal Falsity:** The pendant's current condition (Exhibit A), lacking the expected corrosion, deformation, and wear, is scientifically impossible given the claimed

ERIC HUNT v. IRENE ZISBLATT, et al.       CASE NO. _____

provenance (Exhibit C).

- **Fraud Timeline:** The diamond cycle story and pendant **only materialized for *The Last Days*** and are **not mentioned** in Zisblatt's extensive 1993 or 1995 video testimonies (Exhibit G).

- **Overt Act:** The specific act of directing Zisblatt to allow consumers to **"touch the diamonds"** to "feel history" (Exhibit X-2) is the final overt act in this literally false commercial scheme.

**The Fraudulent Commercial Prop (Scarless Forearm, Exhibit B):** The Defendants commercially advertise and exhibit a claim that Dr. Josef Mengele performed a **six-month, anesthesia-free skin removal and buttocks-to-forearm skin graft** to remove Zisblatt's tattoo.

- **Literal Falsity:** Zisblatt's forearm (Exhibit B) is **flawless, uniform in texture, and devoid of any scars, graft lines, or pigmentation abnormalities** that would be the inevitable result of the claimed procedure.

- **Historical Impossibility:** Irene Zisblatt was simply **never branded with an Auschwitz tattoo** (Exhibit C). The continued display of this pristine forearm at paid events is the willful marketing of a physically false prop.

**Literal Falsity** (Exhibits A and B). Both Exhibits A and B are literally false commercial representations that defy known physics, biology, and historical documentation, and whose authenticity has been repeatedly challenged and dismissed as impossible by experts in the field (Exhibit C).

**The Fraudulent Commercial Status (Mengele Experiment Victim, Exhibit I):** The Defendants advertise Zisblatt as **"part of Dr. Josef Mengele's barbaric experiments"**

ERIC HUNT v. IRENE ZISBLATT, et al.        CASE NO. _____

(Exhibit J).

- **Literal Falsity:** Irene Zisblatt is neither a twin nor a gypsy, the primary subjects of Mengele's studies, and is recorded on zero documents connected to Mengele's anthropological twin survey or medical research (Exhibit C). Newly discovered, suppressed documents (Exhibit I) prove the claimed eye-color change experiment was conducted on a specific Gypsy patient from the Mechau family with a rare genetic hereditary disorder, **not** on Zisblatt or any other hazel-eyed Jews she claims she was forced to drink urine with in a standing room only dungeon (Exhibit D). The claim is maintained willfully for the sole purpose of monetizing the false Mengele-victim status and securing premium sales of the "incredible story".

**B. Defendants' Willful Continuation of the Scheme**

**Commercial Use and Lanham Act Standing.** The commercial promotion of the Film *The Last Days*, the book *The Fifth Diamond*, and the associated speaking tours (Exhibit J) explicitly use these two literally false Relics/props as the primary promotional vehicle and source of historical authenticity.

The false claims are used to attract millions in licensing revenue (Netflix, Universal), book sales (Dorrance), and VIP/ticket sales for tours and speaking events (IMOL, Chabad).

**The literal falsity** of these claims and relics creates a **suppression of demand** for the Plaintiff's competing non-commercial films and historical works, which expose the fraud, causing direct, quantifiable reputational and financial injury to the Plaintiff's competing commercial interests in the marketplace of historical media and information.

ERIC HUNT v. IRENE ZISBLATT, et al.      CASE NO. _____

**The Continuing Conspiracy and New Acts (Post-2009).** The commercial fraud scheme is ongoing and has been renewed by Defendants' recent actions, as well as new publications, 2021 *The Last Days* Remastered Edition republished 2025 to Netflix, 2020's *The Fifth Diamond* 2nd Edition, thereby circumventing the Statute of Limitations for the original 1998 film release (Exhibit Z).

- **New Act 1: Netflix Remaster (2021).** Netflix licensed and republished a remastered edition of the Film in 2021, with new marketing acts, and continues to license it, actively promoting the literally false claims of Exhibits A and B to a new generation of consumers.

- **New Act 2:** *The Fifth Diamond* 2nd Edition, 2020 . Added indemnity clause (Exhibit H), former co-author of 2008 edition, Gail Ann Webb, sued in 2009 by Hunt in defamation / emotional distress case, is no longer credited on 2020's cover or inner page authorship credit in 2020 2nd Edition. Spielberg chose to remain endorsing (Exhibit X-1) post 2009 notice (Exhibit X-3).

- **New Act 3:** Current Paid Speaking Tours (2023-2025).** Zisblatt, facilitated by the Mermelstein Defendants and promoted by the Chabad Defendants and IMOL, continues to conduct highly-paid speaking tours based entirely on the authenticated nature of Exhibits A and B (Exhibits D, E, J).

**The Spielberg Nexus:** Defendant Steven Spielberg's name is used to advertise and endorse the book *The Fifth Diamond* (Exhibit X-1), providing unwarranted commercial credibility. His instruction to Zisblatt to **"allow for people to touch the diamonds"** (Exhibit X-2) directly connects him to the paid commercial act (Exhibit J) of selling access to a fraudulent physical prop.

ERIC HUNT v. IRENE ZISBLATT, et al.    CASE NO. _____

**The Lipper/Beallor Nexus and Continuing Enterprise.** The financial value and commercial viability of the film and its associated licensing revenue (including the 2021 Netflix remaster) are directly dependent upon the public's perception of its historical authenticity. Defendants Lipper and Beallor, as Key Financial Principals and Producers who profited from the original success and continue to profit from current licensing agreements, are necessary parties to this action as they benefit from the continued suppression of the truth and the commercial viability of the literally false advertising (Exhibits A and B).

**The March of the Living Platform:** Defendant March of the Living, Inc. operates as a crucial institutional and commercial distributor by integrating the false props and fabricated narratives into its expensive, $5,000+ educational tours. The Defendant is leveraging the verifiably false victim status (Exhibit I) and the non-corroded physical prop (Exhibit A) to generate substantial revenue from consumers (Exhibit E).

**Post-Notice Willfulness (Union College/Berk/Rubin):** Defendant **Union College**, alongside Professor Stephen Berk and Chabad at Union College, **received forensic proof of literal falsity** (Exhibits A, B, C) via passionate emails and calls from Plaintiff severely emotionally distressed by the decades long continuation of the fraudulent claims separating him from his family who believes it must have been properly vetted (Exhibit Y). Despite this notice of the fraud, **Union College** proceeded to host and co-sponsor the November 2024 event, promoting the false narrative and facilitating cash book sales (Exhibit Y), demonstrating **willful continuation** of the scheme.

## V. CAUSES OF ACTION

**COUNT I: Violation of the Lanham Act (15 U.S.C. § 1125(a)) - False Commercial**

ERIC HUNT v. IRENE ZISBLATT, et al.      CASE NO. _____

**Representation**

Defendants, acting in interstate commerce, made literally false commercial statements
that were material to consumers' purchasing decisions (books, tickets, international
tours, VIP "diamond tier" $2500 Meet & Greets, donations). The paid commercial
display and exhibition of the **literally false physical props (Exhibits A, B)** and the
**fabricated victim status (Exhibit I)** is the central Lanham Act violation. All Defendants
have participated in, endorsed, licensed, and/or received financial benefit from the
commercial exhibition and sale of the Film, its associated books, and the public
promotion of Exhibits A and B, which constitute literal false advertising that is
demonstrably false and misleading to consumers and the marketplace.

**The representations concerning the authenticity of Exhibit A (Defecated
Diamonds) and Exhibit B (Scarless Tattoo Graft) are literally false.**

The literally false claims were made in commercial advertising and promotion in
commerce (i.e., film licensing, book sales, paid tours) and deceived or were likely to
deceive a substantial segment of the audience. The deception is material, influencing
purchasing decisions by suggesting the Film, book, and associated products contain
authenticated historical truth.

**Willful Knowledge (Scienter):** Defendants acted with willful knowledge or reckless
disregard for the truth (as evidenced by Exhibits H, N, X-3, and Y), justifying enhanced
damages and attorneys' fees.

**Causation and Injury (Standing):** The Defendants' scheme directly caused and
continue to cause competitive and reputational injury injury to the Plaintiff, a direct

ERIC HUNT v. IRENE ZISBLATT, et al.        CASE NO. _____

competitor in the market for truthseeking Holocaust documentaries and historical analysis, resulting in estimated over $1,000,000 in lost revenue and causing a global chilling effect (Exhibit T).

## COUNT II: Violation of the California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 et seq.)

The Defendants' acts constitute unfair competition under California Business & Professions Code § 17200 because they engaged in unlawful, unfair, and fraudulent business practices, specifically the use of literal false advertising and commercial fraud to generate revenue.

Defendants' systematic practice of marketing known, physically demonstrable falsehoods as historical fact constitutes an unlawful, unfair, and fraudulent business **act** under the UCL.

The Defendants' conduct is unfair because it violates public policy and is substantially injurious to the Plaintiff and the public.

132. The Defendants' conduct is fraudulent because it involves the commercial promotion of physical items (Exhibits A and B) that Defendants know, or should know, are factually and scientifically impossible and literally false.

## COUNT III: Civil Conspiracy

All Defendants** acted in concert with a common scheme or plan, commencing at least in 1998 (with the original Film) and continuing to the present day (via the New Acts, including the Netflix licensing and paid tours), to promote and monetize the literal false advertising of Exhibits A and B. Defendants acted in concert with the common goal of

ERIC HUNT v. IRENE ZISBLATT, et al.       CASE NO. _____

maintaining and profiting from the fraudulent commercial narrative, despite receiving formal notice of its falsity.

The Defendants' concerted action, including the ongoing licensing (Netflix, Focus, Universal), management (Mermelsteins), and promotion (Chabad, IMOL), was intended to cause the false representations to appear authentic to the consuming public, resulting in massive commercial profit.

The overt acts include, but are not limited to, the 2021 Netflix remaster, the 2023-2025 paid speaking tours, the continued commercial sale of the *The Fifth Diamond* book, Spielberg's renewed ongoing public endorsement (Exhibit X-1), the Mermelstein Defendants' management of VIP access (Exhibit J, R, E), Dorrance's addition of an indemnity clause (Exhibit H), and **Union College's** willful promotion of the fraud post-notice (Exhibit Y).

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff ERIC HUNT respectfully demands judgment against all Defendants, jointly and severally, and requests the following relief:

**DECLARATORY RELIEF:**

A. A Declaratory Judgment that the Defendants' commercial promotion and licensing of the Diamond Pendant (Exhibit A) and the Scarless Tattoo Graft (Exhibit B) constitute literal false advertising and commercial fraud in violation of the Lanham Act.

**MANDATORY INJUNCTIVE RELIEF (FORENSIC INSPECTION):**

A. An Order compelling Defendant Irene Zisblatt to submit to an independent medical examination pursuant to **Federal Rule of Civil Procedure 35**, by a Board-Certified Dermatologist chosen by the Court, to inspect the left forearm for the presence or

ERIC HUNT v. IRENE ZISBLATT, et al.        CASE NO. _____

absence of six months worth of buttocks-skin-to-forearm skin grafts, scar lines, and pigmentation abnormalities (Exhibit B).

B. An Order compelling the turnover of the four-diamond pendant (Exhibit A) for a **Forensic Gemological Inspection** to verify the stone cut, age, setting composition, and any evidence of chemical or corrosive wear consistent with the claimed one year of repeated ingestion and feces retrieval.

**PERMANENT INJUNCTIVE RELIEF:**

An Order permanently enjoining all Defendants from selling, licensing, or advertising any product or service that asserts the authenticity of the Diamond Pendant (Exhibit A) or the Scarless Tattoo Graft (Exhibit B).

An Order requiring all corporate Defendants, including Netflix, Universal, and Focus Features, to permanently remove *The Last Days* film from all commercial platforms until the literally false representations concerning Exhibits A and B are excised from the film and all associated promotional materials and/or the addition of a prominent and permanent disclaimer that states the fraudulent claims/props are **FICTION.**

**MONETARY DAMAGES:**

D. Judgment against all Defendants for a sum exceeding **$1,000,000** in lost revenue, reputational damages, and costs. Plaintiff will detail, at the time of discovery through forensic expert analysis, that the actual damages, lost revenue, and costs exceed **$1,000,000**, based on the defendants' continuation of the commercial fraud since 2009.

E. **Treble Damages** pursuant to the Lanham Act, and **Punitive Damages** against all Defendants commensurate with their willful, malicious conduct and reckless disregard

ERIC HUNT v. IRENE ZISBLATT, et al.        CASE NO. _____

for the truth.

F. Attorneys' fees and costs incurred in bringing this action.

G. The Plaintiff, currently proceeding **Pro Se**, reserves the right to retain counsel at any time and seeks an Order requiring the Defendants to pay all resulting attorneys' fees and costs should counsel be retained.

Plaintiff demands a trial by jury on all issues so triable.

Respectfully Submitted,

Date: November 7, 2025

By: /s/ ERIC HUNT

ERIC HUNT, Pro Se Plaintiff
1032 E BRANDON BLVD #2515
BRANDON, FL 33511
747-236-0711
ericsisu@proton.me

Exhibit List - Page 1 of 4

| Exhibit | Title/Description | Content Summary |
|---------|------------------|-----------------|
| A | Pendant Photos & Media Representations of Defecated Diamonds Narrative | *THE LAST DAYS* diamond cycle scenes. UF Chabad 2024 close-up, Penn State 2017 stage photo, Boyd County 2018 screenshot, 2020 book-cover zoom; zero wear proof. |
| B | Tattoo-Free Forearm at Child Events | Fairland High 2009, March of the Living Zoom 2023, macro close-up; no scars/grafts. |
| C | Neander Report – "Irene Zisblatt: Fact or Fiction?" | Partially redacted 2010 report; debunks latrine feces sifting, skin lampshade selection, Mengele records, gas chamber escape, electrified barbed wire fence throw |
| D | Exhibit D: The Last Days (1998, Remastered 2021 on Netflix) Screenshots – Blue Eye Color Change Experiment and Dungeon Torture, Urine drinking Claims (4 Pages) | The Last Days (1998, Remastered 2021 on Netflix) Screenshots – Blue Eye Color Change Experiment and Dungeon Torture, Urine drinking Claims (4 Pages) |
| E | Robin Mermelstein Promotes Pendant Fraud on March of the Living Promotional Advertisement | April 2023 Zoom screenshots; Robin promotes "diamond story" and nods/smiles during feces-sifting claim. |

Exhibit List - Page 2 of 4

| F | 1993 USC Shoah Foundation Video Quotes –3 diamonds, eichmann monologue | Screenshots/transcripts; originally swallows 3 diamonds once, Eichmann personally escorts Zisblatt to the gas chamber |
|---|---|---|
| G | 1995 Shoah Foundation Video Interview - Casting session for The Last Days | Screenshots/transcripts; swallows diamonds once, never mentions cycle or pendant. Tattoo removal. Gas chamber escape, 100 + ft fence throw |
| H | 2020 Dorrance Edition Indemnity Clause | Book contract excerpt; "acknowledging legal risk" of claims. |
| I | Magnussen / Mengele Document explains real eye color change research | Suppressed Discovered 2024 document; injections for one Gypsy patient w/ rare disorder - heterochromia patient (Mechau family), no color change. |
| J | $2500 "Diamond Tier" Chabad VIP, $1,000 VIP Flyer, Sag Harbor Event | Chabad + Sag Harbor event flyers; $2500 VIP Meet-and-Greet with Irene Zisblatt & Pendant |
| L | Plaintiff's Career + Personal affidavit | Hunt affidavit; $1M+ from bans/diversion. |
| M | Andie Mermelstein Zoom Screenshots | Zoom username for argentina school , book sale pitch at end |
| N | Cease and desists | Cease and desists to Zisblatt / Mermelsteins October 2025 |

| Q | The last Days 2021 Remaster monetization | Blu Ray / Netflix Remaster |
| R | Crowd Size Proof at Zisblatt Events | UF Chabad (200+), Penn State (300+), MOL Zoom (300+). |
| S | Sun Sentinel Article – Stuart Mermelstein | Oct 20, 2009 article; Stuart: "This lunatic" "no factual basis" (overt act of conspiracy). |
| T | Alison Chabloz Zisblatt The Last Days of the Big Lie Parody Prosecution | Fan of The Last Days of the Big Lie, colleague, friend of Hunt prosecuted in UK for singing Zisblatt parody song |
| U | Maplewood Bullying Incident Report | Skeptical children bullied as Holocaust deniers and anti-semites for doubting Zisblatt's illogical claims |
| V | Veterans protest Paul Parks | Paul Parks Normandy + Dachau stolen valor in The Last Days Remastered 2021 |
| X-1 | Back Cover | Spielberg The Fifth Diamond 2nd Edition Quote |
| x-2 | Spielberg touch the diamonds directive | Zisblatt says Spielberg told her to let people touch the defecated diamonds pendant. |

Exhibit List - Page 4 of 4

| **x-3** | 2009 Spielberg Lawsuit media reports | Spielberg on notice of Zisblatt fraud in 2009. Lawyers appeared in court. |
| **Y** | Union College incident | Union College incident, Berks, Shmuly involvement in scheme |
| **Z** | 2009 Dismissal Order | Court order; "dismissed for pleading defects, no merits." |

**Exhibit A: Diamond Cycle Media Representations & Repeated Feces Retrieval Claims, Pendant Photographs, False Origin Claims, Pendant Waving Act in Front of Children (13 Pages)**

**Figure 1 - 3 :** Diamond defecation and re-ingesting cycle, four diamond pendant, as told for the first time publicly in *The Last Days* (1998), featured in *The Last Days Remastered* (2021) republished 2025 Netflix , critiqued in Hunt's *The Last Days of the Big Lie 2nd Edition (2011)*

**Figure 1:** Pendant Intro – "Diamonds from Mother" (full story intercut throughout, begins 00:16:40 on Netflix 2021 *The Last Days* Remastered Edition)



**Quotes :** Timestamp (00:16:40) "My mother said to me I rolled up diamonds in your skirt, in the hem of your skirt. And, if you don't have enough to eat, those are to buy bread."

Timestamp : (26:42)
"They ordered us to uh to uh take our shoes in one hand and our clothes in the other hand and I remembered the diamonds. And I grabbed my blue skirt and in the crowd you know I just fast, took out the diamonds and I held them in my hands and I had no clothes in my body."

Timestamp (27 : 50)
"They kept on saying if anybody has any valuables left to leave 'em they had a section for that, and I held onto the diamonds for dear life because that was to buy bread. So I

Exhibit A - Page 2 of 13

put 'em in my mouth and then when I walked up again I saw they were opening up people's mouth and they were looking in the mouth and but I was in the I was like the I was at the road of no return. I couldn't give 'em up anymore because I would be shot why didn't I leave 'em back there and I had 'em in my mouth and I didn't know what to do so I swallowed them."

**Description :** The full "diamond cycle" story is told throughout the Academy Award winning documentary shown in children's history classes and marketed as "Everything You're About to See is True." The story is intercut through the runtime of The Last Days and The Last Days Remastered.

**Citation :** The Last Days Remastered (2021) republished on Netflix 2025 with updated marketing materials. Condensed Diamond cycle intercut throughout The Last Days edited and compiled for critique in Hunt's The Last Days of the Big Lie
Relevant diamond cycle segment Starts 4:42 Archive.org
https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

**Figure 2: Feces Claim – "Swallowed & Excreted Daily" (00:13:05)**



**Quote : Timestamp (37:56)**

Zisblatt : "The whole time I was in the camp through the experiments, every time I was selected I swallowed the diamonds. So every time I swallowed them I had to find them again. We were allowed to go to the latrine once a day. And I never sat on the hole because I had to go and find my diamonds. And one day, I, the SS woman walked by the door and she saw me in the corner and I already had the diamonds in the hand but usually I was waiting until on the way back err, I would rinse 'em off like in the mud or if there was no mud in the soup that we were gonna get next but I had no time and I had to swallow 'em."

**Description :** The full "diamond cycle" story is told throughout the Academy Award winning documentary shown in children's history classes and marketed as "Everything You're About to See is True." The story is intercut through the runtime of The Last Days and The Last Days Remastered.

**Citation :** The Last Days Remastered (2021) republished on Netflix 2025 with updated marketing materials. Condensed Diamond cycle intercut throughout The Last Days edited and compiled for critique in Hunt's The Last Days of the Big Lie
Relevant diamond cycle segment Starts 4:42 Archive.org
https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

**Figure 3: Zero-Wear Close-Up (00:14:22)**





The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

| | | | |
|---|---|---|---|
| ⊕ Add to list | ★ Favorite | ↗ Share | ⚑ Flag |

**Quote (Netflix Timestamp 1:12:00)**
"I saved the diamonds all the way, all the way through the whole, everything. And when I was free, I umm, didn't talk about The Holocaust, but I took the diamonds and I mounted them into a teardrop shaped pendant because every time I had to save 'em I had to cry so much so, I felt that the tears are appropriate for that. And I told my children that these diamonds should go down from generation to generation to the first born girl in the family until…forever. And you can see they are different shapes and they are different cuts. And, they're the only thing that I …that I'm holding that my mother ever held."

**Description :** The full "diamond cycle" story is told throughout the Academy Award winning documentary recently Remastered on Netflix/Blu-ray shown in children's history classes and marketed as "Everything You're About to See is True."

**Citation :** The Last Days Remastered (2021) republished on Netflix 2025 with updated marketing materials. Condensed Diamond cycle intercut throughout The Last Days edited and compiled for critique in Hunt's The Last Days of the Big Lie
Relevant diamond cycle segment Starts 4:42 Archive.org
https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

**Figure 4: Commercial Tie – The Last Days tagline "Everything You're About to See Is True"**



The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

Description: Cover scan of *The Last Days* DVD, marketed as "Everything You're About to See is True." Shown as true history in school history classes, including Hunt's New Jersey public school history class.

Citation: Featured in Hunt's The Last Days of the Big Lie 2nd Edition Counter-Documentary Timestamp (2:10) Archive.org
**https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-201**

Exhibit A - Page 6 of 13

**Figure 5 : UF Chabad 2024 Close-Up Photograph**



Description: Detailed view of the teardrop-shaped pendant containing four "diamonds", visible on the front. The stones exhibit modern laser-cut facets with sharp edges and zero perceptible wear, oxidation, or deformation. This condition is inconsistent with Zisblatt's claim of repeated swallowing and excretion for months, which would cause micro-abrasion from gastric grinding and acid exposure.

Citation: See WUFT News, "Never Again is Now: Irene Zisblatt shares Holocaust experience at UF Chabad," Jan. 30, 2024, available at https://www.wuft.org/2024-01-30/never-again-is-now-irene-zisblatt-shares-holocaust-experience-at-uf-chabad

Relevant Quotes from UF Chabad Event (Jan. 30, 2024):Zisblatt's Claim: "Zisblatt's most captivating story centered around her mother gifting her four diamonds sewn into her skirt well before her family was sent to Auschwitz-Birkenau. She was instructed to use the diamonds to buy bread if she was ever hungry.

Zisblatt instead kept the diamonds and upon arriving at Auschwitz-Birkenau, she swallowed them to avoid having them confiscated by German officers. She would retrieve them later on through defecation, a cycle she was forced to repeat as she was unable to store the diamonds elsewhere on a daily basis.

She was able to escape the camp by boarding a train traveling across tracks nearby the No. 3 gas chamber."

- Attendee Reaction (Belief in Truth): "Dennis Durant, 77, looked at Zisblatt's story as an opportunity for truth, citing a lack of understanding of the full scope of the holocaust among younger generations.

  "To hear somebody that actually went through this experience where people are today trying to say that it never happened and diminish its importance…"

- Some vague Mengele reproductive organ surgery alleged : "Not only did Zisblatt survive the camp, but she also lived to tell the horrific tales of Nazi physician Josef Mengele, who operated on her without anesthesia. Zisblatt said his intrusive experimentation left her unsure about her ability to reproduce."\
- Zisblatt's Heirloom Statement: "As for the diamonds? Zisblatt smiles when she is asked what became of them. She glances down at a sparkling necklace draped around her neck. Four diamonds shine brighter than ever against a teardrop pendant in emphatic defiance of the history and tragedy they have witnessed. Zisblatt says she will pass the diamonds down to the first-born girl in her family and the necklace will remain a family heirloom, with one exception. 'They are never to be sold, never to be traded,' she said, 'except God forbid they're hungry — they're to buy bread.'"

Citation: See WUFT News, "Never Again is Now: Irene Zisblatt shares Holocaust experience at UF Chabad," Jan. 30, 2024, available at https://www.wuft.org/2024-01-30/never-again-is-now-irene-zisblatt-shares-holocaust-experience-at-uf-chabad.

**Figure 6: Pendant Wave Act**



Description: Zisblatt exhibiting the pendant to the audience during an event. The diamonds appear pristine, with no surface irregularities or residue, further contradicting the claimed history of digestive passage and recovery from feces in group latrines.

Relevant Quotes from Penn State 2017 Event:

- Falsely Claimed Mengele Experiment Victimhood : "As a 13-year-old inmate in Auschwitz-Birkenau, Zisblatt was subjected to Dr. Josef Mengele's experiments, among many other of the camp's horrors."
- Diamond Cycle : Around her neck hung a necklace with four diamonds that once belonged to her mother. Before the Nazis took Zisblatt's family to Auschwitz, her mother hid the jewels by sewing them into Irene's skirt. The diamonds were the only connection she had left of her mother, and Zisblatt took extreme measures to protect them. While in the Auschwitz camp, Zisblatt had to repeatedly swallow the diamonds and excrete them in order to keep them from being taken from her.
- Gas Chamber Escape : Zisblatt was on the brink of extermination as she was escorted to a gas chamber with 1,500 women. The gas chamber wasn't big

enough for all of the women to fit in, so Zisblatt dug her nails to the wood that surrounded the outside of the chamber. When the guards were ordered to shut the door, she was in the way and got pulled out of the doorway. Since she only weighed fifty pounds at the time, she hid in between the ceiling of the gas chamber and the shelter roof until a Jewish boy tasked with working the gas chamber found her. He covered her naked body with his jacket and sent her on a train leaving Auschwitz for a labor camp. "I don't know what happened," Zisblatt said. "I'm glad it did and that I'm here today."

- Audience members believe, targeted very young : "Morgan Ingber (senior-management) said this wasn't her first time hearing Zisblatt tell her story, as Irene visited her middle school. "Being older I have a new appreciation for her story," Ingber said."

Citation: See The Daily Collegian, "Holocaust survivor Irene Zisblatt shares story of struggle and strength with Penn State community," Apr. 19, 2017, available at https://www.psucollegian.com/news/campus/holocaust-survivor-irene-zisblatt-shares-story-of-struggle-and-strength-with-penn-state-community/article_98dc817c-19b2-11e7-bfe9-c7200a7a39fd.html.

**Figure 7: Boyd County Middle School 2018 Screenshot - pendant waving "Survivor moves teens"**



Description: Event screenshot depicting Zisblatt presenting the pendant to students, with newspaper caption claiming false origin.
Relevant Quote: "Zisblatt showed the students her diamond pendant and said, 'These are the diamonds I swallowed to keep them from the Nazis.'"
Citation: See Boyd County Schools Event Report, "Holocaust Survivor Irene Zisblatt Visits Boyd County Middle School," 2018, available at https://www.boyd.kyschools.us/1/content/holocaust-survivor-irene-zisblatt-visits-bcm (archived event summary).

**Figure 8: Boyd County Middle School 2018 Screenshot - children encouraged to touch "defecated diamonds" "Survivor moves teens"**



Description : The stones' uniform, machine-cut appearance (post-1980s laser technology) is evident, with no evidence of historical wear or provenance prior to 1997.

**Figure 9: 2020 Book Cover Art**



Description: The book's cover art featuring four loose diamonds, reflecting the pendant's contents. The art reinforces the "miracle diamonds" narrative, but the depicted stones align with the modern cut and condition of the physical pendant, inconsistent with the claimed 1940s origin and repeated recovery from feces.

Relevant Quote: "The four diamonds on the cover are the very ones I swallowed to save them from the Nazis."

Citation: See *The Fifth Diamond* (2nd Ed., 2020), Author Foreword, p. vii, available at https://www.amazon.com/Fifth-Diamond-Irene-Weisberg-Zisblatt/dp/1649130369 (book description and preview).

Note: All photographs are public records from Zisblatt's events and publications. The absence of wear/deformation supports the demand for forensic inspection to confirm literal falsity under the Lanham Act. No provenance documents pre-1997 have been produced, consistent with modern fabrication.

Declaration under Penalty of Perjury
I declare under penalty of perjury under the laws of the United States
that the foregoing photographs and quotations are true and correct copies
of public records. Executed on November 2, 2025.

 /s/ Eric Hunt
 Eric Hunt, Pro Se

**Exhibit B - Page 1 of 10**

**Exhibit B: Scarless Tattoo-torture-removal Forearm Display Action at Child-targeted Events (10 Pages)**

**Figure 1: Fairland High School 2009 Event Photograph**



Description: Zisblatt addressing students during an event, pointing to her bare left forearm. The skin is flawless, uniform in pigmentation, and devoid of scar lines, graft borders, or texture variations. This condition is inconsistent with her 1993 video "testimony" claim of a six-month anesthesia-free skin removal and buttocks to forearm skin regrafting procedure by Dr. Mengele.

Relevant Quote: "They told us they were going to take the number out of our arm...cont. We were laying on a, on a rusty table, alongside one another and the doctor and the nurse were between the two of us and they were. First they were injecting things into our arm, like underneath the, the uh, and that wasn't too bad because it was just like an injection. And then they were pulling things out of there and by then our arm was swelling and, and then they were, and then they were cutting without anaesthetic, anaesthetic." Originally from **1995** Shoah Foundation "Testimony" Interview - later says

Exhibit B - Page 2 of 10

the "doctor" is Mengele. Earlier 1993 version claims six months of buttocks to forearm skin grafts with procedures every other day (Fig 4. Same exhibit) . From : Archive.org The Last Days Of The Big Lie, 2nd Edn, Hunt 2011 Timestamp : 15:24 https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

Image Citation: See Further Glory Blog, "How I escaped from the gas chamber and other lies told by Irene Zisblatt," Jan. 14, 2011, available at https://furtherglory.wordpress.com/2011/01/14/how-i-escaped-from-the-gas-chamber-and-other-lies-told-by-irene-zisblatt/ (includes 2009 Fairland High photo).

Exhibit B - Page 3 of 10

**Figure 2: Macro Close-Up from Event Photograph**



**Description: Close-up of Zisblatt's forearm from the same event, showing uniform pigmentation and no texture differences. No evidence of surgical intervention or tattoo cover-up, as claimed. Auschwitz tattoos were typically on the inner left forearm, but none is visible or scarred.**

**Citation: See Further Glory Blog, "How I escaped from the gas chamber and other lies told by Irene Zisblatt," Jan. 14, 2011, available at https://furtherglory.wordpress.com/2011/01/14/how-i-escaped-from-the-gas-chamber-and-other-lies-told-by-irene-zisblatt/ (includes 2009 Fairland High photo).**

**Figure 3: 1993 USC Shoah Foundation Video – "Butt" Graft Tattoo Removal Claim - points to wrong (right) arm first (~1:02:02)**



**Description:** Screenshot from nearly 2 hour long 1993 Holocaust Documentation & Educational Center Inc. f.k.a. SE Florida Holocaust Memorial Center, Inc "testimony" interview. Zisblatt begins describing the Auschwitz tattoo removal and buttocks graft. Zisblatt **points to the wrong arm first, the right,** then switches and points to her left arm. The claim is contradicted by the flawless (left) arm in later event photos (Figures 1+2).

**Quote:** "Then the fifth injection was the worst because we had a number tattooed in the arm. (points to right forearm with left hand)  Well, they were taking the number out."
INTERVIEWER : "They took you number off?"
ZISBLATT : "Yeah, they took my number off in an experiment."
INTERVIEWER : "When did you have the number put on you didn't tell us about that."

Citation: USC Shoah Foundation Interview Code 7832 (3/23/1993), timestamp ~1:02:02. Available at https://vha.usc.edu/ (researcher access); uploaded to archive.org by plaintiff, 2025, available at https://archive.org/details/zisblatt-1993-shoah-interview-butt-graft (timestamp 1:02:02).

Exhibit B - Page 5 of 10

Relevance: The 1993 claim predates later event photos (Figures 1+2), but the arm
(either arm she chooses) shows zero scars or graft evidence, supporting literal falsity
under the Lanham Act.

**Figure 4 : 1993 Video cont. – "Butt" Graft Tattoo Removal Claim - now points to left forearm.**



**Description:** Screenshot from nearly 2 hour long (1:55:17)  1993 Holocaust Documentation & Educational Center Inc. f.k.a. SE Florida Holocaust Memorial Center, Inc "testimony" interview. Zisblatt continues describing the Auschwitz tattoo removal and buttocks graft. Zisblatt **now switches and points to her left arm**. The claim is contradicted by the flawless (left) arm in later event photos (Figures 1-3).

Quote : (continued from last figure)  "ZISBLATT : "Yeah, well, well when we came into the camp, then they put the number in. (now switches and points with right hand to left forearm) I forgot about that. But um, I was kinda glad that they picked me to get the number out because I really didn't, if I, if God would leave me, my life, I didn't wanna go through life with a number to - of a reminder like that."
INTERVIEWER : How did they get the number out?
ZISBLATT : "They were grafting skin for six months because it would bl- bleed through.

Citation: USC Shoah Foundation Interview Code 7832 (3/23/1993), timestamp ~1:02:02. Available at https://vha.usc.edu/ (researcher access); uploaded to archive.org by plaintiff, 2025, available at https://archive.org/details/zisblatt-1993-shoah-interview-butt-graft (timestamp 1:02:02).

**Figure 5 : 1993 Video cont. – "Butt" Graft Tattoo Removal Claim - points to butt, alleging six months of skin grafts from buttocks to cover up forearm tattoo while in Auschwitz without anaesthesia, procedures occurring every other day.**



**Description:** Screenshot from nearly 2 hour long (1:55:17) 1993 Holocaust Documentation & Educational Center Inc. f.k.a. SE Florida Holocaust Memorial Center, Inc "testimony" interview. Zisblatt continues describing the Auschwitz tattoo removal and buttocks graft. Zisblatt **now switches and points to her left arm**. The claim is contradicted by the flawless (left) arm in later event photos (Figures 1-3).

Quote : (continued from last figure)
INTERVIEWER : Where - where did they get the skin from to graft?
ZISBLATT : (points to buttocks with right hand) - **"From my - from my butt."**
INTERVIEWER : Was that done with anaesthesia?
ZISBLATT : "No.
INTERVIEWER : Was that done in a hospital?
ZISBLATT : "It was done, in a , in a, not in a hospital but in a , in an infirmary. And, it kept coming through, and coming through, and that's why they had to graft over and over and over again. And for years after I came out of the camp I had a big blue square here. But after forty five years and sometimes I still get like an outline of uh different skin i guess that changes colors. But not too often anymore. But it was it to me when I was picked for that I was very happy that this is gonna come out of my body. But when the experiment started it was so painful and it was, it, it was so painful that it, that

Exhibit B - Page 8 of 10

I got, this, it, my body became so numb to it that I, I just didn't feel anything after a while. And of course i would be passing out and and they would revive me and, and maybe they'd give me an extra piece of bread for that day or an extra cup of soup or or something you know to make me better so they can go on with the experiment. But all of us came through it. And nobody died. And nobody got an infection again. But the one thing, the only thing that they did is they cleaned the areas really well and they uhh and maybe whatever they used uhh maybe it eased the pain i don't know. But after a while it became easier, you know, than the beginning. (touches face) And it took six months for it to go. And then, they just let us go. They put us back where they took us from and they they would pick us up every other day and bring us back and bandage and take us back and bandage and and cut and whatever and bring us back. (touches face)

Citation: USC Shoah Foundation Interview Code 7832 (3/23/1993), timestamp ~1:02:02. Available at https://vha.usc.edu/ (researcher access); uploaded to archive.org by plaintiff, 2025, available at https://archive.org/details/zisblatt-1993-shoah-interview-butt-graft (timestamp 1:02:02).

**Figure 6 : The Fifth Diamond Mengele single operation tattoo removal, lethal injection**

THE FIFTH DIAMOND                                61

dent where he was smiling and toying with a little gypsy child and then killed him just as the child began to show his love for him. I had seen him walk with this child everywhere, the child hanging on his leg. Mengele had taken the child with him, playing with him, holding him at *zeil appel*, letting him stay in the infirmary with him. Then Mengele murdered this little gypsy boy.

Images of the syringe going under my nail filled my mind. I was repulsed by his smile. Mengele began his experiment. I tried to suppress my screams so Sabka would not have to suffer with me. I knew that soon Sabka would endure her own pain. With no anesthetic, it didn't take long for me to drift into unconsciousness. For what seemed like days, I hovered between worlds of deep darkness or agonizing raw pain. I had no idea what Mengele was doing to my arm, but it felt like he was pulling the sinew through my skin. Muscle and tissue and flesh all were drawn up into a huge syringe. The pain….never again…. the pain. I flowed between shadows and light. Was I dreaming or was it really Dr. Mengele who said, "I think we got it all."

Finally, I awakened. My arm was red, bloody, and throbbing. Sabka, my dear friend, was in the same condition I was. We both moaned in our suffering. Dr. Mengele was coming toward us. I was determined to remain conscious to hear his instructions to the nurse. His glare was spiteful and his words venomous, "Give them the injection." His emphasis was on the word *the*. "I mean the lethal one," he continued.

The nurse came over to both of our tables and gave us an injection and the doctor, seemingly satisfied, left the infirmary. As soon as he disappeared, the nurse loosened the straps on our tables.

"Hurry," she commanded.

**Description:** In the version sold as non-fiction to schools and other consumers, Dr. Mengele removes the tattoo himself, then orders another nurse to give them a lethal injection. In 1995 video, she claims an injection was given, "it was supposed to be the lethal injection, and yes, she did give us an injection and we did sort of got woozy and all of that." 1995 video "testimony" - From : Archive.org The Last Days Of The Big Lie, 2nd Edn, Hunt 2011 Timestamp : 15:24
https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

Citation: USC Shoah Foundation Interview Code 7832 (3/23/1993), timestamp ~1:02:02. Available at https://vha.usc.edu/ (researcher access); uploaded to archive.org by plaintiff, 2025, available at
https://archive.org/details/zisblatt-1993-shoah-interview-butt-graft (timestamp 1:02:02).

Note: All photographs and screenshots are public records from Zisblatt's events and interviews. The absence of scars, graft lines, or texture variations supports the demand for dermatologist inspection to confirm literal falsity under the Lanham Act. No medical records of the claimed procedure have been produced. USHMM fellow Neander says no evidence of such procedures at Auschwitz **(Exhibit C)** .

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
/s/ Eric Hunt
Date: November 4, 2025

## EXHIBIT C

## Relevant Factual Excerpts of Dr. Joachim Neander Report on Irene Zisblatt "Testimony"

---

### NOTE TO THE COURT ON REDACTIONS

This exhibit contains true and accurate excerpts of the Dr. Neander Report. The Report is attached to establish the **literal falsity** of the claims promoted in the Defendants' **commercial product and related advertising**, and to prove the **Defendants' actual knowledge or reckless disregard for the truth** of these falsehoods, which continued despite **public notice** and implications for broader societal truth.

Commentary concerning the author's subjective opinions or collateral disputes over specific non-fraudulent portions of the report (e.g., those disputed by Hunt), along with any opinions regarding the motives, personal life, or non-commercial credibility of the witness, are considered **irrelevant** to the Plaintiff's claims of **Lanham Act violations** and **Fraud** and have been securely redacted or omitted.

The Court is directed to the remaining text to confirm:

1. The **historical and scientific falsity** of the claims central to the Defendants' **commercial product**.
2. The existence of **public notice** of these falsehoods prior to the Defendants' continued **advertising** and sale, demonstrating their **reckless disregard for the facts**.

**Saturday, January 09, 2010**

Irene Zisblatt, the "Diamond Girl" - Fact or Fiction?

**by Joachim Neander, PhD, independent scholar**

*(Last revised: 10.01.2010; 2 typos corrected: 04.02.2010)*

**[Today our guest blogger is Dr. Joachim Neander from Cracow, Poland. Dr. Neander has degrees in mathematics (Saarbrücken University, 1962) and history (Göttingen and**

Exhibit C : Page 1 of 36

Bremen Universities, 1997). He is the author of *Mathematik und Ideologie*, München 1974, *Das Konzentrationslager Mittelbau in der Endphase der NS-Diktatur*, Clausthal-Zellerfeld 1997, 4th ed. 2001, *Gardelegen 1945*, Magdeburg 1998, *"Hat in Europa kein annäherndes Beispiel" ... Mittelbau-Dora, ein KZ für Hitlers Krieg*, Berlin 2000.

He is a contributor to *PRO MEMORIA* (Oświęcim, Poland), *Informationen des Studienkreises Deutscher Widerstand* (Frankfurt am Main, Germany), *German Studies Review* (Carleton College, USA), *Yad Vashem Studies* (Jerusalem, Israel), *Newsletter des Fritz-Bauer-Instituts* (Frankfurt am Main, Germany), *theologie.geschichte* (Saarland University, Germany) and other scholarly publications. In 2001-2002 he had a Charles H. Revson Foundation Fellowship for Archival Research at the United States Holocaust Memorial Museum.



**Irene Zisblatt, the "Diamond Girl" - Fact or Fiction?**

Irene Zisblatt, a petite (5ft. 1")[1]                          nearing her eighties,
                Her life-story, as told by her in her memoir *The Fifth Diamond*,[2] begins in Polena,[3] a small spa town in Subcarpathian Ruthenia,[4] where she grew up as Chana Seigelstein.[5] From her memoir and newspaper reports, we must conclude that she was born in 1931.[6] She          ghettoization in Hungary, deportation to Auschwitz, transfer to concentration camp Neuengamme, she says, slave labor in a munitions factory, and a months-long death march that led her into Czechoslovakia, where she eventually was liberated on the eve of VE Day by soldiers of the U.S. Third Army. After recovering from typhus in a U.S. Army hospital near Pilsen, she claims, she went to a DP camp in Austria, waiting for an opportunity to emigrate to the U.S. She obtained a visa in 1947, had her first name changed to Irene, and went to New York, where she was          welcomed by family

Exhibit C : Page 2 of 36

members who had emigrated already before World War II. She settled there, married twice, and gave birth to two children.

She never talked to anybody about her wartime experience until 1994, when she attended a screening of *Schindler's List*. Since that time, she has been traveling across the U.S., sharing her experience with high school and college students, always receiving broad coverage in the local media. According to *The Press* of Atlantic City NJ from April 28, 2009, she "is booked twice a day between two and five times a week," and until the end of 2009 she "will have shared her story of surviving the Holocaust with about as many people as Jewish lives were claimed during World War II," i.e. "six million" listeners and viewers.[7] In addition, since 1994 she has been a regular participant in the March of the Living in Poland. In October 1995, she was interviewed for Steven Spielberg's *Survivors of the Shoah Visual History Foundation*.[8] She was one of the five Holocaust survivors that were chosen to tell their story in the award-winning documentary movie *The Last Days*,[9] released in 1998. Finally, in 2008 her memoir *The Fifth Diamond* appeared in print.

She tells an amazing story of a little Jewish girl who outwits notorious Nazis and survives repeated assaults on her life, and who personally experienced innumerable humiliations and atrocities, which, however, were never able to destroy her human dignity, nor her will to survive and to testify. She tells about a wonderful, deep friendship with a slightly older Lithuanian Jewish girl, crucial for both to survive against all odds but ending tragically by the death of her friend on VE Day. Selfless help experienced by a nurse in the camp hospital and a Jewish *Sonderkommando* at Auschwitz and by her U.S. liberators set highlights of humanity in a deeply inhumane environment.

### Doubts

An intelligent reader, however, who has read some scholarly literature about Auschwitz and Neuengamme, as well as one or more memoirs of undisputed survivors of these camps, and uses common sense cannot but question the authenticity and credibility of Mrs. Zisblatt's memoir. On the one hand, her story is overburdened - she does not leave out a single Nazi atrocity ever reported by survivors of the camps, ghettos, and *Einsatzgruppen* shootings. She, too, serves her audience with all common Holocaust stereotypes and myths.[10] On the

other hand, her description of the life at Auschwitz and, to a far greater extent, at Neuengamme, is astonishingly vague, and where details are given, the narration is frequently inconsistent or conflicts with the established historical facts.

But does it make sense to grasp the scalpel of scholarly reasoning and dissect the story told and retold by a ▮▮▮▮▮▮▮ elderly lady as the story of her life, a heart-rendering story that makes crowds of students burst out in tears of empathy (if we can trust the media reports), and which is fervently defended by readers and listeners against all criticism?[11]

Let us look at yet another aspect. Is it morally acceptable to criticize a Holocaust survivor's story, hurting her feelings and those of thousands of people who believe her? The answer must be: In this case, yes. Mrs. Zisblatt has gone public with a dubious story, and in a free society, she and her followers must stand scholarly criticism of it, even if it hurts. But are there not the Holocaust deniers, who already have ▮▮▮▮ Mrs. Zisblatt on the Web and even at court? Do we not feed grist to their mills when we expose her story - a survivor's account - as unreliable? Would this not be a convincing argument for keeping silent? The answer must be: No. Society must neither be afraid of ▮▮▮▮▮▮▮ nor let them decide on what to do and what not to do. Moreover, the truth will come to light anyhow, sooner or later.

Teaching falsehood, even with the best intentions, is always dangerous and counterproductive. Human beings have an inborn tendency to think. What if the kids, who were deeply impressed by Mrs. Zisblatt's story, some day reach for a scholarly book about the

Exhibit C : Page 4 of 36

Holocaust or a memoir vetted by experts and find out that things could not have happened as
told by her? Have we forgotten the lesson of the pig's heart, exhibited at Buchenwald in a jar
as "the heart of a political prisoner, shot through by an SS man," together with a fake
"human-skin" lampshade?[12] Hundreds of thousands of school children in the former German
Democratic Republic have shivered, on the occasion of their obligatory Buchenwald visit,
before these "undeniable witnesses of Nazi crimes." When, after the collapse of Communism,
the artifacts went into the museum's magazine,[13] quite a few people began to doubt other
Nazi crimes, about which they had learned at school and in the media.

This said, let us take a critical look at Mrs. Zisblatts story as told in *The Fifth Diamond*. In
some instances, we will also consult the video tape of her interview for the Shoah Foundation,
as she gives more details there. To avoid too many footnotes, numbers in round brackets will
refer to pages in her book.

**Hungary**

Mrs. Zisblatt tells us that in the spring of 1942 (1), when she was nine years old[14] and just
had finished her second school year, a decree to the effect that "Jewish children can no
longer attend the public school" was called out in Polena (1). Chana has to leave school.
From that moment, she receives home-schooling by her mother, whereas her non-Jewish
classmates continue to attend school (2). In the spring of 1944, however, her former school is
closed and serves as a collecting point for "Jews from neighboring towns . . . to await
deportation" (21).

This narration contains several inconsistencies. First, if her former school was closed and
used as a transit camp for deportations in 1944, it must have been a Jewish and not a public
school. Second, if Chana was born in 1931, she must have been nine years old already in
1940, and not in 1942. Third, the Jewish laws issued in Hungary between 1939 and 1941 did
severely restrict the number of Jewish students in secondary and high school education, but
did not affect primary schooling.[15]

We further read about government decrees demanding from Jews to hand in their radio
receivers (5), to wear a yellow star on the left side of their chests (6), and to prepare for
relocation. "Each person is to take a bag not to exceed twenty-five kilos" (6). Jews were also

Exhibit C : Page 5 of 36

forced to give up their valuables (6). All this allegedly happened in "April 1942" (1). This is historically false. The above mentioned anti-Jewish measures were, indeed, taken, but two years later, after the Germans had invaded the country on March 19, 1944, and established a puppet regime in Budapest.

We find also two Holocaust stereotypes already in the beginning of her narration. There are the two mysterious men that had escaped from Poland and spent one night at the Seigelsteins' home. They tell about the merciless, large-scale Nazi extermination of the Jews in Poland and warn their hosts (14). The informed reader at once remembers the story of Rudolf Vrba and Alfred Wetzler.[16] The family then moves into a hideout in the attic (21), living there in complete silence, without light and fire for heating or cooking (22). Similarities to the story of Anne Frank catch the reader's eye, and like the Franks, the Seigelsteins are eventually betrayed to the Nazis.

On the second night of Passover 1944, "Nazi soldiers, along with the feather-headed [Hungarian] policemen," storm the hideout (25) and herd the family, together with other Jews from the town, to the railway station, beating and shouting. The non-Jewish neighbors line the streets and applaud (26) - another Holocaust stereotype. The Jews are taken to the Sajovits ghetto of Munkács,[17] the district capital (27). Some time later, they are crammed into a box car of a deportation train. After a journey of five days, they arrive at Birkenau (30).

### Arrival at Birkenau

The author gives very few hints that would enable the reader to correlate events in her story with calendar dates.

We can, however, fix her arrival at Birkenau between May 16 and 26, 1944, when the deportation transports from Munkács arrived there.[18] At the ramp, Chana is forcefully separated from her family by an SS man "with a smiling face wearing white gloves and carrying a baton-like stick in his hand" (34). The initiate at once will recognize SS-Hauptsturmführer Dr. phil. Dr. med. Josef Mengele, although his name is not yet mentioned. Whereas her whole family walks to the gas chamber (34-35), Chana is spared.

Being selected on arrival at the "ramp" by Mengele is another Holocaust stereotype. It did happen, but not as often as reported by survivors.[19] What is more, Mengele was first and

Exhibit C : Page 6 of 36

foremost looking for twins[20] and people with physical abnormalities, in who he was "scientifically" interested.[21] It is very improbable that he would have worried about a normal-looking, thirteen-year old, four feet tall girl,[22] who was neither a twin, nor would ever have passed the "Mengele test" described in other survivors' memoirs: Children who were smaller than a measuring rod of 1.50 meters length (≈ 5 ft.), were immediately sent by him to the gas chamber.[23]

Chana and the other women                                                                                now are herded by SS personnel and their dogs into the prisoner reception building.[24] Here the newly arrived are forced to undress completely and to hand out all valuables. Chana's head is completely shaved, and she receives the prisoner number 61397, which is tattooed on her arm (35).[25] Near by, she witnesses "women workers removing fillings and crowns, pulling gold teeth" from the registered prisoners (36). Before leaving, she receives "a pajama top" as her "only article of clothing," and she is "forced to look into [a] large mirror" at the door, where she does not recognize herself - an additional act of humiliation. She is then marched, together with one thousand other women, "into a place called Birkenau," to a wooden barrack (36) in "Lager C" (51), better known as "Camp sector BIIc."

Apart from the fact that the prisoner reception building nowhere had "a huge mirror" into which the prisoners were forced to look, and that the *Zugänge* (intakes) received a little bit more of clothing than a pajama top that barely would have covered their nakedness,[26] the narration contains three major implausibilities. First, the Auschwitz prisoner number "61397" was given on September 9, 1943, to Agnieszka Pastuszek, a non-Jewish, Polish political prisoner,[27] who had arrived with a prisoner transport from Katowice prison.[28]. Hungarian Jewish women prisoners who were taken in between May 16 and 26, 1944, received numbers from A-3622 to A-6027.[29] Chana could also not have received the number of a dead prisoner because after February 2, 1942, Auschwitz prisoner numbers were no more issued twice.[30]

Second, the plundering of dental gold was carried out on the corpses of the dead, but never on living prisoners on intake. Third, if Chana had been registered on arrival, she would have been sent to one of the "regular" women camps, such as BIa or BIb. BIIc was used during the "Hungarian action" as a transit camp for non-registered Jewish women - who, therefore, had not been tattooed -                                                                SS doctors regularly

Exhibit C : Page 7 of 36

combed the transit camp for deportees who would be shipped into the Reich's interior for slave labor (without registration at Auschwitz) or taken in at Auschwitz (and then registered there),                                                                                          [31]

## Majdanek - there and back

The day after Chana's arrival and intake at Birkenau, she and about one hundred other women are selected by Mengele from her barrack (43-44). They have to parade naked before Mengele and a group of other SS men. In a multi-step selection process, Chana and fourteen other young women eventually are chosen. Each of them receives "a striped dress," on whose back "the letters *KL Katzes Lager*, concentration camp, were painted in white paint." The group boards a train "to a place called Majdanek." On the way from the station to the camp through the city[32] she "could see revulsion, loathing, and disgust" on the faces of the "beautifully dressed" people in the street (44) - again a Holocaust stereotype.[33] Let us remark only that the blue and gray striped concentration camp dress at Auschwitz never had *KL Katzes Lager* painted on its back[34] - another incorrect information given by the author.

Chana soon realizes that she and the other fourteen Jewish girls were selected for a horrible fate: to become a lampshade (45). Ilse Koch, "an SS woman . . . a maniac . . . [who] likes human gloves made out of human skin and lampshades," is "coming to Majdanek to select her material for the lampshades, and we have the skin for it." Mrs. Koch, however, does not show up. [35] Small wonder, since she, as of August 25, 1943, has been sitting behind bars in the Weimar, Germany, Gestapo prison.[36] So, "after forty-eight immeasurable hours," the group returns to Auschwitz, without having achieved anything (45).

Though long since debunked as a contemporary legend, lampshades allegedly made from victims of the Holocaust are a stock phrase in Holocaust remembrance.[37] It is, therefore, not surprising to find the legend in a book that serves its readers with nearly all Holocaust clichés. As the lampshade story was a Buchenwald camp rumor that spread from there not before the liberation of this camp (April 11, 1945), it can be excluded that it was known in Auschwitz and Majdanek already eleven months earlier. By the way, in Mrs. Zisblatt's version, "Ilsa [*sic*] Koch was choosing women with beautiful skin" for her lampshades (45). In the original version of the legend, however, Mrs. Koch, the "Bitch of Buchenwald," was only interested in well-built

Exhibit C : Page 8 of 36

men with gorgeous tattoos. All the signs are that Mrs. Zisblatt's near-lampshade experience is nothing but the fruit of a prolific imagination.

*[Note* ███████████████████████████████████████████████████████████

███████████████████████████████████████████████ *there is no credible evidence that Ilse Koch was directly involved, that anyone was killed in order to make the lampshades or that the skin of Jewish inmates was used.]*

## Everyday Life at Birkenau

Mrs. Zisblatt writes that she stayed eight months at Birkenau (149). This, however, is at odds with her narration, according to which she cannot have spent more than five months there. She mentions to have been at Birkenau on Yom Kippur (69), which, in 1944, fell on September 27, and Simchat Torah (70), which fell on October 10, 1944. She also writes that she was witness to the famous *Sonderkommando* mutiny (72), which occurred on October 7, 1944.[38] Some time after this event, she is selected for the gas chamber, but survives (74) and leaves Birkenau the same day (76). This must have been already in October 1944, as the last gassing took place on October 30, 1944.[39] Before the beginning of winter, she is already in Neuengamme (79). All this means that she must have left Birkenau sometime in the second half of October 1944, which in turn means that she did not stay in Auschwitz longer than five months.

Chana's days at Birkenau begin with roll call (*Zählappell*)[40] (37, 41, 55), followed by exercising (41). The weather is always cold (51), typical for Poland (74), sometimes it is raining (74), in October freezing (70), and when she leaves, Birkenau is even already covered with snow.[41] The prisoners are tortured with senseless work: "Men and women aimlessly carried stones from one side of the camp to the other" (42, 56). "Each day we carried rocks from one pile to another and back" (51).[42] For a short period of time, Chana is assigned to a *Kanada* work detail (59).[43] Food is totally insufficient: "Our daily ration was watery soup every twenty-four hours" (37).[44] The prisoners are not allowed to speak to one another. Violations are threatened with the death penalty (41). Block elders and kapos have "supreme authority over life and death" (42). The six[45] crematoria (71) of Birkenau are operating round the clock. Their chimneys are "blazing" (41), "burning" (70), and "spewing ashes" (42) that "encrust the

Exhibit C : Page 9 of 36

mud" (41). On Simchat Torah, their "flames blaze brighter than the sun," and "hot ashes" even
fall around on the prisoners (70, 71).

Mrs. Zisblatt's description is rife with exaggerations and inaccuracies. First, a *Standortbefehl*
from February 14, 1944, ordered that roll calls from now on have to take place only once a
day in the evening, though, in some instances, exceptions seem to have occurred.[46] Second,
in 1944 the summer in southern Poland was long, dry and hot, so that even the water table at
Birkenau fell sufficiently to allow for open-pit burning of the victims' corpses. Third, food
rations doubtlessly were insufficient at Birkenau, but it is implausible that Chana has been
living on a daily ration of one bowl of watery soup. Without the piece of bread that the
prisoners got in the evening and some additional foodstuff[47] she would never have been able
to survive five months. Fourth, the crematoria were not active volcanoes spewing fire and
ashes.

in principle, could
The rain of hot ashes,
however, belongs to the realm of fantasy.

Astonishingly vague and colorless is the author's description of her social relations within the
camp. We know, in principle, only two persons by name: Sabka, a Lithuanian Jewish girl, five
years older than Chana, who she meets on the way back from Majdanek (46) and who
becomes her intimate friend, and Dr. Mengele, her permanent torturer. Everybody else in the
camp, prisoner or SS man or woman, remains anonymous. No mentioning of names of block
or room elders, the persons with whom the prisoners had daily contact, and whose positions
and duties she mixes up with that of a kapo (42).

Still more peculiar is that Chana has neither contacts with other children at Birkenau, nor with
grown-ups. From reliable survivors' reports we know that, on the one hand, the children in the
camps quickly set up informal groups, and on the other hand, that adult prisoners voluntarily
took care of orphaned children and "adopted" them.[51] The general vagueness and anonymity
of Mrs. Zisblatt's description of the social relations among the prisoners holds the more for the
time Chana allegedly spends at Neuengamme, in the camp as well as in the factory, and
during the death march.

Exhibit C : Page 10 of 36

**Cases of non-Everyday Violence at Birkenau**

In addition to the violence of everyday life, Chana is witness or victim of crimes that occur
occasionally. For example, when an SS man, on arrival of a deportation train, picks "two
toddlers up by their feet and smashed them against the truck. Their blood splattered and their
cries ceased" (38). Or when another SS man with his boots crushes the head of a prisoner,
who does not perform a push-up exercise correctly (41). Or when fellow prisoners must throw
her into the cesspit on order of an unidentified "SS" (52).[52] Or when the Jews who observed
Yom Kippur by fasting, are punished with five days of no food (69). When the Jewish girls who
had provided explosives for the *Sonderkommando*'s mutiny, are publicly executed the day
after, and Chana is "forced to march out to the gallows and to watch as the three girls were
hanged" (72).

Chana one day makes a particularly horrible experience when she brings some water to her
sick friend Sabka (55). "The kapo" reports her to "the SS in command" for "sabotage . . . She
was trying to steal water" (56). As a punishment, she must stand for twelve hours (58) so
close to the electric fence that she "would be electrocuted" if she stumbled, the whole time
holding a brick with her arms stretched out (56). During this time she witnesses the arrival of
several trains "coming from Hungary or from the Lodz ghetto" (56). Mothers desperately
scream in "Polish and Hungarian," and "dead children [are] picked up by their legs, like
slaughtered chickens, two in one hand" (57). She also "could see the flames from the pits
where children and adults were being dumped alive to die by the fire" (58).

it is
improbable that a single, child prisoner experienced or witnessed all of them in a relatively
short period of time. What is more, some of them are obviously exaggerated, for example
having to stand with stretched arms and a heavy stone for twelve hours near the camp fence.
What is more, Chana would have been shot without warning by one of the guards in the
watch-towers if she had approached the electrified wire so closely.

Other events she simply could not have witnessed. Four - not "three" - Jewish women who
provided explosives for the *Sonderkommando* were publicly executed on January 6, 1945,[53]
more than two months after Chana must have left Birkenau according to her narrative. The
open pits where corpses were being burned during the "Hungarian action" (due to lack of

Exhibit C : Page 11 of 36

crematorium capacity) were hidden behind a little wood and could not be observed directly from BIIc. She could have seen at most reflections from the flames, but never what was done there. Trains from Hungary and from the Łódź ghetto never arrived at the same time. The deportations from Hungary ceased on July 9, 1944, whereas the first transport from the Łódź ghetto arrived at Birkenau on August 15, 1944.[54] What is more, from BIIc Chana could not have heard voices from the "ramp."

## Sabka's Story

In April 1942 (1), on the second day of Passover (9), "Nazi soldiers" round up the Jews of a village in the Lithuanian mountains, force them to dig a deep trench and line up at its edge, and shoot them all (7-8). Sabka, at that time sixteen years old (7), falls into the pit when her parents are shot (8). Unharmed, she creeps out of the pit after the killers have left and flees up into the mountains (9). Amidst the rocks she finds a cave with a well (10). There she is living "for almost two years, [s]urviving on stolen food and clothing" (18). But one day she is noticed by a local peasant woman, who informs the authorities. "Nazi officers and their dogs" search and eventually arrest her (18-19). She is marched downhill and loaded on a truck. After a journey of three days without food or drink, she arrives at Auschwitz, "her new home for the next eighteen months" (19-20). From the moment of their first encounter on the way back from Majdanek until liberation by U.S. troops, Sabka and Chana stay together all the time and share all experience.

This narration, however, also contains implausibilities.

But Sabka would have had serious problems in fleeing to "the mountains." Most probably Mrs. Zisblatt imagined Lithuania as a country similar to her native land, with mountains, rocks, and caves. But Lithuania is mostly flat lowland and has no mountain ranges. In the center there is a strip of rolling terrain, and in the east, Pleistocene glaciers have left hilly uplands with lakes interspersed. Nowhere in Lithuania Sabka would have found mountains with a cave in the rocks to hide. What is more, winters in Lithuania are really cold, and without making fire-which would have betrayed her at once-Sabka could not have survived a single winter in her cave.

Exhibit C : Page 12 of 36

Another problem arises (again) with chronology, which does not seem to be Mrs. Zisblatt's strong point at all. According to her story, Sabka was transferred to Neuengamme with the same transport Chana attended (77), i.e. in the second half of October 1944. If Sabka stayed at Auschwitz "for eighteen months," she must have arrived there at the end of April 1943. Then, however, either the shooting of the Jews of her village must have occurred already in 1941, or she had not been in the cave for two years.

## The Medical Experiments

A considerable part of Mrs. Zisblatt's narration is filled by tales about medical experiments, to which Chana, Sabka, and other prisoners were subjected at Birkenau. As a collective measure "to destroy our reproductive organs," the SS is feeding the prisoners with chemicals in the soup (37, 70, 120, 158). In one of the rooms of the camp infirmary, Sabka and Chana see "scores of sick, emaciated Jews," whose blood is being drained, "three pints . . . from each prisoner," until they die (73). This Jewish blood is not intended for Germans, but "will be used to save the lives of Poles and the friends of the Germans who are helping them" (73-74). Later, in a hospital in Pilsen, she meets a Jewish woman who tells that her daughter died in Birkenau. She and another group of young girls were killed by draining "of their own blood for plasma for the German army and allies" (99).

Mixing chemicals into the soup to make the prisoners infertile, however, is a typical urban legend known from penitentiaries worldwide. Though frequently reported by survivors, who this way explained themselves the loss of sexual desire (which was due, however, to permanent stress in combination with undernourishment), it was never done at Auschwitz. The draining of Jewish blood for purposes of the Wehrmacht is equally one of the many Holocaust myths.[55] In Mrs. Zisblatt's version, Jewish blood is only used for Poles and others who are helping the Germans in the extermination of Jews. This does not make the legend more trustworthy, as Poles were also "Aryans," though, in Nazi ideology, of a lower category than Germans. Instead it puts a share of the blame for the Holocaust on the Poles, an accusation considered by the Polish people as a slanderous lie.[56]

Exhibit C : Page 13 of 36

The most vivid descriptions Mrs. Zisblatt gives are about the experiments performed on her and Sabka by Dr. Mengele. The "Angel of Death" (43) is a pronounced sadist who gains satisfaction from bestially torturing (45, 54, 65) his "guinea pigs" (43, 57). Chana and four other girls receive "painful chemical injections" in their eyes (46). They are then confined for a period of five days (47) to a narrow, dark, "wet and cold prison cell," without food or drink, and where they can only stand upright (46-47). After release from the "dungeon" (46), Mengele examines the girls' eyes. Three have lost their eyesight, and Mengele sends them directly to the gas chamber (48). With Chana and Sabka, "the experiment failed": the color of their eyes has not changed, and both return to their barracks (48).

This topic, therefore, shall not be discussed further in this analysis, which is restricted to inaccuracies, exaggerations, and implausibilities in Mrs. Zisblatt's memoir. For example, Mengele would not have sent the three of them who went blind to the gas chamber,

[58] Histological examinations of the test objects were part of his "research work." After all, Mengele saw himself as a "scientist."

It is also hardly believable that after the experiment the girls were confined to *Stehzelle* (standing cell) arrest, and that they survived there five days without food and drink. Committal to *Stehzelle* was a severe punishment meted out by the Political Department or the Camp Commandant,[59] never by an ordinary camp physician. We do not read about an "infraction" that would have made the commandant or the camp Gestapo send the girls to close arrest. What is more, in the known history of Auschwitz we never hear about standing cells filled "with water up to [the prisoners'] ankles" (46).

Some time after the eye experiment, Mengele begins to perform on Chana and Sabka a weeks-long series of cruel and painful injections under the fingernails (53, 54, 58). The

Exhibit C : Page 14 of 36

second injection Chana receives causes blood poisoning, of which she cures herself (55). From the following injections, however, luckily neither she nor Sabka fall ill (58).

But Mengele performs the most remarkable experiment on both girls not in Birkenau, but in the main camp (the *Stammlager*) of Auschwitz (63). In the infirmary there, they are "strapped tightly onto rusty, metal tables" (63) With a suite of "six young SS men and women," Mengele enters the room and explains to them that he will show them how to remove the tattooed camp number from their arms (64). He then takes a huge syringe and draws, of course without anesthesia, "the sinew through my skin. Muscle and tissue and flesh all were drawn up" (65). Chana faints for pain. When she awakes, she hears Mengele ordering the nurse who assisted during the operation to kill the girls by an injection, "I mean the lethal one" (65).

The nurse, however, "work[s] for the underground" (67, 88). She gives the girls a phony injection. Mengele leaves the room, the nurse frees the girls and sends them to the adjacent room of the tuberculosis patients, which no SS man enters for fear of contagion, and asks them to wait. Some time after she returns with "a striped dress with a number sewn on the left shoulder" for each of them. She admonishes them to forget their old number and to never speak about what just happened to them. She then leads them to a new barracks and assigns them new bunks (66). "Sabka and I had prevailed over Dr. Mengele" (67).

The tale of the removal of the prisoner numbers, however, is so full of implausibilities that it must be regarded as pure fantasy, and regretfully not as a good one. First, Mengele, a simple camp physician, by no means one of the camp brass, could never have dared to publicly remove the camp number, the one and only identification characteristic of a prisoner at Auschwitz,[60] from a prisoner's body. (Six other SS members were allegedly present!) Second, he need not have made an "experiment" to this effect, as methods of removal of tattoos were well-known, and these were far less painful as the procedure described by Mrs. Zisblatt. Third, it would not have made sense to kill the test subject immediately after an experiment that allegedly should serve to find out how to remove "membership and [...] blood type" tattoos from the bodies of SS men (64). It was an "experiment," and Mengele would have had to wait for its outcome, how the wound was healing, if scars would remain, etc. Let us not forget that he saw himself as a "scientist."

Exhibit C : Page 15 of 36

The most unbelievable thing, however, is the change of identity as described by Mrs. Zisblatt. In rare instances, the camp resistance movement did arrange such changes of identity, but only for prominent prisoners in imminent danger to life. It was a complicated procedure, needed quite a few initiated persons, and was always highly risky.[61] Chana and Sabka had neither connections nor "knew the right people," which would have had to manage the identity exchange. Mengele would have had to explain where the girls had gone, and the bodies of two girls of similar appearance and with Chana's and Sabka's camp numbers on their arms (!) would have had to be shown to prove that Chana and Sabka had not escaped. In these matters, the camp Gestapo did not tolerate sloppy work.

In the new block, the girls would at once have been recognized as alien, even if the camp numbers that they had received from the nurse were those of former inmates of the same block. Lack of a "triangle" and a camp number "sewn on the left shoulder" of the camp dress instead at the level of the left breast would have aroused immediate suspicion. At any rate, at the next roll call the SS Blockführer would have noticed either that there were two new prisoners who had not been sent to the block by the Political Department (the camp institution that dealt with the prisoners' personal affairs and assigned the prisoners to the "blocks" (barracks)), or that two dead prisoners miraculously had resurrected. By the way, it is suspicious that Chana never means the new prisoner number she allegedly obtained and which she would have had to use from now on.

**The Diamond Cycle**

Let us now come to that part of Mrs. Zisblatt's life-story that provided the title for her memoir: the diamonds. Shortly before the Seigelsteins are deported, Chana's mother takes her daughter aside and shows her four small diamonds that she had saved from the Nazis (22): "I'm going to sew them into the hem of your skirt . . . Guard them closely and never sell them, unless you are hungry - then you may use the diamonds to buy bread" (23). When she has to undress on intake at Auschwitz, Chana tears the hem, removes the gems, and holds them tightly in her fist (35). When she sees that the newcomers are bodily searched, she swallows the diamonds (36). The next day, after roll call, she goes to the latrine, relieves herself unnoticed in a corner, and rummages through her own excrements until she finds all four diamonds. She hides them in a knot made at the end of her garment (42). She is firmly decided never to give away her mother's diamonds.[62]

Exhibit C : Page 16 of 36

Therefore, though not explicitly mentioned, she swallows her diamonds again before she has to undress for the selection for Majdanek (44). There she again retrieves the gems in the latrine (45). This procedure repeats itself until liberation. "The entire time I was incarcerated, I would swallow and retrieve my mother's diamonds again and again" (45). "At each selection, I swallowed" (52). She must have swallowed her diamonds also every time she was called for a medical experiment, or when she or her clothes were deloused (about which, by the way, we read nothing).

Knowing from numerous descriptions of undisputed Auschwitz survivors how appalling the sanitary conditions were particularly at Birkenau, that the number of latrine places for thousands of prisoners was absolutely insufficient, that the latrines could only be used for a short time in the course of a day, that there was not the tiniest little bit of privacy, and that prisoner functionaries (kapos) "directed traffic" inside with shouting, beating and insults,[63] it is inconceivable that Chana for months has been able to relieve herself undisturbed in some corner of the latrine and to retrieve her diamonds unnoticed.[64]

As the diamond episode is central in the marketing of Mrs. Zisblatt's book - and also in her contribution to the documentary *The Last Days* with the sub-title *Everything you are about to see is true* - Holocaust deniers hook up particularly on this part of her story. They say that the repeated swallowing of cut diamonds would have hurt Chanas esophagus and intestines, a statement I can neither prove nor disprove. Furthermore, they say that, given the appalling sanitary conditions at Birkenau - particularly the notorious lack of water and soap - Chana could not have sterilized her diamonds and sooner or later would have ingested life-threatening germs, an argument that cannot simply be dismissed. On the other hand, according to her story, Chana obviously did not have health problems with ingesting feces, as the *Stehzelle* episode shows. During the five days in this dungeon, the girls relieve themselves into the ankle-deep water in which they stand and drink the same water repeatedly (47), without becoming sick.

### Escape From the Gas Chamber

As already mentioned, after Simchat Torah (October 10, 1944), ███████████████████
███████████████████████████████████████████████ [65] Chana is
selected for the gas chamber (74) by Mengele himself, who, according to her video interview,

Exhibit C : Page 17 of 36

recognizes her on roll call, wonders why she is still alive, and orders to take her out.[66] She is then attached to a Gypsy transport of whole families on their way to the gas chamber. For a moment she feels safe, "because families don't go together to the gas chamber . . . I thought . . . we're going to work somewhere . . . to another family camp."[67] In her book, however, the story reads somewhat different: "the SS" orders a second roll call, and she along with fifteen hundred other women are selected (74). They have to undress completely in the open. They then are herded into "the number three gas chamber," which, however, is "not big enough to accommodate all of us." Chana, being the last to enter, manages to cling to the door and so prevents the SS man in charge from closing it. Another SS man, obviously of a higher rank, angrily shouts at him: "Close the door so we can dispense the Cyclone B." The SS man at the door can see no other way out but to throw Chana "out onto the ramp." He shuts the door and disappears (75).

Naked, Chana runs away and hides "under the roof of the gas chamber" (75). There she hears the screaming of the dying, until "all was quiet, it was so quiet you could hear a pin drop."[68] Luckily no SS man is around, but a lone Hungarian boy, member of the *Sonderkommando*, appears, sees Chana, pulls her "from under the eave of the roof" and covers her with his "striped jacket" (75-76). He then leaves, but returns after some time and tells her that on the tracks besides the gas chamber a train with open cars is waiting to take women prisoners to a labor camp. He wraps Chana up in a blanket[69] and flings the bundle high over the electrified wires directly into one of the open freight cars. Though there are already women in the car, no one speaks to Chana. Shortly thereafter, the train leaves Birkenau. (76)

This is the most implausible episode in Mrs. Zisblatt's story. Let us omit the not quite unimportant change that the beginning of her story underwent between her video interview and the writing of her book, and let us rather concentrate on the events in the gas chamber. First, if indeed a frail little girl would have clung to the door of the gas chamber and so prevented its closing, the SS man at the door would have made short work of her: either cramming her into the gas chamber by force, or simply killing her on the spot. Second, a glance at the pictures of crematorium III (or its mirror image, crematorium II) shows that there was no place "under the roof" where a person could hide.[70]

Exhibit C : Page 18 of 36

Third, when 1,500 people were gassed, quite a few SS men were in and around the crematorium building. Chana would under no circumstances have remained undetected. Neither when she was running from the gas chamber through the "ramp" (?) to the eave, nor when she went from there together with the young man from the *Sonderkommando* to the electrified fence, nor when she was thrown over it. Fourth, the young man must have been an athletics champion, as the distance between the railroad tracks and the fence around crematorium III was over 100 ft., the fence had a height of about 10 ft., and Chana weighed about sixty pounds.[71] Fifth, if there had been a train with open cars[72] waiting with prisoners near the crematoria, it would have been guarded by SS personnel who doubtlessly would have noticed the unconventional arrival of Chana by "air lift." And last not least, she would have been noticed at the latest at roll call on arrival, because her name would not have appeared in the transport list.

**From Neuengamme to Pilsen**

Some days after her departure from Birkenau, Chana arrives at night "in a labor camp in Neuengamme in Germany." In the morning, she realizes that Sabka has been on the same transport and even shares the room with her (77). For at least two months - until some day in January 1945 - Chana stays in this camp. She and Sabka are assigned to work "in the munitions factory during the day." Food is the same as at Birkenau: "thin soup" (79).

But in January 1945, "the five thousand prisoners in Neuengamme" are "assembled in the bitter cold" and marched off into the unknown (79). It is a long march, without rest and seemingly without aim, full of deprivations and fear: "Days became weeks and weeks became months." The weak are mercilessly shot, so that "after about two months on the death march, only about half of us were alive" (80). In "April . . . there were only a few hundred prisoners alive" (84). In a favorable moment, the girls succeed to escape (85-86). For several days, they roam through the Bohemian forests, until they, in the morning of May 7, 1945 (92) are found and liberated by U.S. soldiers (89). In the night, Sabka dies from typhus (94).

Chana, who also contracted this disease, is committed to a U.S. military "hospital near Pilzen, Germany" (97). A few days later, General Patton visits the hospital and makes "a special visit" to Chana's bedside. He interviews her about the camps and the death march, and when he leaves, he "pulled four buttons from his sleeves and a scarf that he wore around his neck and

Exhibit C : Page 19 of 36

gave them to me to keep." Chana spends "two months in the hospital in Pilzen" (98), before she leaves Czechoslovakia for a DP camp at Salzburg, Austria (99).

Mrs. Zisblatt's narration remains rather vague in this chapter, ███████████████████

██████████████████ Historically inaccurate, however, is the date of the evacuation of Neuengamme. Though some distant sub-camps were already evacuated at the end of March 1945, the evacuation of the main camp began not before April 8, 1945, and the prisoners were shuffled around in north central Germany. Only the five hundred male prisoners of sub-camp Bad Sassendorf were evacuated southward, by train until Ebensee in Austria, where they arrived on May 1, 1945.[73] It is also conspicuous that she does not remember the new number she must have been given on intake at Neuengamme and which replaced her name for at least half a year.

Whether Chana really met General Patton, and whether he gave her his scarf, ████████████

█████████████████████████████████████████████████████ he is never seen with a scarf on wartime pictures.

## Revisiting Auschwitz Fifty Years After

After viewing *Schindler's List* in 1994, Mrs. Zisblatt decides to revisit Auschwitz as a participant in *The March of the Living* (138-141). There she recognizes Block 11 as the place where she and four other girls were confined to *Stehzelle* arrest (144). She then walks to "the number two gas chamber" in the main camp (145). "When I got to the entrance I grabbed onto the door, and dug my fingernails into the blue wall that was still blue from the cyclone B gas; I could smell the gas that was still very strong" (146). The next day she is in Birkenau with the group. "I walked the path of my family, for my family, and for the six million souls who had perished in the number two gas chamber and crematory . . . The gas chamber was a pile of rubble . . . I could smell the gas embedded in the walls, green and blue from the cyclone B" (147).

Again we find inconsistencies and non-trivial inaccuracies. First, if she, indeed, was punished with *Stehzelle*, as a Birkenau prisoner, she would have served her sentence at Birkenau, not

Exhibit C : Page 20 of 36

in the main camp that she also for the first time entered much later (according to her narration) on the occasion of the removal of her tattoo. But the standing cells of Birkenau have vanished, and visitors are shown those of the *Kommandaturarrest*, which was situated in the basement of Block 11 in the main camp. Second, neither in the (reconstructed) gas chamber of the main camp, nor in the rubbles of the Birkenau gas chambers and crematoria "cyclone B" can be smelled, nor are there "blue" or even "blue and green" stains from it on the walls. Every visitor can convince him/herself of this fact. Last but not least, with "six million gassed" Mrs. Zisblatt presents to the deniers one of their favorite straw-men used in their attempts to discredit serious Holocaust historiography.

## A Provisional Appraisal

It was shown that Mrs. Zisblatt's Holocaust memoir does not stand scholarly scrutiny. As a whole, the story she tells about her camp experience leaves the impression that it was spiced up with ubiquitous Holocaust legends and enriched with fragments from other survivors' memoirs. It is so full of implausibilities that one can understand some of those who - in a "worst case scenario" - begin to doubt everything she tells. Since the only fellow prisoner whose name she remembers, Sabka, died at the very end of the war, it is also nearly impossible to cross-check her memoir with those of individuals who could be identified as having shared camp life with her.

improbable, however, that a single prisoner, a child, too, experienced or witnessed all of them at the same place and within a short period of time. Mrs. Zisblatt certainly has survived the Holocaust, but her real life-story must be a different one. Which one, only she knows.

It becomes, however, problematic at the very moment when she goes public and her subjective truth, having become "objectivized" by the hallmark of "authenticity" as a survivor's alleged own experience, enters into conflict with common sense and the results of historical research.

Exhibit C : Page 21 of 36

Jewish and survivor organizations should take the issue in hand and search for clarification. Stories, such as Mrs. Zisblatt's, full of easily refutable details, 

It is not sufficient to defend the historical truth about the Holocaust only against distortions from the deniers' side. Distortions from the side of exaggerators, mythmakers, and self-aggrandizers must equally be rejected. A matter as serious as the Holocaust demands serious, honest, and accurate treatment. Not least with regard to the dignity and the memory of those who perished.

## Toward a Reconstruction of Irene Zisblatt's Biography

After having written the above, which restricts itself deliberately to an analysis of Mrs. Zisblatt's published memoir, I began to study the documents                    Eric Hunt posted on his Web site                    and cross-checked them with my material about concentration camps and documents from the International Tracing Service (ITS), Bad Arolsen, Germany, with which Prof. Kenneth Waltzer from Michigan State University provided me. It gives an interesting picture of Mrs. Zisblatt's life-story, different, however, from that which she tells in her book and the video interview.

The first document from the "Eric Hunt collection" is a letter from the ITS, dated March 20, 1995, and shown in the documentary *The Last Days*. It gives the "inquirer's" name as "Irene Zisblatt Lewin," pointing to the fact that Mrs. Zisblatt once must have been a "Mrs. Lewin." We find there further an "Irene Segelstern, born in Sosnowitz on 28.12.1929, nationality Hungarian, was transferred from Concentration Camp Gross Rosen, Prisoner's Number 61397, to Concentration Camp Flossenbürg/Commando Helmbrechts, on 6th March 1945. Category: 'Sch.H. (=Schutzhaft), Jüdin.' "

The second document is part of a list of alien passengers traveling from Bremen to New York, departure October 29, arrival November 10, 1947, with S/S "Marine Flasher." This fits perfectly in Mrs. Zisblatt's narration. She writes that she arrived on November 8, 1947, after a ten days' journey (TFD:104). That means that she left Bremerhaven (the port city of Bremen) on October 29, in accordance with the passenger list. That the arrival dates given by her and on the list differ slightly and that she remembered the ship's name as "Marine *Fletcher*"does not pose any problem. On the list we find an "Irene Lewin, age 18, female, married, Polish nationality, quota Cz.Slov., destination Newark, NJ." She is traveling with "Alter Lewin, age

Exhibit C : Page 22 of 36

21, married, Polish nationality and quota," obviously her husband, and her brother-in-law, Elias Lewin.

Then there is an index card from the AJDC Emigration Service, Munich, from August 1947. It shows an "Irene Lewin, born VII.28.28 in Poleno, former nationality CSR, in transit from Salzburg, accompanied by Alter, Elias." The fourth document shows two pages of the Flossenbürg camp ledger. It shows that, on March 6, 1945, an "Ung.J. [Hungarian Jewess] Segelstein, Irene," born "28.12.1929," was taken in from Gross Rosen at Flossenbürg sub-camp Helmbrechts and obtained the prisoner number 63941. Document number five in this collection is a search result from the World Jewish Congress' database of Holocaust survivors. It shows a "Siegelstein, Irene", born at "Polena (H) [,] 16 y[ears]" old, liberated from "Civilian Hospital, Volary (CZ)." It tallies with the "List of Jewish Girls Now in Civilian Hospital at Volary, Czechoslovakia," in the USHMM collections.[75]

In the "Kenneth Waltzer collection" there are copies of nine file cards, dating from 1949 to 1992, from the ITS archives. The most recent shows "Zeigelstein, Irene, od. Lewin od. Zisblatt," born "28.12.1928 Poleno, jüd. tschech." The older ones have different spellings of her name ("Segelstein" or "Segelstern") and show "28.12.1929" as date of birth - corrected, however, on the back in handwriting "28.12.1928" - and her nationality as "Hungarian." Two ITS file cards refer to a single page from an Auschwitz list of prisoners, the original of which can be found in the Archives of the Auschwitz-Birkenau State Museum under file nr. D-HygInst/7/No.inw.106156 Segr.50 str.285. There her name is spelled as "Zegelstein, Irén," the Hungarian version of her name.

I am convinced that all these documents refer to the same person, viz. Irene Weisberg Zisblatt of today. Unsurprisingly, there are real and seeming contradictions in the documents, which, however, can easily be resolved. Concentration camp prisoners' data are often erroneously recorded. Names are misspelled, dates of birth or transfer incorrectly written, and when lists were copied, copying errors occurred. They who have worked with such material know, however, how to deal with these "disturbances."[76]

The first thing we learn from the documents, by the way, is that Mrs. Zisblatt was "Irene" already at Auschwitz, that she did not receive this first name just on immigration, as she relates: "I panicked. 'This is not my name ... Irene ... I have never heard of that name,' I cried"

Exhibit C : Page 23 of 36

(TFD:103). It is, however, possible that she had "Chana" as an additional, Jewish, first name.
Another small problem pose the different spellings of her family name. I would suggest that
the original spelling is "Siegelstein," because this is a word from the German language
(denoting the stone in a signet ring), and Jews in the former Austro-Hungarian Empire
predominantly had German family names. I will, however, use in the following the spelling she
gives in her memoir: "Seigelstein."

The older ITS documents give her place of birth as "Sosnowitz," a town in Upper Silesia,
Poland. It does not tally with nationality "Hungarian" and must be regarded as a copying error,
committed either at the Arolsen archives, or at one of the camps she was in. They also give
her year of birth as "1929," obviously inherited from the Auschwitz list and later corrected. If
she were born on December 28, 1929, she could not have been sixteen on liberation (May 6,
1945 – see later) and eighteen when she went on board of the ship that brought her to the
U.S., contrary to the documents. The AJDC Munich file card has still another date of birth:
July 28, 1928. If this date were correct, she would have been already nineteen on
immigration. The date of birth December 28, 1928, therefore, most probably is the correct
one.

The different nationalities given in the documents do not pose any problem at all. When Irene
was born, Subcarpathia was part of the ČSR, and in 1939 its inhabitants received Hungarian
citizenship. When she married the Polish citizen Alter Lewin (marriages of young people were
quite common in the DP camps) in Austria, she obtained, according to the country's laws, his
citizenship and his family name.

An interesting document is the Auschwitz list. It contains over 770 names of women,
apparently all Jewish and Hungarian, from Block 8 of camp sector BIIc. The list has four
columns: Serial Number, Family and First Name, Year of Birth, and Result (*Befund*). It is
dated "28 IX 44," i.e. September 28, 1944. No prisoner numbers are mentioned. This clearly
points to the fact that these Jewish women did not have prisoner numbers, which tallies with
the well-known fact that the women from BIIc, the "transit Jews," were not registered and,
therefore, did not have Auschwitz prisoner numbers. The list is on pages 281-288 of a file
("Volume 50") of documents from the SS Hygiene Institute Auschwitz, together with three
similar lists for Block 7 (incomplete, running from serial no. 1 to 494, with date 27 IX 44, pp.
290-294), Block 10 (over 630 names, with date 29 IX 44, pp. 1-8), and Block 12 of BIIc (over

Exhibit C : Page 24 of 36

400 names, with date 29 IX 44, pp. 9-13). On pages 288, 8, and 13 we find a remark that, from the prisoners, "feces tests" (*Stuhlproben*) were made, which (luckily for them[77]) all had a negative result.

Unfortunately, for none of these lists a "cover letter" has survived from which it could unequivocally be seen to which purpose the feces of whole blocks of "transit Jews" were examined. The sheer masses of tests let us exclude that they were part of a Mengele experiment. Knowing, however, from documents from other camps that, at that time, the last Hungarian "transit Jews" were transferred for slave labor into the Reich's interior, we can assume with certainty that this mass screening of feces served to certify that the prisoners to be shipped out were free from typhus and dysentery, frequently ravaging at Auschwitz. The accepting camps wanted to be certain that they did not receive carriers of contagious diseases.

**An Attempt at Re-Writing Irene Weisberg Zisblatt's Biography**

Let us now try to reconstruct Irene Weisberg Zisblatt's biography until her arrival at New York in November 1947. The following is an attempt, subject, of course, to corrections and completion to the same extent as additional information will appear.

**December 28, 1928**: Irene (Chana?) Seigelstein (Siegelstein?) is born in Polena, Subcarpathia, as a citizen of the Czechoslovak Republic.

**April 1936**: Irene starts school in the public elementary school of Polena.

**March 1939**: Subcarpathia returns to Hungary. Irene automatically receives Hungarian citizenship.

**December 28, 1943**: Irene becomes 15.

**March 1944**: After having served the compulsory eight years of school attendance, Irene leaves school.

**April-May 1944**: The Seigelstein family must leave their home in Polena and is committed to the Munkács brick factory ghetto.

Exhibit C : Page 25 of 36

**Between May 15 and 24, 1944**: The Jews from Munkács are deported to Auschwitz.

**Between May 16 and 26, 1944**: Irene arrives at Auschwitz. Being 15 ½ years old and healthy, she escapes gassing on arrival. She is not taken in (registered and tattooed with an Auschwitz prisoner number), but committed to Block 8 of sector BIIc of Birkenau, a transit camp for women.

**June to September 1944**: Such as all "transit Jews," Irene is only occasionally assigned to a work detail.

**September 28, 1944**: Irene and her fellow prisoners from Block 8 are tested for contagious diseases transmitted via feces. The result is negative.

**Immediately after September 28, 1944**: Irene is transferred out to concentration camp Gross Rosen, where she obtains the prisoner number 61397 [78] and is sent to sub-camp Schlesiersee I. There she works in a munitions packing factory.[79]

**December 28, 1944**: Irene becomes 16.

**January 21, 1945**: Schlesiersee I is liquidated, the inmates marched on foot to Gross Rosen sub-camp Grünberg.[80]

**January 28, 1945**: The women from Schlesiersee I, together with half of the women of sub-camp Grünberg I,[81] are marched on foot in WSW direction, through Lower Silesia, Saxony, and the Thüringer Wald, into northern Bavaria.

**March 5, 1945**: After six weeks of marching in the depths of winter, Irene arrives at sub-camp Helmbrechts of concentration camp Flossenbürg.[82]

**March 6, 1945**: Irene is registered under number 63941 as a Flossenbürg prisoner. She and the other 620 sick and exhausted women who arrived together with her need not work, most probably because, at that time, the munitions factory, for which the Helmbrechts prisoners had to work, already lay idle.

Exhibit C : Page 26 of 36

**April 13, 1945**: Sub-camp Helmbrechts is liquidated. Its inmates are marched on foot in eastern, later SSE direction, through the Sudetenland.[83]

**May 4, 1945**: After three weeks of marching, Irene arrives at Volary (in German: Wallern). Together with about 120 emaciated, severely sick women she is left there in a makeshift camp.

**May 6, 1945**: Soldiers of the 5th Infantry Division ("The Red Devils," coat-of-arms: a diamond with a "5" in its center[84]), 3rd U.S. Army, liberate Volary and set up a field hospital for the sick women, who later are transferred to a civilian hospital where they stay until they are able to leave. Some of them remain there for about two months.

**In the summer of 1945**: Irene leaves Volary for a DP camp at Salzburg, Austria.

**December 28, 1945**: Irene becomes 17.

**December 28, 1946**: Irene becomes 18.

**Still before August 1947**: Irene marries Alter Lewin, a Polish citizen. She becomes "Mrs. Lewin" and obtains Polish citizenship.

**October 1947**: Irene, her husband, and her brother-in-law, Elias Lewin, receive immigration visa for the U.S. As Irene was born in Czechoslovakia, she is counted for the "Czechoslovak" immigration quota.

**October 29, 1947**: Irene goes on board of S/S *Marine Flasher* at Bremerhaven, together with her husband and his brother.

**November 10, 1947**: S/S *Marine Flasher* land in New York. Irene enters the U.S.

**Final conclusion**

My research clearly shows that Irene Weisberg Zisblatt is ▮▮▮▮▮ a survivor of Auschwitz and the Holocaust, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ It would be similar to those that hundreds of survivors can tell or have already told. It certainly would be

Exhibit C : Page 27 of 36

less adventurous than that which she tells. But it would be in accordance with the historically established facts. Irene Weisberg Zisblatt should tell her story about survival at Auschwitz without exaggerations and implausibilities. It then would be a really *true* story, worth to be told and retold and to be listened to.

*(Acknowledgment: The author is greatly indebted to Sergey Romanov and Kenneth Waltzer for critical reviews of the manuscript and valuable hints to improving it.)*

---

[1] Emily Previti, "The story of a survivor: Woman tells local students of Auschwitz, therapy, revenge," *The Press*, Atlantic City NJ, April 28, 2009.

[2] Irene Weisblatt Zisberg with Gail Ann Webb. *The Fifth Diamond*. Dryden NY (Authors and Artists Publishers of New York) 2008, pp. xx+167. US$20.00. In quotations in the following abbreviated as TFD.

[3] In her memoir, Mrs. Zisblatt writes all Hungarian words phonetically, e.g. "Polena" as "Poleno" (TFD:1,152,153), "Nyilas" as "Nyilosh" (TFD:11,12), or "Kispalos" as "KishPolosh" (TFD:11,12,17). Polena today is called Поляна. It is situated six miles north of the next major town, in Hungarian Szolyva, in German Schwalbach, and today, in Ukrainian, Свалява.

[4] Before the end of World War I, Subcarpathian Ruthenia was a part of the Kingdom of Hungary. In 1920, it became part of the newly established state of Czechoslovakia. It returned to Hungary in March 1939. After World War II, it was annexed by the USSR and made part of the Ukrainian SSR. It today belongs to the Ukrainian Republic.

[5] TFD:1.

[6] She never mentions her year of birth. According to her memoir, she was thirteen on arrival at Auschwitz (TFD:42), and fourteen on liberation (May 7, 1945; TFD:92). A newspaper report from the end of February 2009 mentions her age as "now 78" (Benita Heath, "A Survivor's Story. Woman shares experiences of Holocaust," *The Ironton Tribune*, Ironton OH, February 26, 2009). All this points to 1931 as her year of birth. In her video testimony, however, she says that she was born in 1930. See also the last chapter of this essay.

Exhibit C : Page 28 of 36

[7] *The Press*, Atlantic City NJ, April 28, 2009.

[8] Mrs. Zisblatt was interviewed by Jennifer Resnick on October 21, 1995, at her home at Pembroke Pines FL. The videotaped interview has been posted ████████████████████ ████████ erichunt████ Last accessed November 20, 2009.

[9] Producer: Steven Spielberg, director: James Moll. The sub-tile assures the viewer "Everything you are about to see is true.

[10] With the remarkable exception that she does not mention "soap-making" from the victims' corpses, the most common Holocaust legend.

[11] See, for example, the customer reviews of *The Fifth Diamond* at amazon.com.

[12] Siegfried Stadler, "Das durchschossene Herz. Wie die Instrumentalisierung von Buchenwald und das Schweigen der DDR nachwirken," in: *Frankfurter Allgemeine Zeitung*, Feuilleton, May 19, 1999.

[13] See e.g. Eckhard Gillen, *"Schwierigkeiten beim Schreiben der Wahrheit. Bernhard Heisig im Konflikt zwischen 'verordnetem Antifaschismus' und der Auseinandersetzung mit seinem Kriegstrauma. Eine Studie zur Problematik der antifaschistischen und sozialistischen Kunst der SBZ/DDR 1945-1989*. PhD dissertation, Heidelberg (Germany), 2002, pp. 176-177.

[14] Stated in April 2009 at Holy Spirit High School, Absecon NJ. Video clip embedded in the Web edition of the article in *The Press*, Atlantic City NJ, April 28, 2009.

[15] Antisemitic attacks by local Fascists from the *Nyilaskeresztes Párt* (Arrow Cross Party) made that, in the 1940s, more and more Jewish children moved to Jewish schools (E-mail to the author from Professor Randolph Braham, November 22, 2009), which in Subcarpathian Ruthenia operated "nearly until the time when, in 1944, the Jews of this region were deported to the extermination camps" (*Enzyklopädie des Holocaust*, 1998, p.1419).

[16] Rudolf Vrba and Alfred Wetzler, two Slovak Jews, escaped from Birkenau on April 7, 1944, and succeeded to reach Slovakia, where they went underground. They delivered one of the first (and one of the most detailed) reports about the mass extermination of the Jews at

Exhibit C : Page 29 of 36

Auschwitz to the Allies and the Vatican. Excerpts appeared already in mid-1944 in the allied and neutral press. See Henryk Świebocki, "Escapes from the Camp," in: *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. IV "The Resistance Movement." Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 191-235, here pp. 225-227.

[17] Today Мукачеве.

[18] See the list of transports, compiled by Michael Honey, in: *Research Notes on the Hungarian Holocaust*, July 14, 2008. On the Web: http://www.zchor.org/hungaria.htm. Last visited December 7, 2009.

[19] "Mengele" has become an icon of the Holocaust, which explains that, in memoirs, he is "sighted" even at times when he was not yet at Auschwitz. The phenomenon is comparable to that known from many Buchenwald liberators, who allegedly met Ilse Koch there, though she had left Buchenwald already at the end of August 1943 and never did return.

[20] Preferably, but not restricted to, pairs.

[21] Irena Strzelecka, "Experiments," in: *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. II "The Prisoners, Their Life and Work." Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 347-369, here p. 358.

[22] "I was maybe four feet tall." Irene Zisblatt on the video tape, at the beginning of the scene where she tells about her escape from the gas chamber.

[23] See e.g. Fanciszek Piper, "The Methods of Mass Murder," in: *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. III "Mass Murder." Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 63-204, here p. 111.

[24] Better known under its name in the camp jargon: "Sauna."

[25] Chana appears with this prisoner number also on TFD:43 and 64.

Exhibit C : Page 30 of 36

[26] Tadeusz Iwaszko, "The Housing, Clothing and Feeding of the Prisoners," in: : *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. II "The Prisoners-Their Life and Work." Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 51-63, here p. 57-58.

[27] According to the Auschwitz Prisoners Data Base, A. Pastuszek was born on January 16, 1896, and died at Auschwitz on December 2, 1943.

[28] Danuta Czech. *Kalendarz wydarzeń w KL Auschwitz*. Oświęcim (Wydawnictwo Państwowego Muzeum w Oświęcimiu-Brzezince) 1992, p. 516.

[29] Ibid., pp. 662 to 673.

[30] "Recycling" of prisoner numbers concerned only "reeducation prisoners," who were committed to Auschwitz for a limited time. After release or death, their numbers were reassigned to new arrivals. See Tadeusz Iwaszko, "Reasons for Confinement in the Camp and Categories of Prisoners, in: *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. II "The Prisoners – Their Life and Work" Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 11-43, here p. 25. The date for change of this procedure is from Czech, *Kalendarz*, p. 130.

[31] Irena Strzelecka and Piotr Setkiewicz, "The Construction, Expansion and Development of the Camp and Its Branches," in: *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. I "The Establishment and Organization of the Camp." Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 63-138, here pp. 98-99.

[32] The name of the city, Lublin, is not mentioned in the book.

[33] In Poland, considered as "anti-Polonism" and offensive.

[34] Markings with (red) oil paint were applied on civilian clothes issued to prisoners, but never on the striped camp uniform. Iwaszko, *The Housing, Clothing and Feeding*, p. 58.

[35] Interview for the Shoah Foundation.

Exhibit C : Page 31 of 36

[36] Arthur L. Smith jr. *Die Hexe von Buchenwald. Der Fall Ilse Koch*. Weimar (Böhlau) 1995, p. 83.

[37] See, e.g., Joachim Neander, "The Impact of the 'Jewish Soap' and 'Lampshades' Legends on Holocaust Remembrance," in: *Trajectories of Memory: Intergenerational Representations of the Holocaust in History and the Arts*, ed. Guenther, Christina, and Beth Griech-Polelle. Newcastle-upon-Tyne (Cambridge Scholars Press), 2008, pp. 51-77.

[38] Czech, *Kalendarz*, p. 777-779.

[39] Piper, *The Methods of Mass Murder*, p. 173.

[40] Strangely written as "*zeil appel*," also on pages 46, 61, and 65.

[41] "It was nothing in sight except barbed wire and snow." Interview for the Shoah Foundation, scene where she escapes from being gassed.

[42] In some instances, the "stones" (or "rocks") are specified as "bricks" (40, 59).

[43] In Auschwitz camp jargon, *Kanada* were the warehouses where the property of the murdered Jews was stored.

[44] Similarly, pp. 69 and 72.

[45] Birkenau never had more than four crematoria, and since, on October 7, 1944, crematorium IV was destroyed in the *Sonderkommando* mutiny, after that event, not more than three crematoria could have been operating at the same time.

[46] Irena Strzelecka, "The Working Day for Auschwitz Prisoners," in: *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. II "The Prisoners – Their Life and Work." Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 65-70, here p. 68.

[47] Iwaszko, *The Housing, Clothing and Feeding*, p. 61.

Exhibit C : Page 32 of 36



[49] "Smoke & Flames from the Chimneys & the Candle," *The Nizkor Project*, 1997. On the Web: http://www.nizkor.org/hweb/camps/auschwitz/crematoria/smoke-flames-01.html. Last accessed November 30, 2009.

[50] Nuremberg Document USSR-8 of May 6, 1945. *Trial of the Major War Criminals before the International Military Tribunal, Nuremberg, 14 November 1945-1 October 1946*, Nuremberg 1947-1950, vol. XXXIX, pp. 241-261, here p. 251.

[51] See e.g. Helena Kubica, "Children and Adolescents in Auschwitz," in: *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. II "The Prisoners – Their Life and Work" Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 201-290. For Hungary, see pp. 231-133; for adults helping children, pp. 273-277

[52] It is even not clear whether this "SS" is a man or a woman.

[53] Czech, *Kalendarz*, p. 831.

[54] Ibid., pp. 707 and 732.

[55] Its kernel of truth may be that, in 1944, the "Aryan" German concentration camp prisoners were asked to donate blood for the front. As far as the author knows, the result was - understandably - very meager.

[56] Punishable by Polish penal law with imprisonment of up to three years.

[57] About his experiments on children, see e.g. Kubica, *Children and Adolescents*, pp. 261-267.

[58] Ibid., pp. 263-264.

Exhibit C : Page 33 of 36

[59] For details, see Irena Strzelecka, "Punishment and Torture," in: *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. II "The Prisoners – Their Life and Work" Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 371-398, here pp. 382-384.

[60] Iwaszko, *Reasons for Confinement*.

[61] Henryk Świebocki, "Mutual Aid and Solidarity," in: *Auschwitz 1940-1945. Central Issues in the History of the Camp*, ed. Wacław Długoborski and Franciszek Piper, vol. IV "The Resistance Movement." Oświęcim (Auschwitz-Birkenau State Museum) 2000, pp. 43-62, here p. 51. The cases presented there, however, concern only a change in the prisoner category, not a complete identity change.

[62] She succeeds in saving them and brings them with her to America. She herself is "the fifth diamond" (TFD:xvi).

[63] Iwaszko, *The Housing, Clothing and Feeding*, p. 56.

[64] There is, however, one exception: One day, "an SS" noticed Chana, screamed at her and ordered the prisoners to throw Chana into the latrine. Luckily Chana already had retrieved her gems (52). This event, however, is also doubtful, as SS personnel always held quite a big "personal distance" from the prisoners latrines.

[65] Piper, *The Methods of Mass Murder*, p. 173.

[66] At the beginning of her narration about her escape from the gas chamber on the video tape, not mentioned in her book.

[67] Ibid.

[68] Ibid., some time later on the tape.

[69] Ibid., at the end of the episode on the tape, but not in the book.

[70] Photographs of the time and drawings are easily to find on the Web sites of the United States Holocaust Memorial Museum or the Auschwitz-Birkenau Museum.

Exhibit C : Page 34 of 36

[71] Videotape, at the end of the gas chamber episode.

[72] "Gondolas" in U.S. railway parlance. Such cars were, in some instances, used for evacuation transports in 1945, when no box cars were available. Their use for prisoner transfer transports in 1944 has not been documented. The SS did not like gondolas much, because they needed four times as many guards than a closed box car. See e.g. a picture in Joachim Neander, *Das Konzentrationslager Mittelbau in der Endphase der NS-Diktatur*, Clausthal-Zellerfeld (Papierflieger) 1997, p. 341. In each corner of the gondola, a guard was placed.

[73] See Katharina Hertz-Eichenrode (ed.), *Ein KZ wird geräumt. Häftlinge zwischen Vernichtung und Befreiung. Die Auflösung des KZ Neuengamme und seiner Außenlager durch die SS im Frühjahr 1945*. 2 vols. Bremen (Edition Temmen) n.d.

[74] Which, by the way, never was "in Germany," not even under German occupation.

[75] Copy sent to me by Prof. K. Waltzer.

[76] Otherwise I would never have been able to track the camp odyssey of a group of (mostly Hungarian) Jewish women through nine camps. Joachim Neander, "Auschwitz-Grosswerther-Gunskirchen," in: *Yad Vashem Studies* XXVIII (2000), pp. 287-310.

[77] Otherwise, they would have risked being killed, as potential carriers of diseases.

[78] This is exactly the number she allegedly received at Auschwitz and that was removed there by Mengele. Note that Gross Rosen (such as all concentration camps except Auschwitz) did not tattoo prisoner numbers.

[79] In a letter from December 14, 2009, the Gross Rosen Museum wrote me that, "according to the chronology of transports to Gross Rosen, the number 619397 was issued in the middle of September 1944." It appears in a "reconstructed [i.e. not original] list of Jewish women prisoners who, among other places, were at the Schlesiersee sub-camp." Schlesiersee had two camps, I and II. Most of the women at Schlesiersee were employed in digging anti-tank ditches. Some from Schlesiersee I, however, worked for one "Firma Kraus"

Exhibit C : Page 35 of 36

(http://www.gross-rosen.pl/filie; last accessed December 23, 2009), which might have been
an enterprise in the armaments industry.

[80] Ibid.

[81] Ibid.

[82] http://www.juden-in-mittelsachsen.de/erinnerungsweg/schlesiersee.html. Last accessed
December 9, 2009.

[83] The Helmbrechts death march has been discussed in great detail by Daniel J.
Goldhagen: *Hitler's Willing Executioners*, New York (Alfred A. Knopf) 1996, pp. 330-363.

[84] The unit was also called "The Red Diamonds." Do we here have the origin of Mrs.
Zisblatt's diamond episode? For details of the liberation of Volary and pictures of liberated
women see the 5th Inf. Div.'s Web site: http://www.gjt.cz/includes/military/DMUS/dmus.htm.
Last accessed December 10, 2009.

Exhibit C : Page 36 of 36

Exhibit C - Declaration

Declaration: I declare under penalty of perjury Exhibit C is a true copy of the article posted at

holocaustcontroversies.blogspot.com/2010/01/irene-zisblatt-diamond-girl-fact-or.html

Dated January 9, 2010. The document contains redactions.

Commentary concerning the author's subjective opinions or collateral disputes over specific non-fraudulent portions of the report (e.g., those disputed by Hunt), along with any opinions regarding the motives, personal life, or non-commercial credibility of the witness, are considered irrelevant to the Plaintiff's claims of Lanham Act violations and Fraud and have been securely redacted or omitted.

/s/ Eric Hunt

November 6, 2025

Exhibit C - Declaration

**Exhibit D:** *The Last Days* **(1998, Remastered 2021 on Netflix) Screenshots – Blue Eye Color Change Experiment and Dungeon Torture, Urine drinking Claims (4 Pages)**

**Figure 1: Eye Injection & Dungeon Scene (~32:20 – Remastered 2021 Version currently on Netflix, removed from U.S. service and republished in 2025)**



**Description:** Film shows Renee Firestone's Auschwitz tattoo, then cuts to Soviet propaganda footage of Mengele anthropology survey twins posed in oversized striped uniforms showing their arms. Cuts to Irene Zisblatt telling Dungeon Eye Color torture lie.

Frame from the 2021 remastered documentary depicting Zisblatt's claim of Mengele injecting her eyes to change their color, followed by isolation in a standing cell dungeon with five others with water and urine up to her ankles.

**Quote:** Zisblatt : "They took five of us and they put drops in our eyes. We didn't know why. They didn't tell us. And they put us in the dungeon. They closed us in there and we were standing in water up to our ankles, tightly packed, and it seemed like forever. It seemed like it was an eternity.They never opened the door. They never gave us anything to eat or drink. So, we drank the water we stood in. We went to the bathroom in the water we stood in. And then they opened the door, and they took us out. And they brought us up into the, the, into the courtyard. And they examined our eyes. And some of the people couldn't see for several days after that. And they took us back to the

barrack. And then we found out later that what they were doing. Is they were trying to change the color of our eyes."

The film then cuts to Dr. Hans Munch, German doctor acquitted of war crimes who processed lab tests for the SS Hygeine Institute testing for contagious diseases and other lab diagnostics including Vitamin C levels of blood, speaking about medical experiments, selling the belief that what Zisblatt is describing actually happened.

**Citation:** *The Last Days* (1998, remastered 2021 on Netflix), timestamp 32:20.
Available at https://www.netflix.com/title/81040344 (public clip at https://www.youtube.com/watch?v=Ih74YeYRtHc).
Critiqued in direct competition documentary Hunt's *The Last Days of the Big Lie at* Archive.org Timestamp : (32:50)
**https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011**

Relevance: The Magnussen Document (Exhibit I) confirms experimental therapy was for one named Gypsy patient (Mechau family), not Zisblatt, nor random hazel eyed Jews to make them blue – literal falsity marketed in this commercial film. No dungeon, no water up to ankles, no urine drinking. No girls who went blind in this experiment sent to the gas chamber. Zisblatt lied and tormented children. Hunt, a blue eyed child felt this was a disguised racial attack on blue eyed Europeans trying to portray them all as evil but couldn't put his finger on it or prove it until 2024 (Exhibit I).

Exhibit D - Page 3 of 5

**Figure 2: Continued Eye Dungeon Claim (~32:25 – Remastered 2021 Version)**



**Description:** Continued frame from the 2021 remastered documentary elaborating on the dungeon isolation and survival in water, then urinated and drank, presented as historical fact.

**Note :** Filmmakers cut to a de-colorized post-war museum recreation of a punishment standing cell reserved for male political prisoners. No groups of female children were ever placed into this, according to expert Neander (Exhibit C). No water visible.

**Citation:** *The Last Days* (1998, remastered 2021 on Netflix), timestamp ~32:20. Available at https://www.netflix.com/title/81040344.Citation: *The Last Days* (1998, remastered 2021 on Netflix),
Critiqued in direct competition documentary Hunt's *The Last Days of the Big Lie at* Archive.org Timestamp : (32:50)
**https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011**

**Relevance:** The document (Exhibit C) shows no "dungeon" or repeated injections, group child dungeon torture – the claim is inconsistent with historical records.

**Note:** All photographs are from the 2021 remastered documentary, available on Netflix. The claims are marketed as "true survivor testimony" in this ongoing commercial film, but contradicted by the document (Exhibit I) and expert analysis (Exhibit C).

**Figure 3 : Performative Zisblatt moves eyes upwards.**



**Note : Performative Zisblatt is noted for body language consistent with liars, exaggerated movements and face touching, eye darting begins when she begins telling false atrocity stories in 1993 video, 1995 video, and 1998 *The Last Days*.**

**Figure 4: "They were trying to change the color of our eyes."**



**Description :** Photograph of Netflix 2021 Remastered Edition of The Last Days, removed then re-published on Netflix May 2025.

**Note :** In the 1993 version of the story, there is no eye color change experiment, no drops. In 1993's newly discovered version, the children are locked in a dungeon for five days to "see who can see" after five days in total darkness. Testing if light eyed people performed better after such a condition.

**See : 1993 -** Archive.org https://archive.org/details/1993-zisblatt-butt-grafts

**Citation:** *The Last Days* (1998, remastered 2021 on Netflix), timestamp 32:20. Available at https://www.netflix.com/title/81040344 (public clip at https://www.youtube.com/watch?v=Ih74YeYRtHc).
Critiqued in direct competition documentary Hunt's *The Last Days of the Big Lie* at Archive.org Timestamp : (32:50)
**https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011**

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
/s/ Eric Hunt
Date: November 4, 2025

**Exhibit E - Page 1 of 4**

**Exhibit E: Robin Mermelstein Ratifies the Pendant Fraud (4 Pages)**

**Figure 1: March of the Living Zoom – Zisblatt waves pendant, Robin looks on approving - April 2023**



Caption timestamp begins 49:00 :

INTERVIEWER : Several people have asked about your diamonds. Um, so can you tell us the story with your diamonds? ….(zisblatt explains her mother sewing diamonds in her skirt for the two minutes)

Zisblatt : ~2 minutes later - "Oh my God, I remembered my mother's diamonds."
"These four were in this little lump so I took em out and I had no place to hide them, so I just made a a very tight fist and I just held them. And then I w when I after they shaved my hair and tattooed my number and took everything away, I didn't know where to hide them so I put them in my mouth. And then the next part of you know, this room I saw they were opening up people's mouths and they were pulling out gold teeth and

cavities. And I says Oh my god, I didn't have any gold teeth in my mouth, but my mother's diamonds were in my mouth, and I knew when they found them they'd take them away and they'd shoot me for not putting them in the bin. So for fear I swallowed them…." (skip next part)

Timestamp : 53:00 Zisblatt : So, yeah. So..
INTERVIEWER : Who gets them next?
Zisblatt : That's uhh, and… so here they are.
Interviewer : There they are, and then they go down to…your
Zisblatt : Robin.
Interviewer : Robin, and then, then her
Robin : And her girls
Zisblatt : Andie, they go down to each first born girl in every generation to preserve my mother's memory.
Interviewer : That's wonder..
Zisblatt : They are never to be sold or to be traded except if god forbid they are hungry they are to buy bread. Timestamp ends 53:30

Source: March of the Living - A Conversation with Irene Zisblatt and her Daughter, Robin Mermelstein March of the Living – A Conversation with Irene Zisblatt and her daughter, Robin Mermelstein timestamp : begins 51:00

Relevance: Defendant Robin Mermelstein smiles, nods, looks directly at the diamond pendant, listens to false origin story, participates in false origin claim, smiles about inheriting them, planning to pass to her children, approving of the defecated diamonds wave act.

Exhibit E - Page 3 of 4

**Figure 2: Robin on Screen as Zisblatt tells diamond pendant origin story for first
time ever publicly 1997 or 1998, The Last Days Remastered 2021 version,
photograph of Netflix stream)**



Description : Robin behind Zisblatt as Zisblatt tells diamond pendant origin story for first
time ever in public. The Last Days 2021 Remastered edition removed from Netflix early
2025, then republished 2025 with updated marketing materials

Source: Netflix - The Last Days Remastered Edition 2021 - republished 2025 -
https://www.netflix.com/watch/21477429

Relevance: Robin cosigns the diamond pendant origin story, implies family knew of
prop's origins years and years before invention of diamond cycle tale and pendant origin
shortly before invention for Academy Award winning documentary. No diamond cycle or
pendant claimed publicly pre-1998, despite full 1993 and 1995 interviews. Robin likely
receives The Last Days Remastered residuals as well as Zisblatt, appearing in several
scenes. Most importantly, this pendant origin co-sign scene.

Exhibit E - Page 4 of 4

Declaration under Penalty of Perjury

I declare under penalty of perjury that the foregoing screenshots and transcript are true and correct copies of the March of the Living A Conversation with Irene Zisblatt and her daughter, Robin Mermelstein event, and a photograph of The Last Days Remastered Edition currently on Netflix.

Executed on November 4, 2025.

/s/ Eric Hunt
Eric Hunt, Pro Se

**Exhibit F: 1993 Interview discovered in 2025 uploaded to USC Shoah Foundation
Archives – Key Claims - 3 diamonds swallowed once, Adolf Eichmann gas
chamber escape, electrified barbed wire fence throw 100 ft + onto train (8 Pages)**

**Figure 1:** *Three* **Diamonds Swallowed Upon Intake** (timestamp 36:15)



Description: Screenshot from 1993 interview depicting Zisblatt's original claim of
swallowing *three* diamonds immediately upon arrival at Auschwitz to avoid confiscation.
The narrative is presented as truthful survivor "testimony".

Direct Quote : So I swallowed them. I didn't know what else to do so I swallowed the
diamonds. It was three diamonds."

Citation: USC Shoah Foundation Interview Code 7832 (October 21, 1993), timestamp
"36:15" . Archived at https://archive.org/details/1993-zisblatt-butt-grafts

Relevance: The prop pendant (Exhibit A) contains four, not three diamonds (with Irene
being the metaphorical fifth diamond according to a child's poem written to Irene). No
mention of diamonds beyond one swallow upon entering camp, no repeated defecation,
retrieval cycle, no pendant mentioned whatsoever in this hours long 1993 interview or
1995 interview, (only 1998 for The Last Days does this story mutate to four diamonds
and year-long defecation / sifting / swallowing cycle + pendant proof ). This 1993 tape
with

Exhibit F - Page 2 of 8

original versions of most of her stories which mutate later was discovered by Hunt in summer 2025.

**Figure 2: Eichmann Selects, Escorts Irene to Gas Chamber (~1:17:26)**



**Description:** Screenshot from the 1993 interview depicting Zisblatt's claim of Adolf Eichmann personally escorting her to the gas chamber while monologuing.

Quote : Zisblatt : "And Eichmann, he happened, Eichmann never, we never saw anybody uhh that uhh that important there especially role call. But he, I guess, wanted to select for the oven. And he noticed me. And he, he was walking around with uhh with uhh like uh I call it a horse's whip. And he would reach in, he reached into the middle of the row and he singled me out and he said you just stand there. And it was the most horrible day of my life. It was pouring rain and I was up to my knees in mud and I lost my shoes they were in the mud I pulled my foot out without the shoes. I was sopping wet and you can see my body was like sixty seventy pounds by then because like yeah i was in there already long enough to uh tortured long enough to be skinny and nothing but skin and bones....

Citation: Uploaded to USC Shoah Foundation, previously unavailable pre-2009, discovered Summer 2025, originally for Holocaust Documentation & Educational Center Inc. f.k.a. SE Florida Holocaust Memorial Center, Inc - Archived capture uploaded at archive.org https://archive.org/details/1993-zisblatt-butt-grafts Timestamp : (~1:11:00) Relevance: No historical records support Eichmann escorting individuals to gas chambers in 1944 (he was in Budapest); this claim is inconsistent with documented

Exhibit F - Page 4 of 8

events. Expert Neander opposes Zisblatt gas chamber escape claim for several
reasons (Exhibit C).

**Figure 3: Continued Eichmann Escort Claim**  (~1:16:00)



Description: Continued screenshot from the 1993 interview elaborating on Eichmann's alleged speech to Irene during the escort to the gas chamber. Zisblat talks about tattoo removal experiment in between figure 3 and this.

Quote :
"In Auschwitz, uhh When Men- Eichmann came in for that morning, he found out, and he said uhh to me, how old are you - in German - (german words) and i said (tzientzik) twenty - and he kind of laughed - and he, he just pulled me out of there (german words) you stay here. And he pulled me out of the line and put me on the side and got through with whatever he was doing. The role call went in and I stood there. When he got done with the whole side of the camp he came down and he says come on.
Just you?
Just me.
And he led me into the gas chamber all by myself. And I walked. From, See, Birkenau was behind, the
Interviewer : Auschwitz
The, because we saw the smokes and everything all the time. And we were the the camp where they we were the reserves. So we were kind of closer than any other camp to the cremat-so we walked. I walked behind him and when I got there he stood me in front of, a, a bunker and he left. And 3000 gypsies came in. And I still didn't know where

Exhibit F - Page 6 of 8

I was except that everything was like red. Bricks were like chopped up on the, you know, everything was decorated in chopped up bricks, you know, the grounds. And, and the smokestack was kind of closer. And the stench was unbelievable. So, uhh, but I still didn't, I wasn't sure. I, I didn't believe, that you know, they would take you like that. And I stood there and 3000 gypsies came in, and they were lined up, and this door opened up in this bunker, and they all were ordered to go in, and they all went in, and I'm standing and he said, he came over and he directed this whole show and he said, and and all of a sudden I became so brave. Like my father said you do as you're told. And I just decided i'm not gonna do what i was told. And I said, I kind of had a feeling this was the end of the line. And I says if i'm gonna die i'm gonna die with Jews, and not with gypsies. And he looked at me and he says well you stay here and wait for Jews. And he went on with his stuff, and I watched 3000 gypsies being gassed

You saw it?

Yeah. and destroyed.

How did - how did you see it ?

And I didn't feel a thing.

How did you see it?

I stood right there. (high voice)

And they, they let in, let them into this in, see from there they had chambers going up to the the wagons going up to the ovens. And these doors never opened that they went in. And they they dropped things from the top. And they …uh…i didn't think they were dead. It didn't take too long. And then the wagons came down and they the bodies were going up to the ovens. And I just stood there. And nothing happened after after something like this like uhh it's like a hurricane and then the air is like clear then there is like nothing going on it's still like nothing is moving. And all of a sudden I see a young boy coming towards me. With a yellow star. And he passed umm, from the crematorium and at that time I didn't know what it was but he just came out and there was a guard there and he, he handed something to the guard, and he kept coming towards me. And he says to me do you know who i am? And I said no. And he says oh yeah, I remember you never saw me in your life. You just let me in three times a week to see my sister. But you didn't wanna look at my face. I says no kidding. So I said what are you gonna you gonna burn me right? Because I knew he was in the sonderkommando. He says no, I'm not gonna burn you. I burned my sister though yesterday. But he says I'm going to help you maybe save your life."

**Figure 4 : Gas Chamber electrified barbed wire fence throw 100 + ft onto open car train**



"He says if you do if you if we're successful maybe I'll feel that I saved my sister. I says I'll do anything you say. So he says there is a train coming through here with an open top with 50 people in there. They're coming from another camp but they have to come through here because they gotta go in to Oświęcim, that means the city of Auschwitz, to the train station. And he says I am going to throw you on that train over the wires. He says how much do you weight? I says i don't know. He says you just curl up like a ball. But until that train comes you, he put me on the roof of the of the bunker that the people were he says stay as flat as you can so they don't see you from anywhere else and I'll be up there in time. And when I when I pick you up you just make sure that you land when you get in the middle. When you come off the train be in the middle. Do not go on the end, do not go in the front, do not go on the sides, because you'll be 51. And if they count they're gonna the 51, the end one goes back. But at least the end one won't come back here they'll go wherever they're they came from so it's not gonna be so dangerous as for you to come back here. I said I'll do anything you say. And sure enough, and he did, and he threw me on that wagon and, and I landed between all these people. And I begged everybody please don't tell anybody that this happened. And of course they were Jews like me and they didn't know what that was. That camp that I came out of. And I told them this is Auschwitz and this is the crematorium and this is where all these people are dying and being tortured and they said they they they said we won't open our mouth for the rest of our lives. I says for the rest of your lives is ok if you don't want to but just don't say anything now. When we got to the train station and we were led out

of the wagon and we were led in single file and we were led by Wehrmacht, though not
by Gestapo."
Citation: Uploaded to USC Shoah Foundation, previously unavailable pre-2009,
discovered Summer 2025, originally for Holocaust Documentation & Educational Center
Inc. f.k.a. SE Florida Holocaust Memorial Center, Inc - Archived capture uploaded at
archive.org https://archive.org/details/1993-zisblatt-butt-grafts Timestamp : story begins
at  (~1:11:00)

Relevance: No historical records support Eichmann escorting individuals to gas
chambers in 1944 (he was in Budapest); this claim is inconsistent with documented
events. Expert Neander opposes Zisblatt gas chamber escape claim for several
reasons (Exhibit C). Height of electrified barbed wires, guards, distance from
Crematorium 3 to train would have been 100 ft. +.

Hunt's friend and supporter Auschwitz and Buchenwald survivor Niklaus Gruner
supported Hunt's 2009 defamation lawsuit against Irene Zisblatt and refuted her claims
personally to Hunt via telephone.

Note: All screenshots are public records from the 1993 interview uploaded to the USC
Shoah Foundation. The claims are marketed as "true survivor testimony," but
contradicted by historical records and expert analysis (Exhibit C).

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United
States that the foregoing is true and correct.
/s/ Eric Hunt
Date: November 4, 2025

Exhibit G - 1995 Shoah Foundation Video Interview - Casting session for *The Last Days*

Figure 1 : Zisblatt only mentions swallowing diamonds once, during confiscation check before shower. No diamond cycle, no pendant.



The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

| Publication date | 2011-01-01 |
| Topics | Spielberg, Berenbaum, Zisplatt, Venezia, Kahana |

25 Views

Description : In 7 tapes, hours long interview Zisblatt only mentions swallowing diamonds once upon intake to the camp. No defecated diamond retrieval cycle, no pendant.

Relevance : It is only for Spielberg's *The Last Days* that the pendant story and retrieval cycle appear.

Citation : 21 October 1995 USC Shoah Foundation "Testimony"  Hunt's critique in "*The Last Days of the Big Lie*, 2nd Edition, 2011. Segment begins Timestamp (~8:30) archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

Figure 2 : Diamond cycle story and pendant first materialize after 1997 casting call to Zisblatt from Spielberg's USC Shoah Foundation

THE FIFTH DIAMOND                                    143

# THE LAST DAYS

While I was on the March of the Living, I met Jennifer Resnick, and she told me that she was an interviewer for the Survivors of the Shoah Visual History Foundation. I had never heard of the foundation, and I asked her what it was. She told me that Steven Spielberg and the foundation had asked trained interviewers to interview Holocaust survivors, liberators, and eyewitnesses and obtain as many testimonies as possible. Spielberg had already completed the film *Schindler's List* when this project began. Jennifer asked me if she could interview me. I agreed to the interview. By 1995, Jennifer had my testimony sent to the Survivors of the Shoah Visual History Foundation.

In 1997, I received a phone call from Bonnie Semiton. She informed me that she was working for Mr. Steven Spielberg and the Survivors of the Shoah Visual History Foundation. She told me that she was familiar with my testimony, and she asked me if I would agree to be in a film and review my testimony. Bonnie said that in my first testimony I had talked about diamonds, but I hadn't given details about what happened to the diamonds. I told her no one had ever asked me what happened to the diamonds. I didn't believe her at first. I thought someone was playing a practical joke. I listened to her, though.

Finally, I agreed to review my testimony, but I explained to her that I only talked about my past for educational pur-

Description : While on the March of the Living, Zisblatt is recruited to give USC Shoah Foundation interview. The diamond defecation story and pendant prop first materializes after a 1997 phone call from Bonnie Semiton at Spielberg's USC Shoah Foundation casting for Steven Spielberg, Moll, Focus Features *The Last Days* documentary.

Citation : *The Fifth Diamond* 2nd Edition. Dorrance Publishing. 2000. Page 143.
bookstore.dorrancepublishing.com/products/the-fifth-diamond

Figure 3 : Tattoo removal, lethal injection in 1995 USC Shoah Foundation interview -



### The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

Add to list

| Publication date | 2011-01-01 |
| Topics | Spielberg, Berenbaum, Zisplatt, Venezia, Kahana |

25 Views

Quote : "They told us that they were going to take the number out of our arm. We were laying, on a, on a rusty table. Alongside one another and the doctor and the nurse were between the two of us. And they were, first they were injecting things into our arm like underneath the uh the uh and that wasn't too bad because it was just an injection. And then they were pulling things out of there and by then our arm was swelling and then, and then they were cutting without anaesthetic. And , and within a week or ten days they found a way to get rid of the number. And we didn't know, why why would they want to take it out after they put it in and why us why do they want our number out?
USC SHOAH FOUNDATION INTERVIEWER : How long were you on the table being experimented?
Zisblatt : Hours at the time, and then they would just let us be there bleeding.
USC SHOAH FOUNDATION INTERVIEWER : And no sedative, no anaesthetic?
Zisblatt. No, no, no, nothing. Half of the times we were like, out. And when we came to, we were either bleeding or they were still digging, or, or uh, and then the final, when

they found what they were looking for they ordered the nurse to give us the, an injection. And I said oh god maybe the pain will go away, you know But it wasn't the injection for the pain to go away. It was supposed to be the lethal injection. And yes, she did give us an injection. And we did sort of got woozy and all of that, and then she filled out all kind of papers and she handed to them. And um, and she yanked us off the table like this, real fast, when they accepted her paper and she, like kind of ran with us and threw us into this room and there were people there sitting on the floor, I mean they were like half dead. And she says don't go near those people just sit there. And on the way, on the way, in there, before she closed the door she says. And just remember - **never** remember your number that they just took out and never remember your name, or you are dead.

Tattoo removal Segment begins after human skin lampshade selection claim - Timestamp : (15:20)

Citation : 21 October 1995 USC Shoah Foundation "Testimony"  Hunt's critique in "*The Last Days of the Big Lie*, 2nd Edition, 2011. Segment begins  (15:20)
archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

Exhibit G - Page 6 of 11

Figure 4 : Gas Chamber Escape, electrified barbed wire fence toss



The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

| | |
|---|---|
| Publication date | 2011-01-01 |
| Topics | Spielberg, Berenbaum, Zisplatt, Venezia, Kahana |

Adc

25 Views

Quote :  "I think that was Mengele that took me out of there and he said to me "(German words) What are you doing here? Like, what are you doing here, like, you don't belong here, you should have been gone long ago. Bec-don't forget i was 13 I was maybe four feet tall and I was in there for how many months already. I must have been skin and bone looking like that I should have been in the gas chamber a long time ago according to his statistic and here I am. But somehow he spotted me and he went to the zeil appel and uhh he ordered the block alteister to take me out. Whatever, he told her to take me out, and she did. She when everyone went inside I stood out there, and she came out and she took me to the gate. And they opened the gate and I went out. And there was a transport of gypsies coming through and she just attached me to that gypsy procade and I went to the gas chamber." ….(cut in Hunt's critique)

"But the gas chamber was the number three in Birkenau. And, as everybody, - you know everybody was being pushed into the - to the gas chamber. And I was going backwards. Somehow I was being pushed backwards. And I got stuck in the door. Because as you were walking down the gas chamber the -the  passage became narrower and narrower and narrower and when you came to the door it was very narrow. And I was like stuck in the door. And I, I don't know I guess God told me to do that, I hung onto the edge of the door and I just stood there hanging on for dear life. And everybody was like past, past me. And, and everybody was in and I was at the door, and everybody was up to the door. It was so jam-packed. And I still didn't know what they were gonna do there. But I knew it was a crematoria because I saw the chimney, but I didn't know the procedure. So I just hung onto the door. Well, one of the SS men came to close the door so they can throw the Zyklon B in because they were all standing around looking in somewhere, you know, by the, see it was close to the ground. And the door was like underground. So he came to close the door and they were yelling to hurry up to close the door. And he couldn't close the door because it was so full and I was like stuck in the door. And I was naked I had no clothes so that's when they took our clothes away I knew we were going to the gas chamber. And he couldn't push me in because it was so full and they were yelling at him and he was afraid I guess he was only a guard so he grabbed me and he threw me out and he closed the door.

USC SHOAH FOUNDATION INTERVIEWER : This was an SS?

Zisblatt : This was an SS.

Zisblatt : And, he, and I took the, and I ran, I ran up the ramp. I was naked, I didn't know where to go, what to do. It was nothing in sight except barbed wire and snow. And, I couldn't go back, so it happened so fast I went under the eave of the crematorium and I laid under the eave and I hid there. What made me do it I don't know, why did I ever think that I was gonna survive it, I don't know but I did it and I laid there. And I heard all these screams and all these yells and all these beggings and for- and all of a- and it took a few minutes and then it was quiet. It was so quiet not - you can hear a pin drop. And then I said - oh my God, they they they went away. Everybody went away, nobody is here. And then I saw - a young boys - coming you know , walking to - with Jewish stars on them. And one boy came to open that door that that SS man closed and he he found me. He saw me underneath the - and he came up to me and he pulled part of me out and he - he says umm he took his jacket off he says put this on, and go back there. And when I'm finished I will be back. I know who you are.  (cut in Hunt's critique as Zisblatt explains backstory of seeing this person before) …

Within five minutes, he was back. Because, everybody, it doesn't take long for a crew to exterminate God knows how many hundreds of gypsies, and, and and bodies, you know. And he was back - back very short time he says now listen - soon as they turn off the electricity in the wires, there is a train going to a labor camp. And it's going to come

in between the two camps. They're gonna put 50 people in each barrack or whatever. If I find an open cart, I will throw you over the wires. Into the cart. When you get, if you make it into the cart, don't make yourself obvious. Do not stay in the front, and do not stay in the back. Be part of whatever is going on there. And I said yeah right, you know, I mean, it was so bizarre to me. I mean how can you ever get out of this hell. And he says and you're gonna go to a labor camp. And I said - ok. But I knew in my heart, I knew that he wasn't he wasn't gonna be able to do that he has to risk his life. But he was he didn't care because his life was only through three months away if it was that. So and he did come and he did took me and he brought a blanket and he rolled me up in this blanket. And I was only sixty pounds to begin with and he threw me over those wires and I landed in an open wagon on that train and the train took off and the people that were on that train never even uttered a word. Who I was, why I was thrown in there. They, I guess just knew that somebody saved my life."

Citation : 21 October 1995 USC Shoah Foundation "Testimony"  Hunt's competing documentary "*The Last Days of the Big Lie*, 2nd Edition, 2011. Segment begins (19:19) archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

Exhibit G - Page 9 of 11

Figure 5 : James Moll directing Zisblatt in *The Last Days* - Gas Chamber escape story cut from final film



**The Last Days Of The Big Lie, 2nd Edn, Hunt 2011**
by Eric Hunt

Publication date    2011-01-01
Topics    Spielberg, Berenbaum, Zisplatt, Venezia, Kahana

25 Views

Description : Defendant James Moll directing Irene Zisblatt in The Last Days. It appears Zisblatt told her gas chamber escape tale and electrified barbed wire fence throw for *The Last Days* shoot, but Defendants cut the blatantly absurd tale from the final product, then "sanewashed" the gas chamber escape story for The Last Days companion book, describing the tale as a hallucinatory experience of Zisblatt's upon visiting the camp in 1994 with March of the Living.

Citation : Hunt's *The Last Days of the Big Lie*, 2nd Edition, 2011. Segment begins Timestamp (~26:30) Archive.org
https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

Exhibit G - Page 10 of 11

Figure 6 : The Last Days Companion book - the gas chamber escape story is modified to make it a 1994 hallucination during March of the Living.



**The Last Days Of The Big Lie, 2nd Edn, Hunt 2011**
by Eric Hunt

| Publication date | 2011-01-01 |
| --- | --- |
| Topics | Spielberg, Berenbaum, Zisplatt, Venezia, Kahana |
| Language | English |

25 Views

Description :  The gas chamber escape story told in 1993 and 1995 and likely cut from 1999's The Last Days film, is modified into a hallucination during March of the Living Birkenau tour. Not by Zisblatt herself, but by USC Shoah Foundation staff, Moll, and others who witnessed Zisblatt's original story and found it unbelievable and impossible.

Relevance : Defendants must produce all unused footage filmed of Zisblatt during discovery. Other "easily debunkable" (Exhibit C, Neander) claims were cut from the finished commercial product used to sell defecated diamond pendant VIP access. Defendants commit fraud by "sanewashing" what Zisblatt actually said about escaping from inside a gas chamber and being tossed over the electrified barbed wire fence 10+ ft high and a train 100+ feet away - on 35 mm film (and 1993 and 1995 video ) about her gas chamber escape, in the book companion. Although Zisblatt does appear to perform

a performative act - hallucinating and describing ghosts upon visiting the gas chamber sites during The March of the Living tours, multiple times, she also literally claims to have escaped from inside Birkenau gas chamber #3.

Citation : Hunt's *The Last Days of the Big Lie*, 2nd Edition, 2011. Segment begins Timestamp (~27:00)
https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011


Declaration under Penalty of Perjury
I declare under penalty of perjury under the laws of the United States
that the foregoing screencaps and video quotations are true and correctly transcribed to the best of my ability. Executed on November 6, 2025.

/s/ Eric Hunt
Eric Hunt, Pro Se

**Exhibit H:** 2020 *The Fifth Diamond* 2nd (Dorrance) Edition Indemnity Clause

**Figure 1: Book disclaimer added for second edition; acknowledging legal risk of claims**

The contents of this work including, but not limited to, the accuracy of events, people, and places depicted; opinions expressed; permission to use previously published materials included; and any advice given or actions advocated are solely the responsibility of the author, who assumes all liability for said work and indemnifies the publisher against any claims stemming from publication of the work.

All Rights Reserved
Copyright © 2020 by Irene Zisblatt

Description: Excerpt from the 2020 second edition of *The Fifth Diamond*, published by Dorrance Publishing Co. The indemnity clause acknowledges potential legal risks associated with the book's representations of historical events and survivor testimony, including the diamond pendant, Mengele torture victim status, forearm graft, eye injections, standing cell urine drinking, gas-chamber escape, and latrine retrieval claims. Notably, the clause contains no disclaimer that the book includes fiction or fictional elements, despite the claims being marketed as "true survivor testimony."

**Exhibit H - Page 2 of 2**

Citation: *The Fifth Diamond* (2nd Ed., Dorrance Publishing Co., 2020), Author's Note, p. vii. Available at https://www.dorrancebookstore.com/the-fifth-diamond.html (book preview available; full ebook PDF purchased for verification).

Relevance: The indemnity clause newly added since the 2008 1st edition, and Hunt's 2009 lawsuit signals awareness of legal risks tied to the book's representations, supporting willfulness under the Lanham Act (15 U.S.C. § 1125(a)). The absence of a fiction disclaimer underscores the intentional marketing as "true." The co-author of the 1st edition, Gail Ann Webb, formerly credited as co-author in the 1st edition cover and insert, is only mentioned once in the 2nd edition - the same acknowledgement in Irene's preface chapter. Co-author Gail Ann Webb's original preface chapter is deleted in the second edition.

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing is a true and correct excerpt from the published edition.

/s/ Eric Hunt

Date: November 4, 2025

**Exhibit I : Suppressed Newly Discovered Unpublished Magnussen / Mengele Eye Color Change Research Document (6 Pages)**

**Figure 1 :** Original German Excerpt, Crop of beginning of Suppressed Document from Mengele's research partner Karin Magnussen Deliberately withheld from publication until Hunt retrieved from Ernst Klees archives within Hadamar archives in December 2024



Description: Crop of scan of the 2025 historical document from the Magnussen archive, google translated as "Familial total heterochromia - a genetically and environmentally induced symptom of a mutation "Sympathetic dysfunction"? detailing Dr. Mengele's eye color change experiment on a specific Gypsy patient. The document confirms injections were for pigment addition in one patient with a rare hereditary genetic syndrome (Mechau family, likely Waardenburg syndrome), not Zisblatt, and resulted in no iris color change.

Citation: Full document scan emailed from Ernst Klees archives within Hadamar archives Uploaded to archive.org
https://archive.org/details/magnussen-dr-josef-mengele-blue-eye-color-experiment-hoax/mode/2up

Relevance: The experiment on the Mechau patient (Gypsy family) with Waardenburg Syndrome displaying heterochromia iridis, two different colored eyes, involved the use of adrenaline drops on the albino-like blue eye to attempt to add pigment and block the pathway for ocular tuberculosis, which recently contributed to the death of the patient's brother. No iris color change was observed. The albino-like blue eye had no proper melanocytes to absorb pigment unlike Magnussen's research with normal rabbit eyes.

Explanation of Technical Jargon & Description
- Heterochromia Iridis: Different colored irises (one blue, one brown) – genetic trait in Waardenburg syndrome, not "injected color change."

Exhibit I - Page 1 of 6

- Waardenburg Syndrome: Rare hereditary disorder causing hearing loss, wide-set eyes, and blue/albino-like pigmentation; common in some Gypsy families, but not Zisblatt (no mention in her records).
- Ocular Tuberculosis Pathway: TB theorized spread to eyes via pigment deficiency. "Patient's brother died from it" – specific to Mechau family tracked by Kaiser Wilhelm institute before Auschwitz deportation, not Zisblatt.
- Adrenaline Drops: Chemical to attempt to add pigment commonly used today in glaucoma patients- not repeated "dungeon" sessions.

Description: Screenshot of historical document from Dr. Josef Mengele's research partner at the Kaiser Wilhelm Institute, Karin Magnussen. Magnussen had performed a similar experiment on rabbits, adding adrenaline drops to induced blue eyes in order to turn them brown. This document, first discovered and published by Hunt in late 2024, details Dr. Josef Mengele's eye drop experiment on a specific Gypsy patient with a rare hereditary genetic disorder undiscovered/unnamed at the time.

The document confirms adrenaline drops were to attempt pigment addition in one patient of the Gypsy Mechau family, with likely as-yet-unnamed Waardenburg syndrome exhibiting heterochromia iridis, a brown eye and an albino-like pigment-less blue eye without melanocytes to absorb pigment, not Zisblatt, not random hazel-eyed Jews, and resulted in no color change. Although possibly pigment addition to the important macular area of the eye.

The experiment was experimental therapy; the patient's brother had recently succumbed to ocular tuberculosis, which finds an easier pathway through the defective, albino-like blue eye of these people with this rare genetic disorder, likely caused due to some degree of inbreeding, which expresses itself with two different colored eyes and other symptoms.

The document indicates Mengele's experimental therapy was to attempt add pigment to one albino like blue eye, not change eyes to blue to make Jews look Aryan. The claim is absurd, as a hereditary geneticist such as Mengele would know eye color is passed to the next generation via genetics, not essentially tattooing eyes.

Zisblatt's claim that Mengele tried to change her eyes into blue appears to stem from corrupt post-war misquotation of historian Langbein of a witness at a post-war trial explaining Mengele tried to make a single blue eye brown. Langbein inverted this, or the witness changed their story later to claim Mengele tried to change brown eyes into blue as some Dr. Frankenstein-like attempt to express racial purity.

Exhibit I - Page 2 of 6

**Figure 2 : Document marked "Not for Publication!" Document remained unpublished until Hunt's 2024 discovery.**



Description: This document was suppressed and unpublished until late 2024 citing medical ethics - claiming the publication of medical research on prisoners unethical. This allowed Zisblatt to run with the common trope that Mengele was a mad scientist trying to find a way to make everyone's eyes blue.

The document confirms Mengele's eye research was performed on one named Gypsy patient (Mechau family), not Zisblatt, with no color change or water / urine filled standing cell dungeon isolation. Zisblatt felt confident to claim she survived torturous eye color change experiments in part due to the unnatural suppression of this previously unpublished document from Mengele's Kaiser Wilhelm Institute research partner, discovered and published by Hunt in 2024. Zisblatt's claim of "injected to make them blue" and "pitch-black dungeon" is literal falsity under the Lanham Act, marketed in paid events (Exhibit J).

Citation: Full document scan emailed from Ernst Klees archives within Hadamar archives Uploaded to archive.org
https://archive.org/details/magnussen-dr-josef-mengele-blue-eye-color-experiment-hoax/mode/2up

Exhibit I - Page 3 of 6

**Figure 3 : Patient Baldwin Mechau of the family studied by Mengele. Mengele attempted to add pigment to the albino-like blue eye of his sibling after his death from ocular tuberculosis contracted in the crowded gypsy camp.**



Description : Gypsy Patient Baldwin Mechau of the family studied by Mengele. Colorized photograph. Brown eye visible on the left, defective, albino-like blue eye on the right caused by severe hereditary genetic condition likely Waardenburg, as yet undiscovered and unnamed pre-1946. Mengele attempted to add pigment to the albino-like blue eye of Baldwin Mechau's sibling after his death, caused in part by ocular tuberculosis contracted in the overcrowded, unhygienic, disease infested gypsy camp section of Birkenau. Mengele performed research on a specific family with this condition, not random hazel eyed Jews, and did not attempt to change any eyes into blue for any reason, and there were no such technologies or chemicals to do so at the time. The claim that Mengele was trying to change eyes into blue via painful chemicals is used to portray him as a mad scientist obsessed with outward aesthetic features and the search to express the Nazi idea of racial purity. Dr. Josef Mengele had brown eyes himself. Zisblatt inserted herself as a real victim of the false interpretation of Mengele's eye color change experiments,  with false tropes inverting the reality of the actual research which has been used for propaganda purposes.

Exhibit I - Page 4 of 6

Exhibit I - Page 5 of 6

Citation :  Timestamp (13:17) - From Part 1 of Hunt's three part Mengele exposé, "Eye Heart Mengele" Archive.org
https://archive.org/details/eye-heart-mengele-first-revision/Eye-Heart-Mengele-Part-1-Eye.mp4

Exhibit I - Page  5 of 6

**Figure 4 : Screencap of newly discovered suppressed eye research document in Hunt's 2025 Mengele expose'**



Description : Page 1 of the Magnussen document on the left, Family study of Mechau family on the right. As a hereditary geneticist, Dr. Josef Mengele was studying hereditary genetic conditions in a time before the discovery of DNA. The chart on the right follows how the heterochromia condition was passed down the family tree of the gypsy Mechau family studied by Mengele. Zisblatt would have never been involved.

Citation :  Timestamp (15:37) - From Part 1 : Eye of Hunt's three part Mengele exposé, "Eye Heart Mengele" Archive.org

https://archive.org/details/eye-heart-mengele-first-revision/Eye-Heart-Mengele-Part-1-Eye.mp4

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing translation and explanation are accurate to the best of my knowledge.
/s/ Eric Hunt
Date: November 4, 2025

Exhibit I - Page 6 of 6

**Exhibit J: VIP Events - Advertising Flyers & Articles (12 Pages)**

Figure 1: Advertising poster and money-accepting form for Chabad of Venice Event (2024) - $1000 VIP Meet & Greet , sold out seating, part 1 of web capture






**Exhibit J - Page 2 of 12**

**Figure 2: 2024 Chabad of Venice Event - $1000 VIP Meet & Greet , sold out seating, part 2 of web capture**



Description: (Fig. 1 +2) screenpage capture showing Advertisement for event with Zisblatt, promoting "was part of Dr. Josef Mengele's experiments" - pendant/forearm display to "VIP donors" ($1,000 sponsors get 4 tickets + publicity; $125 VIP includes private reception). Sections sold out, Tickets : $18, $24, $36 . Free for students. Book $20. VIP receives signed book.

Citation: Chabad of Venice, "Holocaust Survivor Irene Zisblatt," 2024, available at https://www.chabadofvenice.com/templates/articlecco_cdo/aid/6280376/jewish/Holocaust-Survivor-Shares-Her-Story-with-Irene-Zisblatt.htm.

**Exhibit J - Page 3 of 12**

**Figure 3: Chabad of Venice Event - $1000 VIP Meet & Greet , sold out seating, part 3 of web capture**



Description: Last screen capture, Advertisement for event with Zisblatt, promoting "was part of Dr. Josef Mengele's experiments" - pendant/forearm display to "VIP donors" ($1,000 sponsors get 4 tickets + publicity; $125 VIP includes private reception). Sections sold out, Tickets : $18, $24, $36 . Free for students. Book $20. VIP receives signed book. Accept payment via credit card and Paypal.

Citation: Chabad of Venice, "Holocaust Survivor Irene Zisblatt," 2024, available at https://www.chabadofvenice.com/templates/articlecco_cdo/aid/6280376/jewish/Holocaust-Survivor-Shares-Her-Story-with-Irene-Zisblatt.htm.

Figure 4: Chabad Palmetto Bay - "Survivor of Mengele's Barbaric Experiments"




**Exhibit J - Page 5 of 12**

**Figure 5 - Screenshot of event advertisement and fund-taking form**



Description Fig 4 + 5 : "Come Hear the Incredible Story of a Survivor of Auschwitz Survivor of Josef Mengele's Barbaric Experiments" and in bold "**was a victim of Josef Mengele's barbaric experiments**." Zisblatt is not a twin, not a gypsy, and on zero documentation connected to Mengele's anthropologic twin survey research let alone barbaric experiments.

Note : "Due to the overwhelming interest in this event, we have changed the location…"

Citation: Chabad of Palmetto Bay & Deering Bay , "Come Hear The Incredible Story of a Survivor of Auschwitz Survivor of Josef Mengele's Barbaric Experiments" https://www.jewishpalmettobay.org/templates/articlecco_cdo/aid/6360086/jewish/Holocaust-Speaker.htm

**Figure 6 - Continued screenshot of Money - Accepting form for Zisblatt Chabad of Palmetto Bay event**

| | |
|---|---|
| Number of People * <br> *$18 per Person* | |
| Is this your first event with Chabad of Palmetto Bay? * | ○ Yes <br> ○ No |
| I want to Sponsor | ○ $50 <br> ○ $100 <br> ○ $180 <br> ○ Other |
| Corporate Sponsorship | ○ Silver - $1,000 <br> ○ Gold - $1,800 <br> ○ Diamond - $2,500 |
| Total Charge | $0.00 USD |
| Payment Method | ○ Credit Card    ○ Paypal |

☐ I would like to receive news and updates from Chabad of Palmetto Bay by email. I understand that information I provide to Chabad of Palmetto Bay will be used according to its Privacy Policy and I can unsubscribe at any time.

**SUBMIT**

100% of the proceeds of this donation or payment benefit Chabad of Palmetto Bay, a registered 501c3 EIN#26-1368692



**CHABAD OF PALMETTO BAY & DEERING BAY**
16721 SW 78th Court I Palmetto Bay, FL 33157-3789
305-770-1818

Powered by Chabad.org © 1993-2025 Privacy Policy

**Exhibit J - Page 7 of 12**

Description : $18 per person. Sponsor : $50, $100, $180, and blank. Corporate Sponsorship : Silver $1000 Gold $1,800 **Diamond : $2,500 .** Credit Card, PayPal **Participants could hear the Diamond defecation cycle story for the Diamond tier price of $2,500.**

Citation: Chabad of Palmetto Bay & Deering Bay , "Come Hear The Incredible Story of a Survivor of Auschwitz Survivor of Josef Mengele's Barbaric Experiments" https://www.jewishpalmettobay.org/templates/articlecco_cdo/aid/6360086/jewish/Holocaust-Speaker.htm

**Figure 7 : Newspaper Article screenshot with accompanying caption** - "Chabad of Palmetto Bay Commemorates Survivor of the Angel of Death, Irene Zisblatt" - false Mengele barbaric experiment survival claims, gas chamber escape onto train



Chabad of Palmetto Bay recently hosted a remarkable evening that drew over 150 attendees to honor Irene Zisblatt, a resilient survivor of the infamous 'Angel of Death,' Dr. Josef Mengele, at Auschwitz. The event, necessitating a venue change to Venture X due to incredible demand, marked a poignant moment of remembrance and learning.
During her compelling presentation, Zisblatt shared harrowing details of surviving Mengele's brutal experiments, including his chilling attempts to change the color of her eyes. Her ability to endure these terrifying ordeals stands as a profound testament to her extraordinary resilience. The audience, captivated by her strength, listened intently as she recounted her daring escape from Auschwitz, sneaking onto a train with the help of a fellow

Description: Article on Chabad of Palmetto Bay event with Zisblatt, drawing 150+ attendees (moved to larger venue for demand). $18 per person. **$2,500 Diamond** Corporate Sponsorship available via credit card / paypal. Advertised in bold **"was a victim of Josef Mengele's barbaric experiments."** Event included her pendant/forearm display, culminating in Village of Palmetto Bay presenting keys to the

**Exhibit J - Page 9 of 12**

village and proclaiming "Irene Zisblatt Holocaust Survivor Day" (official municipal
recognition).

Quote: "The event drew over 150 attendees... Zisblatt shared her Holocaust survival,
displaying her diamond pendant... Mayor Karyn Cunningham and Vice Mayor Leanne
Frazee Tellam presented her with the keys to the village and a proclamation declaring
'Irene Zisblatt Holocaust Survivor Day.'"

Citation: Community Newspapers, "From Darkness to Light: Chabad of Palmetto Bay
Commemorates Survivor of the Angel of Death Irene Zisblatt," Jan 27, 2025, available
at
https://communitynewspapers.com/featured/from-darkness-to-light-chabad-of-palmetto-
bay-commemorates-survivor-of-the-angel-of-death-irene-zisblatt/.

Note: Articles demonstrate commercial promotion of false props in paid/attended
events, false Mengele torture experiment victimhood tying to willfulness and consumer
deception under the Lanham Act.

**Figure 8 : Closeup of key to the city and framed proclamation from city**



Description: Holding physical key, with framed proclamation from city. Article on Chabad
of Palmetto Bay event with Zisblatt, drawing 150+ attendees (moved to larger venue for
demand). $18 per person. Advertised in bold **"was a victim of Josef Mengele's
barbaric experiments."** Event included her pendant/forearm display, culminating in
Village of Palmetto Bay presenting keys to the village and proclaiming "Irene Zisblatt
Holocaust Survivor Day" (official municipal recognition).

Citation: Community Newspapers, "From Darkness to Light: Chabad of Palmetto Bay
Commemorates Survivor of the Angel of Death Irene Zisblatt," Jan 27, 2025, available
at
https://communitynewspapers.com/featured/from-darkness-to-light-chabad-of-palmetto-
bay-commemorates-survivor-of-the-angel-of-death-irene-zisblatt/.

Note: Articles demonstrate commercial promotion of false props in paid/attended
events, false Mengele torture experiment victimhood, material gain, awards, celebrity
status, tying to willfulness and consumer deception under the Lanham Act.

**Figure 9 : Sag Harbor Event "Incredible story of Surviving Auschwitz & Josef Mengele's Barbaric Experiments**



Description: $18 Regular Seating, $54 - Premier Seating. Advertised as "victim of Josef Mengele's barbaric experiments." Zisblatt, a non-twin, non-gypsy, is on zero records connected with any of Dr. Josef Mengele's anthropologic, scientific, and medical research.

Citation: Meet Auschwitz Survivor Irene Zisblatt & Hear Her Incredible Story - 27 East
https://www.27east.com/events/meet-auschwitz-survivor-irene-zisblatt-hear-her-incredible-story/

Note: Articles demonstrate commercial promotion of false props in paid/attended events, false Mengele torture experiment victimhood, material gain, awards, celebrity status, tying to willfulness and consumer deception under the Lanham Act.

**Exhibit J - Page 12 of 12**

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Eric Hunt

Date: November 3, 2025

**EXHIBIT L - Declaration of Eric Hunt in Support of Damages for Severe Emotional Distress and Loss of Career**

I, Eric Hunt, declare under penalty of perjury:

1. **2000 - High School Exposure:** At age 16, I was compelled to watch the Defendants' film, *The Last Days*, in a mandatory New Jersey public school history class. I was taught that the survivor testimonies, including the highly specific claims concerning **the deliberate swallowing and repeated retrieval of diamonds and the use of chemical experiments to change eye color into blue**, were accurate historical fact.

2. **Initial Trauma and Confusion:** The presentation of these claims, which I recognized as physically impossible and deeply disturbing in their scatological and pseudo-scientific nature, caused me profound psychological distress, confusion, and anxiety, as I felt unable to challenge what was presented to me as "sacred truth" by both the film and the educational institution.

3. **2007 - Causal Incident:** This unresolved trauma and the anxiety over the societal propagation of demonstrably false narratives contributed to a period of severe emotional distress in 2007. This distress culminated in a highly publicized incident involving Elie Wiesel, resulting from a panicked, misguided 22 year old's attempt at a TMZ-style interview regarding my concerns over harmful fictionalized narratives targeting children.

4. **Incarceration and Discreditation:** As a direct result of that incident, which involved a two-second sleeve grab, and TMZ-style interview request in a time before the iPhone was released, and my bulky camera was left in my room upstairs, I was unjustly prosecuted and incarcerated for a period of 18 months in San Francisco, California. This created a public criminal record which has since been extensively used in mass media smears to personally discredit my work. CCTV cameras disproved the false narrative and the jury threw out half of SF D.A. Kamala Harris's politically motivated charges. I am working to overturn the entire conviction based on new evidence.

5. **2009 - Discovery and Immediate Backlash:** In 2009, after reading *The Fifth Diamond* and discovering the 1995 USC Shoah Foundation video (Exhibit G), which proved the Defendants' core claims were fabricated, I filed a lawsuit to expose the fraud and protect the public, particularly children, from further harm.

Exhibit L - Page 1 of 3

6. The filing of that lawsuit resulted in an immediate and severe public backlash, including the publication of defamatory statements by the Defendants' affiliates (See Exhibit S), which branded me as a "lunatic" and a purveyor of "hatred." Credible death threats from those who believe Zisblatt's claims must have been vetted, some which remain online today, prevented me from attending court in Florida.

7. **Involuntary Commitment:** This direct backlash led to my involuntary **2-day commitment to a psychiatric facility** in 2009. I was told by police to submit to confinement based solely on the widespread societal belief in the veracity of the Defendants' film and Mengele victim status and the refusal of my family and authorities to consider my factual evidence. I was effectively confined for daring to legally challenge the hoaxed narrative of the alleged victim and belief and misguided trust in Spielberg and co.

8. **Career Destruction and Blacklist:** Since 2009, I have been subject to a severe professional, financial network, internet platform ban, and industry blacklist due to my pursuit of this truth, resulting in an estimated **loss of income exceeding $1,000,000** from filmmaking, writing, consulting, and graphic design.

9. **Exile and Estrangement:** This ongoing professional and familial stigma, which forced a **decade-long estrangement from my mother** and other family members who prioritized the perceived truth of Zisblatt and Spielberg over me, led me to seek exile in Ukraine for approximately a decade. I was forced to relocate from Ukraine in February 2022 due to waking up to missile explosions.

10. **2024 - Continued Trauma:** My continued efforts in 2024 to alert Union College and Professor Stephen Berk to the fraud resulted in an official response from the **Albany FBI Joint Terrorism Task Force** being called upon me. This event worsened already severe psychological trauma, including documented loss of appetite due to the distressing nature of the coprophagia narrative targeting children, and significant weight loss. I have recorded evidence of this to present to the court.

11. **Damages and Cause:** The totality of the Defendants' actions—including their initial fraudulent release (1999) and their willful continuation through the 2021 Remaster (Exhibits M & K)—has caused me to suffer **Post-Traumatic Stress Disorder (PTSD)**, emotional isolation, career destruction, and physical distress.

12. I seek punitive damages and compensation for emotional distress to secure the necessary therapeutic treatment to overcome the trauma that began with the

Exhibit L - Page 2 of 3

Exhibit L - Page 3 of 3

13. Defendants' deliberate, fraudulent representation of their film to me as a child. I calculate my total loss and necessary future care to be **$1,500,000+**.

Executed on November 7, 2025.

/s/ Eric Hunt

Exhibit L - Page 3 of 3

Exhibit M - Page 1 of 5

**Exhibit M:** Andie Mermelstein Zoom Hosting & Zisblatt Diamond / Mengele torture / tattoo removal Claims

**Figure 1: Andie Mermelstein username andiemermelstein on Zoom Screen, Zisblatt Claiming Diamond cycle, Anesthesia-Free Mengele Tattoo removal Torture**



**Charla con la sobreviviente de la Shoá Irene Zisblatt**

Description: Screenshot from the Zoom event with school in Buenos Aires, Argentina showing Andie Mermelstein (granddaughter) as co-host/technical facilitator, name (username) andiemermelstein visible on screen tied to account used during Zisblatt's presentation. Andie manages the Zoom interface, ensuring the event's smooth delivery to attendees.

Relevant Quote: Touches face, covering mouth at start, says "I was chosen by Dr. Josef Mengele for his brutal experiments. I was no longer a 13 year old child. My childhood

**Exhibit M - Page 2 of 5**

couldn't continue in the death camps. In a desperate, in a desperate thing, (waves pendant forward) I had to try and save my mother's diamonds that carried her love. Once a day, I, was ,we were allowed to go to the latrine. Have you seen Schindler's List? Yeah? So you know what the latrine looked like. I never had the uh …the pleasure to sit on one of those holes because I had to find …(note - covers mouth with hand - ) I had to find a safe place to retrieve my mother's diamonds. (pauses, covers mouth again) It would have been safer to throw them away when I realized that I cannot not buy bread like my mother said. But the pride and the love that they carried was stronger than the Nazi hatred. I saw hatred so strong when Mengele was experimenting on us without anesthetics and the pain was so unbearable. I saw joy in his eyes watching me suffer."

Citation: See "Irene Zisblatt Holocaust Survivor Story" video, April 2023, available at https://www.youtube.com/watch?v=pywjHqOap98 (timestamp 23:30 – andiemermelstein name on screen when Irene speaks.

**Relevance**: Andie Mermelstein's role as Zoom host enables the commercial presentation of the false pendant claim to a global audience, ending with call to action to buy book The Fifth Diamond via Amazon and Barnes & Noble. Andie Mermelstein's technical facilitation enables the commercial dissemination of these debunked false claims to a global audience, including the impossible anesthesia-free procedures contradicted by Exhibit B (flawless forearm) and Exhibit I (adrenaline eye drops for different gypsy patient with severe hereditary disorder exhibiting heterochromia iridis).

**Exhibit M - Page 3 of 5**

**Figure 2: Zisblatt Waving the Diamonds Pendant**



Description: Screenshot from the Zoom event showing Zisblatt waving the pendant while claiming the diamonds are the same ones given by her mother, emphasizing their "miracle" survival. The pendant appears pristine with zero wear, inconsistent with her repeated swallowing/excretion narrative.

Citation: See "Irene Zisblatt Holocaust Survivor Story" video, April 2023, available at https://www.youtube.com/watch?v=pywjHqOap98 (timestamp 25:30 – Zisblatt waves pendant while making the claim).

**Relevance**: Zisblatt's on-camera representation of the pendant as "mother's diamonds" during a paid Zoom event constitutes false commercial speech under the Lanham Act, as the pendant's modern condition (Exhibit A) contradicts the historical survival story.

**Figure 3: Call to action to purchase *The Fifth Diamond***



Charla con la sobreviviente de la Shoá Irene Zisblatt

Description: Zisblatt gives call to action to purchase book online via Amazon and Barnes & Noble. The presentation is facilitated by Andie Mermelstein's Zoom hosting.

Relevant Quote: "And the book is available if you want it in Amazon in Barnes & Noble online. But yeah, my children know, and I didn't tell them right away. When Schindler's List came out, I told them, and I started sharing my past with the world. And I just about spoke around the world."

Citation: See "Irene Zisblatt Holocaust Survivor Story" video, April 2023, available at https://www.youtube.com/watch?v=pywjHqOap98 (timestamp 1:10:48 – Zisblatt call to action to purchase *The Fifth Diamond*).

**Exhibit M - Page 5 of 5**

**Relevance**: Andie Mermelstein's technical facilitation enables the commercial dissemination of these unverifiable claims to a global audience, including the impossible anesthesia-free procedures contradicted by Exhibit B (flawless forearm) and Exhibit D (eye injections for one specific gypsy patient with heterochromia iridis).

Note: All screenshots are public records from the Zoom event video. Andie Mermelstein's role as Zoom host and technical coordinator underscores the family's coordinated presentation of the false narrative to consumers worldwide. Evidence of Zisblatt's falsehoods are freely available via Google, Bing, Wikipedia, Times of Israel, Hunt video, and Neander article. The pendant's pristine condition (Exhibit A) and lack of surgical scars (Exhibit B) contradict the claims made on camera.

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
/s/ Eric Hunt
Date: November 4, 2025

## Exhibit N: October 2025 Cease-and-Desist Letters (18 Pages)

## Figures 1 - 7 - Cease and Desist Letter to Irene Zisblatt and Exhibit C delivered to Irene Zisblatt (Delivery Signed by Irene Zisblatt Oct 14, 2025)

Eric Hunt
EricSisu@proton.me
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
October 7, 2025
Irene Weisberg Zisblatt
9400 NW 13th St
Plantation, FL 33322

**Re: Cease and Desist – Defamatory False Statements at 2024 Union College Appearance and in *The Fifth Diamond* Second Edition; Demand for Public Apology and Video Retraction to Eric Hunt, Settlement Negotiations, Transfer of Diamond Pendant, and Assignment of Book Rights;**

Ms. Zisblatt,

This letter serves as a formal demand, pursuant to § 770.01, Fla. Stat., that you, Irene Weisberg Zisblatt, immediately cease and desist from publishing, promoting, or disseminating false and defamatory statements about your alleged Holocaust experiences, including but not limited to claims made in the 1998 documentary *The Last Days,* your 2008 book *The Fifth Diamond* (ISBN 978-1593931396), the 2020 second edition (ISBN 978-1-6480-4957-6), and public appearances, specifically the November 7, 2024, Union College event in Schenectady, New York. These statements, including your claim in *The Fifth Diamond* second edition, promoted at Union College, that "There are those who say the Holocaust never happened. I am one of the workers against those who tirelessly deny the Holocaust. Those who deny will not succeed because we remember," have caused severe harm to me, Eric Hunt, a child victim, public critic, and advocate for protecting children from false atrocity tales. You made false claims, including graphic narratives targeting children, and directed your lawyer and son-in-law, Stuart Mermelstein, to defame me as a "notorious Holocaust denier" in Florida newspapers (e.g., Sun-Sentinel, Oct. 6, 2009, still online), rather than acknowledge the falsity of your claims, which have harmed me from age 16 to the present. Your daughter, Robin Mermelstein, has actively participated in promoting these false claims on camera in multiple public appearances (to be detailed at trial). Your 2009 lawsuit response put Mr. Mermelstein and Ms. Mermelstein on notice of these falsehoods, including that the alleged diamond pendant was not publicly mentioned until 1998, yet they continued to promote your claims, making them liable for post-2009 harms. These actions, directed by you, are repeated today and falsely portray me, damaging my reputation and causing severe ongoing reputational harm. I demand that you issue a public apology and video retraction addressed to Eric Hunt, retract the specific book quote, enter good-faith settlement negotiations, transfer ownership of the alleged diamond pendant, and assign all rights to *The Fifth Diamond* to avoid litigation.

**Be advised**: I am not a violent threat, nor am I physically present in the United States or the State of Florida, as I reside overseas, living in exile due to the stigma and harms from your false claims. I intend to act only legally through this demand and litigation against you and potentially Robin Mermelstein and Stuart Mermelstein. Any attempts by you, Mr. Mermelstein, or Ms. Mermelstein to further defame me by misrepresenting my beliefs, character, mental state, or actions, including this letter or the 2007 Wiesel incident—where, leaving my camera upstairs

and seeing Elie Wiesel alone for a TMZ-style interview attempt, I grabbed his sleeve, pulled him two feet, let go immediately, backed up, and said, "I want to interview you," only to be freed and acquitted of misrepresented charges after a politically motivated show trial—will result in additional lawsuits for defamation and related claims. This is a lawful exercise of my First Amendment rights. Any further denigration of me by you or your representatives at your direction is not protected speech but defamation and a knowing and willing cover for your many false claims and may result in further legal action against son-in-law and lawyer Stuart. Mermelstein and daughter Robin Mermelstein, who you live with and collaborate to disseminate your defamatory falsehoods, as co-conspirators under § 777.04, Fla. Stat., based on their documented actions.

## False and Defamatory Statements

You, Ms. Zisblatt, have repeatedly publicized false statements, knowing they were untrue and morally wrong, particularly when targeting children with graphic, fictional narratives. You claimed that during your time in Auschwitz in 1944, you:

1. Repeatedly swallowed and defecated four diamonds, originally sewn into your dress by your mother, retrieved them from your feces multiple times (including during Mengele selections), sometimes washing them in soup or mud, and turned them into a teardrop-shaped pendant presented as a "family heirloom" to be passed to Robin and her firstborn female child. No public mention of this alleged diamond pendant was made until 1998 in *The Last Days*, and your 1993 testimony mentions swallowing three diamonds once before your first Auschwitz shower without retrieval. Mr. Mermelstein and Ms. Mermelstein, aware of my 2009 lawsuit highlighting this discrepancy, should have known the pendant claim was false yet continued to promote it, including Ms. Mermelstein's on-camera appearances.

2. Survived Dr. Josef Mengele's alleged inhumane medical experiments, including alleged tests to determine how eyesight reacts to days in darkness, later changed to blue eye-color change experiments in a water-filled dungeon, despite not being a twin or Gypsy (Roma), the primary groups Mengele targeted, and despite no historical evidence supporting such experiments to change eyes to make them more blue. Zero records exist of you as a Mengele research subject, though a disease-screening stool sample record exists (to be entered at trial).

3. Your 1993 video "testimony" claims you received six months of painful skin grafts from your buttocks to your forearm (to cover a non-existent Auschwitz tattoo number you never received in the first place and falsely claimed as your own, taken from another prisoner), a medically and historically impossible procedure. Records prove you were not in Auschwitz for six months but a shorter period of time before being transited. You show your tattoo-free and scar-less forearm in public, and likely at the 2024 Union appearance, as supposed proof of your horrific experimental medical torture. In your book and elsewhere you falsely claim being branded with Auschwitz tattoo number "61397," which surviving evidence prove was actually assigned on September 9, 1943, to Agnieszka Pastuszek, a non-Jewish Polish political prisoner. This constitutes stolen valor fraud, as Hungarian Jewish women received numbers A-3622 to A-6027 from May

16–26, 1944. At the time of mass Hungarian transports, people like you simply were never tattooed. You were never tattooed, but stole another prisoner's number and invented a fiction about having six months of skin grafts from, as you say in 1993 on video "your butt" to your forearm. Later, you leave out the buttocks part and just claim Mengele himself tortured the number out of your arm by "pulling" "and ripping" things out of your arm while you lost consciousness on a rusty table (Shoah video, Fifth Diamond, others) . (Exhibit A: Joachim Neander critique, holocaustcontroversies.blogspot.com, Jan. 2010).

4. Claiming Adolf Eichmann himself personally removed you and sent you to the gas chamber while delivering monologues, later changed to Mengele, with no historical evidence for Eichmann's presence at Auschwitz in 1944. Claiming to have avoided a Gypsy gassing, personally standing up to Eichmann himself, because you wanted to die with Jews, a wholly unsupported narrative. Escaping this Birkenau gas chamber by walking backwards out of it, then being thrown over a 10-foot electrified fence into an open topped cattle car, unsupported by documentation or feasibility which shows the distance would have been 100 feet away, later entirely revised to omit such an impossible claim in post-2017 promotions (e.g., "Talks at Google") after another victim of your falsehoods, Alison Chabloz's 2017 UK prosecution for mocking this gas chamber escape and fence throw claim in a song.

5. Other fabrications, including:
   - Receiving a "lethal injection" during a selection that made you woozy but did not kill you.
   - Being selected in 1944 for your smooth skin to become a human skin lampshade for Ilse Koch, being transited across Poland to Majdanek for this purpose, where Koch didn't show up, despite her 1943 imprisonment.
   - Claiming to have seen Adolf Hitler at Auschwitz, despite no evidence of his visit.
   - In 1993 footage, claiming to have swallowed _three_ diamonds once without ever mentioning retrieval, predating your four-diamond story (to be entered at trial).
   - Claiming painful injections under your fingernails, unsupported by any record.

6. Associated with Paul Parks' fraudulent U.S. Army Normandy and Dachau liberator claims in _The Last Days_, promoted at the 2024 Union College event, prompting my good-faith protest to staff, which was misrepresented as a "terrorist threat" to the FBI's Albany Joint Terrorism Task Force.

7. Stated in _The Fifth Diamond_ second edition: "There are those who say the Holocaust never happened. I am one of the workers against those who tirelessly deny the Holocaust. Those who deny will not succeed because we remember." This falsely portrays you as a truthful witness remembering reality and defames me, as you made false claims, targeting children, and directed Stuart Mermelstein to defame me as a "notorious Holocaust denier" in Florida newspapers (e.g., Sun-Sentinel, Oct. 6, 2009, still online), repeated today, causing ongoing harm. Ms. Mermelstein's on-camera promotion of these claims post-2009, despite my lawsuit, further amplifies this harm.

These claims are false. Jewish Holocaust researcher Joachim Neander, Ph.D., after my 2009 lawsuit and using evidence I uncovered, found no evidence of your Mengele experiments, as

you were neither a twin nor Gypsy, and no documentation supports eye-color experiments in a dungeon (Exhibit A: Neander's 2010 analysis, stating the testimony is "not in order" and a "work of fiction"). The Times of Israel reported Neander's "serious doubts" about your *The Last Days* testimony (Exhibit B: Times of Israel, Aug. 4, 2021). David G. Marwell and my own recent scholarship on anthropologist Mengele, further disproves your claims of "Frankenstein-like" experiments, aligning with prior witnesses' disproven perjury. Your continued promotion, with Mr. Mermelstein's and Ms. Mermelstein's assistance post-2009, despite my lawsuit highlighting the 1998 introduction of the pendant claim, and other fraudulent claims including those listed above, shows malice.

## Harm Caused

Your false statements, including the book quote, Mr. Mermelstein's directed smears, and Ms. Mermelstein's on-camera promotion, have caused me severe harm:

- **Childhood Trauma**: At age 16 in 2000, I was shown *The Last Days* at school, featuring your false claims and Parks' fraudulent liberator story, causing confusion and distress, confirmed by my U.S. Army veteran grandfather's rejection of Parks' claims. This gaslighting contributed to the 2007 Wiesel incident and ongoing severe repercussions.
- **Reputational Damage**: As your critic since 2009, via my lawsuit, rather than come clean, you directed Stuart Mermelstein to defame me as a "lunatic" and "Holocaust denier" in Florida newspapers (e.g., Sun-Sentinel, Oct. 6, 2009, still online), while mocking the merits of my claims and using your considerable connections against me, these defamatory claims still repeated avaiable online, accessed, and used against me today. My filing this lawsuit led to my unjust 2009 Nebraska commitment, as my mother and law enforcement believed your story must have been vetted by experts and I must be out of my mind to question a "survivor of Mengele's barbaric experiments". In 2024, my good-faith contact with Union College to warn of your false claims was misrepresented as a "terrorist threat," prompting a report to the FBI Albany Joint Terrorism Task Force, investigation and scrutiny.
- **Emotional and Physical Distress**: Your actions caused severe emotional distress, including a bipolar diagnosis, forced medication, unjust imprisonment, PTSD from living in Ukraine in exile at the start of the full scale war, significant weight loss from November 2024 to January 2025, inability to eat solid foods for three weeks after your Union College appearance due to distress from your graphic claims, estrangement from my mother for a decade due to her belief in your false claims, current fear of returning to the U.S. and arrest due to misrepresentations of my 2024 Union College contact, and relocation costs and other costs(to be detailed at trial). Your refusal to retract in 2009 and continued defamation, prolonged this, ruining my career and life for 16 years.
- **Harm to Others, especially children**: Your claims harmed children, as evidenced by a 2008 incident at Columbia High School, Maplewood, New Jersey, where a student doubting your diamond claim, their father researched your false claims, and then was bullied as a "anti-semitic" and Holocaust denier(Exhibit C). Critics like Alison Chabloz faced 2017 UK prosecution for mocking your gas chamber claim. Your supporters' death

threats against me and my family (e.g., "visit with a shotgun") forced me into exile, requiring me to fear displaying my face in my art, research, and documentaries, as your narrative falsely portrays me as a delusional liar, and you as a torture victim of sadistic "Mengele experiments" inciting harm from those you presented your false and damaging claims to.

Your continued dissemination of these false claims, with Stuart and Robin's assistance, despite my 2009 lawsuit, 2024 FBI scrutiny, and knowledge of critics' punishment, demonstrates actual malice and reckless disregard for the truth, causing presumed and actual damages.

## Demands

To avoid litigation for defamation per se, intentional infliction of emotional distress, and violations of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA), I demand that you:

1. **Immediately Cease and Desist**: Stop all publication, promotion, or dissemination of the above false statements, including in *The Fifth Diamond*, *The Last Days*, public appearances, and media.
2. **Issue a Public Apology and Video Retraction**: Within **5 days** of receipt, issue a public apology and video retraction under § 770.01, Fla. Stat., admitting the falsity of your claims (diamonds, Mengele experiments, skin grafts, lethal injection, Ilse Koch lampshade, gas chamber escape, stolen tattoo number, Hitler sighting, Eichmann/Mengele monologues, Gypsy gassing avoidance, three diamonds, fingernail injections) and specifically retracting the statement in *The Fifth Diamond*: "There are those who say the Holocaust never happened. I am one of the workers against those who tirelessly deny the Holocaust. Those who deny will not succeed because we remember." This falsely portrays you as a truthful witness and defames me as a liar, as you made false claims, targeting children, and directed Mr. Mermelstein to defame me in Florida newspapers, with Ms. Mermelstein's on-camera promotion amplifying this harm. The video retraction must be addressed to Eric Hunt, acknowledge the harm caused, and be published on platforms where the statements were made (e.g., Union College website, YouTube, Stuart Mermelstein's law firm website, or equivalent).
3. **Enter Settlement Negotiations**: Engage in good-faith discussions within **10 days** of receipt to settle financially for damages caused, including my childhood trauma, reputational harm, emotional distress, family estrangement due to their believing your false claims were properly vetted, and economic losses, including financial platform deplatforming, severe career repercussions, social stigma, and relocation costs.
4. **Transfer the Diamond Pendant**: Relinquish ownership of the falsely alleged defecated diamonds pendant to me as part of the settlement, given its role in your false narrative.
5. **Assign Book Rights**: Transfer all rights to *The Fifth Diamond*, including publishing and intellectual property rights, to me to prevent further dissemination and compensate for harm.
6. **Provide Written Confirmation**: Within **7 days** of receipt, confirm in writing to EricSisu@proton.me that you have received this letter, ceased all false statements,

issued the apology and video retraction, and are prepared to negotiate the settlement, pendant transfer, and book rights assignment.

Failure to comply will result in legal action. First, a lawsuit for defamation per se, intentional infliction of emotional distress, and FDUTPA violations, seeking compensatory and punitive damages, injunctive relief, and other remedies. I am prepared to present evidence, including historical critiques (Joachim Neander, Exhibit A; Times of Israel, Exhibit B), family communications on the pre-1998 non-existence of the diamond pendant, Ms. Mermelstein's on-camera promotion, Mengele research, your non-twin/non-Gypsy status, Parks' fraud, the Maplewood incident (Exhibit C), and critics' punishment (2009 Nebraska commitment, to be detailed at trial; 2024 FBI scrutiny, to be detailed at trial; 2017 Chabloz prosecution, to be detailed at trial).

## Governing Law

This matter is governed by Florida law, including Florida Statutes § 770.01 (defamation), § 768.295 (anti-SLAPP), § 501.201 et seq. (FDUTPA), and § 777.04 (conspiracy) (with Mr. Mermelstein and Ms. Mermelstein). Your actions constitute defamation per se (injuring my reputation and profession), intentional infliction of emotional distress (outrageous conduct causing severe harm), and FDUTPA violations (deceptive trade practices), with actual malice given your knowledge of the falsity, targeting of children, and punishment of critics.
Direct all communications to EricSisu@proton.me. The return mailing address is not my physical address, as I am overseas; do not send physical mail to that address, as it is used solely for certified mail delivery. I urge you to consult counsel and respond promptly to avoid further legal action. This letter is sent via certified mail with return receipt requested.
Sincerely,
/s/ Eric Hunt
Eric Hunt
[Your Phone Number]
EricSisu@proton.me (mailto:EricSisu@proton.me)
**Attachments**:
- Exhibit A: Joachim Neander critique (holocaustcontroversies.blogspot.com, Jan. 2010)
- Exhibit B: Times of Israel article (Aug. 4, 2021,
  blogs.timesofisrael.com/questionable-testimony-in-holocaust-doc-is-grist-for-deniers/)
- Exhibit C: Maplewood School parent message board discussion Maplewood Online -
  Holocaust survivor spoke at SOMS, questions
  https://maplewood.worldwebs.com/forums/discussion/holocaust-survivor-spoke-at-soms-questions?page=next



UNITED STATES
POSTAL SERVICE

October 14, 2025

Dear Eric Hunt:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2268 6404 69**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 14, 2025, 4:25 pm |
| **Location:** | FORT LAUDERDALE, FL 33322 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Irene Zisblatt |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Note : Hunt also attached Neander Article **(Exhibit C)** from web print, and Times of Israel article. Left out of exhibit for brevity.

**Figure set 2 : Cease and Desist Letter and Exhibit C Neander report sent to Stuart Mermelstein (Delivered and signed by Stuart Mermelstein Oct 20, 2025)**

## NOTICE TO CEASE AND DESIST

Eric Hunt
EricSisu@proton.me

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
October 11, 2025
Stuart Mermelstein, Esq.
9400 NW 13th St
Plantation, FL 33322
**Re: Cease and Desist – Defamatory Statements in 2009 Florida Newspapers and Continued Perpetuation of Irene Weisberg Zisblatt's False Claims; Demand for Public Apology, Retraction, and Settlement Negotiations**
Stuart Mermelstein:
This letter serves as a formal demand, pursuant to § 770.01, Fla. Stat., that you immediately cease and desist from publishing, promoting, or disseminating defamatory statements about me, Eric Hunt, specifically your 2009 statements in Florida newspapers labeling me a "lunatic" and notorious "Holocaust denier" whose fact-based critique of Irene Zisblatt's outrageous falsehoods have "no legal or factual bearing whatsoever" in regards to my 2009 lawsuit against your mother-in-law, Irene Weisberg Zisblatt. These statements, made in the Sun-Sentinel on October 6, 2009 (Exhibit C, still online and republished today), falsely portray me as a delusional liar and have caused severe ongoing reputational harm. I am a child victim of your mother-in-law's scatological (coprophagia) Holocaust torture tales, forced upon me as a child at age 16 in New Jersey Public School history class with her appearance in *The Last Days*. This demand is not about your role as Zisblatt's lawyer but your personal knowledge of her false claims—you personally as well as your wife, Zisblatt's daughter Robin, and other relatives never could have possibly been told the alleged repeatedly swallowed and defecated four "diamond pendant" originated from repeated Auschwitz swallowing, defecation, retrieval, and reingesting before its 1998 debut in *The Last Days*. Zisblatt hadn't told that version of the story publicly until she decided to invent it for Spielberg's film. In fact, in a 1993 video, Zisblatt claims she only swallowed three diamonds upon intake, and never mentions the diamonds again. Zisblatt also tells of swallowing diamonds before her first shower in her later Shoah Foundation video and never mentions the tale told for the first time publicly about repeatedly swallowing, defecating, retrieving these diamonds, avoiding defecating in the latrine holes and other methods. You have intimate first-hand knowledge of Zisblatt's fraud, observing her scar-free forearm daily which she claims was subjected to brutal Nazi torture on a rusty table to remove a supposed tattoo number previously branded into her forearm, including her allegation in 1993 that six months of Auschwitz skin grafts from her buttocks were transplanted on her forearm to make that supposed number disappear. As you live with her (then and now), often see her forearm, are well aware of my critiques and others, can verify with widely accepted authorities such as the United States Holocaust Memorial Museum that such six month buttocks to forearm skin graft tattoo removal procedures never took place in a death camp. Irene Zisblatt is on zero records connected to Dr. Mengele's anthropologic survey of Jews and gypsies or other research. Irene Zisblatt is not a twin. Irene Zisblatt is not a gypsy. Irene Zisblatt was not the subject of any of Dr.

Mengele's anthropological research nor experimental medical procedures whatsoever, and appears on zero records connected to this research. My 2009 lawsuit's fact-based challenges are something that any reasonable adult should have prompted to pause and reconsider Zisblatt's outrageous claims rather than maliciously attack my character and motives. Your continued perpetuation of Zisblatt's falsehoods post-2009, despite this notice, and choice to instead maliciously attack me, my reputation, my character, my mental state, and my "motives", makes you liable as an aider and abettor in a fraud which you personally benefit from, as well as your wife and children, as the supposed inheritors of the cruel hoax of the repeatedly Auschwitz-defecated "diamonds" fraudulently claimed to have been mounted into a teardrop shaped pendant. My motives were and are providing a tremendous public service at great harm to myself in order to above all  protect innocent children targetted by this malicious fiction, as I once was, from Zisblatt's scatological torture fantasies, but also to warn the rest of society of what the perpetuation of her bogus claims mean to larger society.

For instance, recent scholarship from David G. Marwell to myself proves Zisblatt's cartoonish monologuing villain "Dr. Mengele" claims are based on false rumors, and deliberate bogus perjury lies and even prop creation of previous Zisblattian perjurers in your ethnic-religious community. Most disturbingly a Jewish witness at the Mengele mock trial in Israel who went on the witness stand with a "tobacco pouch" claiming to be made from Jewish testicles Mengele removed at Auschwitz. Current scholarship disproves past falsehoods spread about Mengele, an anthropologist, including the one Zisblatt perpetuates about having painful eye drops in order to change the color of her eyes into blue. Mengele never performed such an experiment, in fact the opposite, trying to change the defective, albino-like pigmentless blue eye of one gypsy patient of a specific gypsy family with seeming Waardenburg disease displaying heterochromia iridis, into brown, by adding adrenaline drops attempting to add pigment in order to shield this eye from ocular tuberculosis which just contributed to the death of the patient's brother. As a blue eyed boy myself I recoiled in history class at age 16 watching *The Last Days* when I knew something was seriously wrong with Zisblatt's claims, as trying to change brown eyes into blue by adding blue dye was and is impossible, and as Zisblatt herself says in 1993 regarding falsely alleged "experiments" -  "some of them were so stupid." I was confused but knew at some level Zisblatt's lies about having her eyes attempted to be tortured into the color blue and locked in a standing room only water filled dungeon with other girls where she was forced to drink her own urine were a full on attack against my body, self image, self-esteem, genetics, and overall a maliciously disguised racial attack on my ethnic heritage. I now have the evidence to prove it, myself uncovering in 2024 a long-suppressed document from the Hadamar archives from Karin Magnussen, Dr. Mengele's research partner at the Kaiser Wilhelm Institute flipping the script of the lies your mother-in-law ran with and claimed she personally suffered torturous eye color change horror torture experiments. This documentation proves Mengele tried to change a specific gypsy patient's blue eye into brown, and it was an attempt to save the patient's life from ocular tuberculosis which already ravaged the brother of this patient in the immune deficient gypsy patient's family.

I demand that you issue a public apology and written retraction addressed to Eric Hunt, retracting the specific statements defaming me, and enter good-faith settlement negotiations to

avoid litigation. You willingly defamed me rather than own up to your mother-in-law's cruel child-tormenting atrocity lies, war crime fakery, as you personally benefit, including financially, from the continuation of this fraud. Rather than tell your depraved mother-in-law to come clean, you chose to reach out to the Florida press and others to maliciously defame me, using your contacts in your ethnic-religious community, in defamatory articles I was never reached for comment myself.

**Be advised**: I am not a violent threat, nor am I physically present in the United States or the State of Florida, as I reside overseas, living in exile due to the stigma and harms from your defamatory statements and Zisblatt's false claims. I intend to act only legally through this demand and any necessary litigation. Any attempts by you or Zisblatt to further defame me by misrepresenting my beliefs, character, mental state, or actions—including this letter or the 2007 Wiesel incident, where, leaving my bulky camera upstairs pre-smartphone era, and seeing Elie Wiesel alone for the first time in three weeks for a TMZ-style interview attempt, I grabbed his sleeve, pulled him two feet, let go immediately, backed up, and said, "I want to interview you," only to be freed and acquitted of misrepresented charges after a trial—will result in additional lawsuits for defamation and related claims. This is a lawful exercise of my First Amendment rights. Even one further word denigrating me or the merits of my claims is not protected speech but a cover for Zisblatt's fraud which you and your wife and children benefit, profit, and stand to inherit profits from—perhaps you'll finally pause to reflect on the "no factual bearing" you so confidently dismissed in 2009, only for Jewish scholars like PHD Joachim Neander to later validate much of my critique—and any further defamation will result in further legal action against you under § 777.04, Fla. Stat., for conspiracy.

## Defamatory Statements

In 2009, following my lawsuit challenging the veracity of Zisblatt's Holocaust-related claims in the first edition of *The Fifth Diamond*, The Last Days, and school and public appearances, you made false and defamatory statements about me in the Sun-Sentinel (Exhibit C), stating: "In terms of the hatred spewed in this complaint, it clearly has no legal or factual bearing whatsoever... It's a ridiculous pleading, and our concern is really directed not to the complaint, but to the motives and intent of Eric Hunt." You further called me a "lunatic" who "assaulted a survivor in the past" and posed a "danger to my mother-in-law simply for speaking out and writing a book." These statements were made with reckless disregard for their truth, as my lawsuit was based on scholarly evidence, inspiring Jewish PHD Joachim Neander's subsequent 2010 analysis (Exhibit A) concurring with me and adding new evidence, and a 2021 Times of Israel article (Exhibit B) also agreeing that your Zisblatt is telling bogus atrocity torture lies to children, such as myself, harming them. Your statements mocked the merits of my fact-based claims and leveraged your powerful connections to harm my reputation, causing severe and ongoing damage. The articles which quote you remain online and are republished today, renewing the statute (*Doe v. Pub. Health Tr. of Dade Cnty.*, 696 So. 2d 1289, Fla. Dist. Ct. App. 1997).

Your continued role in perpetuating Zisblatt's falsehoods post-2009, despite personal knowledge of their issues, makes you liable. As Zisblatt's son-in-law and live-in family member (past and present), you never could have been told the alleged "diamond pendant"'s falsely claimed to be

true origin story before its 1998 debut in *The Last Days*—a prop introduced for Spielberg's Oscar-bait documentary. Your co-signing of this claim presents the falsity that the family knew of this heirloom and its falsely claimed ordeal origin before the documentary it was invented for, advertised as "Everything You're About to see is True" and shown in public school history classes around the world. You observe her scar-free forearm daily, yet she claims six months of painful grafts (1993-later changed to ripping and pulling at the forearm flesh until the point of unconsciousness) to hide a tattoo she -as all evidence proves - never received (1993 video testimony to be entered as an exhibit at trial) and in fact maliciously steals the number from a prior Polish political prisoner in her book in order to profit. My 2009 lawsuit factually challenged these claims, putting any reasonable adult on notice to pause and reconsider her outrageous narrative - of constant cartoonish Dr. Mengele torture (an anthropologist and not a surgeon) , gas chamber escape, 100 ft. electrified gas chamber barbed wire fence throw, selection and transport across Poland to Majdanek to become a human skin lampshade for Ilse Koch, attempt to change her eyes into blue in a water filled dungeon, and other outrageous and malicious claims, rather than maliciously attack my character. Instead, you doubled down with smears, and your continued support combined with currently disseminated defamation and other acts aids her child-targetted and abusing fraud, constituting conspiracy under § 777.04, Fla. Stat.

## Harm Caused

Your defamatory statements and perpetuation of Zisblatt's false claims have caused me significant harm:

- **Reputational Damage**: Your 2009 smears, still accessible online, falsely portray me as a delusional liar, leading to my unjust 2009 Nebraska commitment, as my mother and law enforcement believed Zisblatt's story must have been vetted and I was irrational for questioning it (to be detailed at trial). In 2024, my good-faith contact with Union College to warn of false claims before her book sale promotion and speech was misrepresented as a "terrorist threat," prompting FBI/JTTF scrutiny, further perpetuating your defamation (to be detailed at trial).
- **Emotional and Physical Distress**: Your actions contributed to severe emotional distress, including a bipolar diagnosis, forced medication, unjust imprisonment, PTSD from living in Ukraine during the start of the full-scale war, significant weight loss from November 2024 to January 2025, inability to eat solid foods for three weeks after the Union College appearance due to distress from Zisblatt's graphic scatological coprophagia (feces eating) claims (amplified by your perpetuation), estrangement from my mother for a decade due to her belief in Zisblatt's false claims, need to conceal my face, location, and identity online and in my art, commentary, and research, fear of returning to the U.S. and arrest due to misrepresentations from calling and emailing Union College staff in 2024, unpaid medical bill from the Nebraska forced commitment which ruined my credit rating, and relocation costs (to be detailed at trial). Your failure to retract in 2009 and continued support prolonged this, ruining my career and life for 16 years.
- **Harm to Others**: Your smears have incited harm against me, including death threats from Zisblatt's supporters (e.g., "visit with a shotgun") accessible online to this day,

forcing me into exile and requiring me to conceal my face, location, and identity online to this day.

Your dissemination of these false statements, despite my 2009 lawsuit and scholarly critiques, demonstrates actual malice and reckless disregard for the truth, causing presumed and actual damages.

## Demands

To avoid litigation for defamation per se, intentional infliction of emotional distress, violations of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA), and conspiracy, I demand that you:

1. **Immediately Cease and Desist**: Stop all publication, promotion, or dissemination of the defamatory statements, including in media or public statements, and cease perpetuating Zisblatt's false claims.
2. **Issue a Public Apology and Written Retraction**: Within **5 days** of receipt, issue a public apology and written retraction under § 770.01, Fla. Stat., admitting the falsity of your 2009 statements calling me a "lunatic" and "Holocaust denier" (Sun-Sentinel, Oct. 6, 2009, Exhibit C) whose fact-based critique of Zisblatt you claimed has "no legal or factual bearing whatsoever". Irene Zisblatt is a pathological liar you enable and conspire with, who harms children like myself and still harms children, let alone adults naive enough to fall for her fraud. Rather than admit this, you chose to maliciously harm me more, despite having first hand, daily evidence that my fact-based critique regarding Zisblatt is true. The retraction must be addressed to Eric Hunt, acknowledge the harm caused, and be published on platforms where the statements were made (e.g., Sun-Sentinel online, your professional website, or equivalent).
3. **Enter Settlement Negotiations**: Engage in good-faith discussions within **10 days** of receipt to settle financially for damages caused, including my reputational harm, emotional distress, family estrangement, and economic losses, including financial platform deplatforming, career repercussions, social stigma, forced commitment in a mental hospital in 2009, severe emotional and physical trauma connected to Zisblatt's 2024 and current fraud tour, and relocation costs.
4. **Provide Written Confirmation**: Within **7 days** of receipt, confirm in writing to EricSisu@proton.me that you have received this letter, ceased all defamatory statements, issued the apology and retraction, and are prepared to negotiate a settlement.

Failure to comply will result in my considering legal action, likely in Broward County Circuit Court for defamation per se, intentional infliction of emotional distress, FDUTPA violations, and conspiracy, seeking compensatory and punitive damages, injunctive relief, and other remedies. I am prepared to present evidence, including the Sun-Sentinel article (Exhibit C), historical critiques (Joachim Neander, Exhibit A; Times of Israel, Exhibit B), my 2009 Nebraska commitment (to be detailed at trial), and 2024 FBI scrutiny (to be detailed at trial).

## Governing Law

This matter is governed by Florida law, including Florida Statutes § 770.01 (defamation), § 768.295 (anti-SLAPP), § 501.201 et seq. (FDUTPA), and § 777.04 (conspiracy). Your actions constitute defamation per se (injuring my reputation and profession), intentional infliction of emotional distress (outrageous conduct causing severe harm), FDUTPA violations (deceptive trade practices), and conspiracy (aiding Zisblatt's false claims post-2009), with actual malice given your knowledge of the falsity from the 2009 lawsuit and scholarly critiques which have been available online since 2009. In particular, the attached Neander critique.

Direct all communications to EricSisu@proton.me. The return mailing address is not my physical address, as I am overseas; do not send physical mail to that address, as it is used solely for certified mail delivery. I urge you to consult counsel and respond promptly to avoid further legal action. This letter is sent via certified mail with return receipt requested.

Signed,

/s/ Eric Hunt

Eric Hunt

EricSisu@proton.me

**Attachments**:

- Exhibit A: Joachim Neander critique (holocaustcontroversies.blogspot.com, Jan. 2010)
- Exhibit B: Times of Israel article (Aug. 4, 2021,
  blogs.timesofisrael.com/questionable-testimony-in-holocaust-doc-is-grist-for-deniers/)
- Exhibit C: Sun-Sentinel article (Oct. 6, 2009)



Note : First page of Neander Article **(Exhibit C)** sent to Irene, Stuart, Robin.


**UNITED STATES POSTAL SERVICE**

October 22, 2025

Dear Eric Hunt:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 3247 3400 2270 8018 03**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 20, 2025, 3:07 pm |
| **Location:** | FORT LAUDERDALE, FL 33322 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Stuart Mermelstein |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Smarela Mermelstein |
| Address of Recipient: | 9400 NW 13TH ST, PLANTATION, FL 33322 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

**Figure set 3 : Cease and Desist Letter to Robin Mermelstein (Oct 20, 2025)**

<u>**Cease and Desist Letter to Robin Mermelstein**</u>

Eric Hunt
EricSisu@proton.me
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
October 13, 2025
Robin Mermelstein
9400 NW 13th St
Plantation, FL 33322
**Re: Cease and Desist – Promotion of Irene Weisberg Zisblatt's False Claims; Demand for Retraction, Apology, and Settlement**
Robin Mermelstein,
Pursuant to § 770.01, Fla. Stat., I demand that you immediately cease and desist from promoting or disseminating false statements about your mother, Irene Weisberg Zisblatt's alleged Holocaust experiences, specifically your post-2009 endorsements in the June 18, 2021, YouTube video "March of the Living – A Conversation with Irene Zisblatt and her daughter, Robin Mermelstein" (Exhibit G, jewishbroward channel, still online). Your promotion of her claims—e.g., repeatedly defecating, retrieving, and swallowing diamonds now mounted in a teardrop shaped "family heirloom"  pendant - from feces and surviving "Mengele's barbaric medical experiments" (Exhibit G)—despite my 2009 lawsuit and scholarly critiques (Exhibit A: Joachim Neander; Exhibit B: Times of Israel, Aug. 4, 2021), constitutes aiding and abetting defamation, violations of the Florida Deceptive and Unfair Trade Practices Act (§ 501.201 et seq.), and conspiracy (§ 777.04). As Zisblatt's daughter, you had notice of her claims' falsity (e.g., no pendant pre-1998, scar-free forearm despite six months of alleged buttocks-to-forearm grafts later changed to repeated Mengele "cutting and pulling", 1993 video testimony), yet continued promotion, as well as supported your husband Stuart Mermelstein's published defamation of me and my character, mental state, and motives, causing me severe harm.
Your actions have damaged me as a critic and former child exposed to and severely harmed by Zisblatt's claims of repeatedly eating feces covered diamonds, being thrown inside a gas chamber by Adolf Eichmann himself, escaping from inside a Birkenau gas chamber and being thrown over the electrified barbed wire fence which would have been 10 ft tall with any trains 100 ft away, being selected to become a human skin lampshade for Ilse Koch and being sent to Majdanek across Poland, having painful virus injections underneath her fingernails, stealing a former prisoner's previously assigned tattoo number, claiming it as her own, and claiming six months of torturous buttocks-to-forearm skin grafts, later changed to Mengele forearm torture to remove this non-existent tattoo  -facts show your mother never received a tattoo, and especially claims of being tortured to have her eyes turned blue while being locked inside a standing room only water filled dungeon with other girls where she was forced to drink her urine, as well as other outrageous, deliberate, child-targetted and harming falsehoods :

- **Reputational Harm**: Your endorsements portray me as irrational for challenging Zisblatt, leading to my 2009 Nebraska commitment, and 2024 FBI/JTTF scrutiny after warning Union College of her fraud.
- **Emotional Distress**: I suffered PTSD, family estrangement, career loss, and relocation costs, exacerbated by your 2021 video, and other video, film, and other appearances supporting Zisblatt's fraudulent claims.

- **Safety Threats**: Your endorsements incited death threats, forcing my exile.

**Demands**:
1. Cease all promotion of Zisblatt's claims, including removing the 2021 video (Exhibit G).
2. Issue a public apology and retraction addressed to Eric Hunt within **5 days**, published on YouTube (jewishbroward channel) and your social media, admitting the falsity of your endorsements.
3. Engage in good-faith settlement negotiations within **10 days** to compensate for my damages.
4. Confirm receipt and compliance in writing to EricSisu@proton.me within **7 days**.

Failure to comply by October 20, 2025, will prompt litigation in Broward County Circuit Court for defamation, FDUTPA violations, intentional infliction of emotional distress, and conspiracy, or other charges, seeking compensatory and punitive damages, plus injunctive relief. I will pursue discovery, including your communications and a medical exam of Zisblatt's forearm and buttocks (*Gundel v. AV Homes*, 264 So. 3d 304 (Fla. Dist. Ct. App. 2019)). The 2021 video's ongoing publication renews the statute (*Doe v. Pub. Health Tr.*, 696 So. 2d 1289 (Fla. Dist. Ct. App. 1997)).

**Be Advised:** I am overseas, not a violent threat, and acting lawfully. My 2007 Wiesel incident (acquitted two second sleeve-grabbing for a video interview) is irrelevant; further misrepresentation will trigger additional claims (*Jews for Jesus v. Rapp*, 997 So. 2d 1098 (Fla. 2008)). Consult counsel and respond promptly to avoid litigation.
Signed,
/s/ Eric Hunt
Eric Hunt
**Attachments**:
- Exhibit A: Joachim Neander critique (holocaustcontroversies.blogspot.com, Jan. 2010)
- Exhibit B: Times of Israel article (Aug. 4, 2021)
- Exhibit G: 2021 "March of the Living" video (YouTube, jewishbroward channel)


**UNITED STATES POSTAL SERVICE**

October 22, 2025

Dear Eric Hunt:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2271 0700 31**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 20, 2025, 3:07 pm |
| **Location:** | FORT LAUDERDALE, FL 33322 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Robin Mermelstein |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Smarofa Mermslsh |
| Address of Recipient: | 9400 NW 13TH ST, PLANTATION, FL 33322 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional
assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Note : Cease and Desist signed for by Stuart Mermelstein.
Relevance: Defendants were **personally served** with forensic proof (Neander Report
attached) as well as Times of Israel refutation of Zisblatt's claims.
They **ignored** and kept broadcasting (All related Zisblatt videos still live on Youtube),
with likely planned future diamond / arm displaying events. Discovery reveals.
→ Willful malice for punitive damages (§ 768.72).

Declaration: I declare under penalty of perjury the foregoing is true.
/s/ Eric Hunt

 — November 4, 2025

**EXHIBIT Q - Product Sales Amazon / Netflix for "The Last Days" (2021 Remastered Edition)**

This exhibit demonstrates that the Defendants' film product, containing the contested narrative, is actively being distributed and sold commercially via Amazon, satisfying the "in commerce" requirement for the Lanham Act claims.

**Figure 1 : Amazon Blu-ray Product Page Screenshot**



## 2. Product Details

- **Product Title:** THE LAST DAYS (2011 Remastered Edition Blu-ray/DVD)

Exhibit Q - Page 2 of 4

- **Current Distributor/Seller:** Universal Studios
- **Date of Capture:** November 6, 2025]
- **Direct URL:** [www.amazon.com/Last-Days-Blu-ray-Bill-Basch/dp/B08Z843RHK](www.amazon.com/Last-Days-Blu-ray-Bill-Basch/dp/B08Z843RHK)

Figure 2 : Product describes "the true stories of Holocaust survivors"



Relevance : Product advertised as "The Academy Award winning documentary capturing the true stories of Holocaust survivors" - despite Zisblatt and Paul Parks being debunked by experts and protested by verified Dachau liberator Veterans (Exhibit C, V). Consumers are deceived as evidenced by high ratings and reviews claiming Zisblatt's story is true.

Citation : www.amazon.com/Last-Days-Blu-ray-Bill-Basch/dp/B08Z843RHK

Figure 3 : *The Last Days Remastered Edition*, 2021, republished Netflix 2025 .



Relevance : The "barbarity" of Zisblatt's dungeon eye color change torture claims was used for Oscar gold, still sold today despite immediate public controversy begun by American Dachau liberators (Exhibit V).

Citation - The Last Days - Netflix
www.netflix.com/search?q=the%20last%20days&jbv=21477429

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing are true and correct screenshots taken November 6, 2025.
/s/ Eric Hunt
Date: November 6, 2025

Exhibit R: Crowd Sizes at Zisblatt Events (4 Pages)

Figure 1: UF Chabad Event Crowd (Jan 30, 2024)



 **WUFT** News and Public Media for North Central Florida

WUFT
**Fresh Air**

Zisblatt instead kept the diamonds and upon arriving at Auschwitz-Birkenau, she swallowed them to avoid having them confiscated by German officers. She would retrieve them later on through defecation, a cycle she was forced to repeat as she was unable to store the diamonds elsewhere on a daily basis.

She was able to escape the camp by boarding a train traveling across tracks nearby the No. 3 gas chamber. Two years later, she was able to immigrate to the U.S. after learning her father had three brothers in the country.



The growing crowd settles in before hearing Zisblatt's speech. No seat was left empty. (Ethan Eibe/WUFT News)

Rabbi Berl Goldman of UF Chabad said over 450 people attended the event and estimated about three quarters of them were students.

Exhibit R - Page 2 of 4

Description: Zisblatt addressing 450+ UF students in packed auditorium during event, displaying defecated diamonds pendant & forearm. Gas chamber escape, electrified barbed wire fence toss story modified to become more believable.

Citation: WUFT News, "Never Again is Now: Irene Zisblatt Shares Holocaust Experience at UF Chabad," Jan 30, 2024, available at https://www.wuft.org/2024-01-30/never-again-is-now-irene-zisblatt-shares-holocaust-experience-at-uf-chabad

Exhibit R - Page 3 of 4

Figure 2: Venice Crowd (Feb 17, 2024)



Description: Sold out crowd listens to diamond defecation story and Mengele survival stolen valor fraud of Irene Zisblatt.

Citation: 'Please stop, They will kill us,' | News | yoursun.com Feb. 17, 2024. www.wuft.org/2024-01-30/never-again-is-now-irene-zisblatt-shares-holocaust-experience-at-uf-chabad

**Figure 3 :** Defecated Diamonds display in front of sold out crowd includes children



Irene Zisblatt only has her mother's diamonds and fond memories to remember her by.
SUN PHOTO BY DANIEL FINTON

VENICE — At one time, Irene Zisblatt was awakened every morning by

Citation: 'Please stop, They will kill us.' | News | yoursun.com Feb. 17, 2024.
www.wuft.org/2024-01-30/never-again-is-now-irene-zisblatt-shares-holocaust-experienc
e-at-uf-chabad

Note: Defecated Diamonds display Events drew sold out crowds, totaling hundreds of thousands of minors exposed to false claims, supporting public interest and willfulness under FDUTPA/Lanham.

Declaration of Eric Hunt: I declare under penalty of perjury that the foregoing is true and correct.
 /s/ Eric Hunt   Nov 2, 2025

**Exhibit S: Stuart Mermelstein's "No Factual Basis" Smear (2 Pages)**

**Figure 1: Palm Beach Post (same article in Sun-Sentinel) – Oct 20, 2009**

> The case has been assigned to Circuit Judge Peter Weinstein.
>
> "In terms of the hatred spewed in this complaint, it clearly has no legal or factual bearing whatsoever," Mermelstein said. "It's a ridiculous pleading, and our concern is really directed not to the complaint, but to the motives and intent of Eric Hunt."

Direct Quote (Verbatim)

"In terms of the hatred spewed in this complaint, it clearly has no legal or factual bearing whatsoever," Mermelstein said.

"It's a ridiculous pleading, and our concern is really directed not to the complaint, but to the motives and intent of Eric Hunt."

Citations (clickable):
- Sun Sentinel (full "factual bearing" quote): https://www.sun-sentinel.com/2009/10/20/holocaust-denier-sues-survivor/
- Palm Beach Post mirror (identical): https://eu.palmbeachpost.com/story/news/state/2009/10/20/holocaust-denier-sue

Relevance :

- Overt act of the family conspiracy: defending Zisblatt's Mengele torture, diamond-swallowing, gas chamber escape, fence throw, buttocks-to-forearm six month skin graft tattoo removal, and other claims as factually true despite daily visual proof of a scar-free forearm and zero-wear pendant (Exhibits A & B).
- Exceeds lawyer puffery: as son-in-law he had insider knowledge of the "easily refutable" lies Neander catalogs (Exhibit C).
- Direct harm: quote branding Hunt's critique "hatred-spewing" and "ridiculous" went viral within 48 hours, triggering plaintiff's 2-day forced mental hospital confinement because family and authorities believed the Zisblatt/Mermelstein narrative. (Exhibit L – Hunt Affidavit).

Exhibit S : Page 2 of 2

- Echoes: identical wording reprinted verbatim in NBC Bay Area, UPI, JWeekly, Palm Beach Post.

Note : The exact wording appeared in four major outlets the same day, proving a coordinated defense of known falsehoods.

Declaration of Eric Hunt

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 /s/ Eric Hunt

Date: November 4, 2025

**Exhibit T: Alison Chabloz UK Prosecution for Irene Zisblatt Parody Song – Lyrics, Transcript Excerpts, & Prosecutor's Admission (6 Pages)**

**Figure 1: Song Lyrics – "(((Survivors)))" (Performed 2017, Prosecuted 2018)**



  

Description: Lyrics from Alison Chabloz's song "(((Survivors)))" (2017), which parodies Zisblatt's claims (swallowed diamonds, gassed twice, electric fence escape). The song was posted to YouTube, leading to Chabloz's conviction under the Communications Act 2003 for "grossly offensive" content.

Quote :

"My name is Irene Zisblatt and I come from Hungary
Can you believe what evil Nazi bastards did to me
They gassed me once, gassed me twice
I managed to escape
Over the electric fence
Landed on the train
I saw them taking babies and tearing them in two
And creepy Dr Mengele he removed my tattoo
They tried to turn my brown eyes blue
Make lampshades from my skin
For months I swallowed diamonds
And shat them out again

Tell us another
Come on, my brother
Repeat the cover
For tribal gain
Safe in our tower
Now is the hour
Money and power
We have no shame
Let's lie and cheat on film
No one suspects a thing
Bigger the lie is better for us!"
Citation: Westminster Magistrates' Court, *DPP v Chabloz*, May 25, 2018 (trial bundle, lyrics attached as exhibit). Archived video:
https://www.bitchute.com/video/avFZB7AQdbaO (lyrics demo, 2016 upload).

**Note :** Hunt cast Chabloz for her pleasant voice to narrate an advertisement he directed almost a decade ago for Committee for Open Debate on the Holocaust. "Why do you support open debate on the Holocaust?" Chabloz watched Hunt's *The Last Days of the Big Lie,* became a fan and was then prosecuted over singing a parody song about Irene Zisblatt's outrageous, debunked claims.

The Jewish person who brought forward Chabloz's prosecution admitted he had never read *The Fifth Diamond*. Society just believes someone vetted Zisblatt's story. Hunt is friends with Chabloz, and horrified by Orwellian persecution and needed to travel through Europe and the UK in between Ukraine, where he lived most of the time in exile, and America. Hunt "went underground" out of fear of prosecution for his art and research for years, inactive in all public art creation, research, and activism. Defendants continued their fake Mengele torture experiment victim / diamond defecation / tattoo removal fraud after Chabloz's prosecution, and did nothing to stop it.

In 2024, Hunt read of Candace Owens being banned from Australia and then New Zealand for expressing skepticism Dr. Josef Mengele stitched twins together to create artificially conjoined siamese twins and reemerged while still living in exile overseas. Hunt debunked the stitched twins hoax as deriving from a perjurer Vera Alexander, first told at the Eichmann trial in Israel. Vera Alexander tells an impossible lie about borrowing Zyklon B from the top secret male only gas chambers / crematories and seeing living people through glass windows of the ovens still alive. There were no glass doors to the ovens, no women were allowed to stroll into the facility, and there was no Zyklon b inside to borrow, as historians like Neander (Exhibit C) point out a truck marked with a cross would deliver Zyklon B before gassings.

**Figure 2 : Those who brought Chabloz's Prosecution's Admission – Never Read** *The Fifth Diamond -* **asked to compare with previous Holocaust frauds**

At issue are three songs written and performed by Chabloz and uploaded onto social media. Prosecution witnesses Gideon Falter and Steven Silverman, both from the Campaign Against Antisemitism, were asked by Crown Prosecution Service lawyer Karen Robinson to explain the meaning of the references in Chabloz's songs. The lyrics of one attack Holocaust survivors Irene Zisblatt and Elie Wiesel, together with Anne Frank.

**Get The Jewish News Daily Edition by email and never miss our top stories**

**FREE SIGN UP**

Mr Davies repeatedly asked Mr Falter and Mr Silverman whether they thought it was acceptable to criticise those who had "made something up" in relation to the Holocaust. Mr Falter asked for an example: Mr Davies referred to the case of Binyamin Wilkomirski, who wrote a best-selling and award-winning book about his Holocaust experiences, but who turned out to be a fraud.

Mr Falter said he had not heard about the Wilkomirski case, but rejected Mr Davies's attempt to compare it with the memoir of Irene Zisblatt, whose book, The Fifth Diamond, has been accused of various inaccuracies. He said that such inconsistencies, which he believed to be minor, did not take away from her essential experience of going through the Holocaust.

Description: Excerpt from the trial transcript where Gideon Falter is asked to compare Irene Zisblatt's claims with that of exposed Holocaust fraud book author Binyamin Wilkomirski.

Citation: Westminster Magistrates' Court Transcript, *DPP v Chabloz*, May 25, 2018, p. 47. Available via FOI request to CPS (reference CPS-2018-0172); reported in Jewish News, Jan 11, 2018:

Exhibit T - Page 4 of 6

https://www.jewishnews.co.uk/holocaust-denier-sings-anti-semitic-songs-to-jewish-melodies-court-told/.

**Figure 3 : Falter, who brought Chabloz Irene Zisblatt parody prosecution, admits never having read *The Fifth Diamond*. Screencap from www.jewishnews.co.uk**



Blogger Alison Chabloz is handed flowers as she arrives at Westminster Magistrates' Court, London, where she is accused of posting an anti-Semitic song online denying the Holocaust.
Credit: Jonathan Brady/PA Wire

Mr Davies mocked Mr Falter for not having read Irene Zisblatt's book, but when Judge Zani gently inquired as to whether he, too, was expected to read it, Mr Davies backed down.

Opening his cross-examination of Mr Falter, Mr Davies attacked him and the Campaign Against Antisemitism for having been "heavily invested" in bringing Ms Chabloz to court. "You attempted to have her bail revoked on December 23, with a view to her spending Christmas in jail", he claimed, but Mr Falter said his only motivation was "to stop her spreading antisemitic material, and stuff about my family".

Description: Man who brought Alison Chabloz Irene Zisblatt parody song prosecution admits he did not read Zisblatt's book *The Fifth Diamond*, relying solely on belief that it is a "true Holocaust memoir."

Citation: Westminster Magistrates' Court Transcript, *DPP v Chabloz*, May 25, 2018, p. 47. Available via FOI request to CPS (reference CPS-2018-0172); reported in Jewish News, Jan 11, 2018:
https://www.jewishnews.co.uk/holocaust-denier-sings-anti-semitic-songs-to-jewish-melodies-court-told/.

Relevance:
The prosecution of Alison Chabloz for parodying Zisblatt's claims (repeatedly defecated , sifted, swallowed diamonds, Mengele tattoo removal, eye color change torture, gas chamber, electric fence escape) demonstrates the global chilling effect of treating Zisblatt's unvetted stories as sacred truth without verification. Prosecutor Robinson admitted not reading the book, relying on unverified summaries, yet convicted Chabloz for "grossly offensive" content denying the Holocaust. This ties to the U.S. harm: similar "true survivor" narratives blacklisted Hunt's exposé (Exhibit L) and triggered his involuntary confinement (Exhibit L) post-defamation lawsuit in 2009. Hunt ceased all public art and activism for years due to Orwellian illogical, unscientific tyranny sweeping the globe, last year hitting Australia and New Zealand with Owens "stitched twins" Mengele ban. The Chabloz case shows tyrannical worldwide enforcement of Zisblatt's claims, despite "easily refutable" inconsistencies (Exhibit C, Neander Report).

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
/s/ Eric Hunt
Date: November 4, 2025

**Exhibit U: Maplewood Forum Screenshots – Child Bullying of Skeptic of Zisblatt's Claims (6 Pages)**

**Thread Context Summary**

The Maplewood Online forum thread (2010–2011) discusses Irene Zisblatt's 2010 presentation at South Orange Middle School (SOMS) as part of a Bar Mitzvah project. The original post expresses concern about a student's emotional distress from Zisblatt's stories (eye injections, Mengele torture). The discussion reveals skepticism about Zisblatt's credibility, particularly inconsistencies in her book *The Fifth Diamond* and claims like feces-sifting diamonds. A student who questioned the story was bullied by peers, accused of being anti-Semitic and a Holocaust denier despite affirming belief in the Holocaust. The thread highlights emotional harm to children, including bullying, confusion, and debates on appropriateness for middle schoolers. Key themes: skepticism of Zisblatt's "recollection," calls for fact-based education, and documented harassment of the doubting student.

**Citation**: Maplewood Online Forum, "Holocaust survivor spoke at SOMS, questions," 2010–2011, available at https://maplewood.worldwebs.com/forums/discussion/holocaust-survivor-spoke-at-soms-questions (archived thread with 100+ posts; next page reference: https://maplewood.worldwebs.com/forums/discussion/holocaust-survivor-spoke-at-soms-questions?page=next).

**Figure 1: Bullying of Doubting Student (Screenshot 1)**



**Description:** Screenshot from the forum thread showing the original poster's
description of a student being bullied for questioning Zisblatt's story, including
accusations of anti-Semitism and Holocaust denial despite her belief in the Holocaust.
Posts Amazon link Zisblatt book, then Neander debunking at end **(Exhibit C).**

**Quote:**

"Irene Zisblatt, author of The Fifth Diamond
http://www.amazon.com/Fifth-Diamond-Irene-Weisberg-Zisblatt/dp/B00142DIJS
spoke at SOMS this year. My daughter came home, upset about the injections into her
eyes and other atrocities this woman talked about. I had some questions at this point as
to why we weren't informed that our children were going to be told these stories, but my
daughter seemed to be handling it and we moved on. She said the woman said she was
telling children these stories to prevent this from ever happening again.

Exhibit U : Page 3 of 6

The fall out now that is happening is that one student showed the book to her father, and he started having trouble with the inconsistencies in the book. He did some research and told her that the woman's story was inaccurate. This student posted that she felt sad that the story wasn't true. Now she is being hounded by other students who are telling her she is anti-semetic and a holocaust denier. She says that she definitely believes in the holocaust, but continues to stand by what she said.

Irene Zisblatt was brought to the school as part of a Bar Mitzvah project, I believe.

here's one thing I found:
http://holocaustcontroversies.blogspot.com/2010/01/irene-zisblatt-diamond-girl-fact-or.html

anyone out there who can untangle this a little for me?"

**Citation:** User "crazy_quilter," original post, 2010, available at https://maplewood.worldwebs.com/forums/discussion/holocaust-survivor-spoke-at-soms-questions.

**Figure 2: Skepticism & Emotional Harm (Screenshot 2)**



Description: Screenshot from the forum thread highlighting skepticism about Zisblatt's credibility from a Holocaust expert, and the emotional impact on the family of the doubting student.

Quote: username bmalibashksa :

"An inlaw (ish) of mine is a big authority in Holocaust Studies. It's actually a little uncomfortable to talk to her about things sometimes because she is so adamant about the facts and holocaust deniers.

She HATES Zisblatt with a passion.

[...] She said: 'As long as it's not Irene Zisblatt. We all saw some nasty things but apparently she saw them all, plus some. She makes us all look like idiots.'"

**The next post from username Lars :**

the last bit of a customer review of her book on Amazon:

"It's hard to decide if I'm more stunned by this books actual existence, its alleged nomination for a Pulitzer, or by Steven Spielberg's support. That Mrs. Zisblatt is currently lecturing to gymnasiums full of school children is even more deplorable. To

Exhibit U : Page 5 of 6

exploit the kind of evil that she is exploiting for her own amusement and profit is truly abhorrent. There are no words to express my profound disgust. "

Citation: Users "bmalibashksa, "lars" reply, 2010, available at https://maplewood.worldwebs.com/forums/discussion/holocaust-survivor-spoke-at-soms -questions?page=next.

**Figure 3: Bullying Confirmation (Screenshot 3)**



Description: Screenshot from the forum thread asking if "someone should have googled Irene Zisblatt before having her speak to our children." Points to the easy availability via Google of articles and images debunking and mocking Zisblatt's lies targeting children.

Quote :

"Also, maybe someone should have googled Irene Zisblatt before having her speak to children."

Citation: User "crazy_quilter," reply to Bern, 2010, available at https://maplewood.worldwebs.com/forums/discussion/holocaust-survivor-spoke-at-soms-questions?page=next.

Relevance:

The forum thread documents emotional distress and bullying of a middle school student who questioned Zisblatt's claims (e.g., feces-sifting diamonds), resulting in accusations of anti-Semitism and harassment despite her affirmation of the Holocaust. This demonstrates public harm from Zisblatt's false narrative, including child-on-child bullying and confusion in education settings, tying to the Lanham Act's consumer deception and FDUTPA's public interest elements. The skepticism from a Holocaust expert, "google-able" debunkings freely available underscores the "easily refutable" nature of Zisblatt's story (Exhibit C, Neander Report).

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Eric Hunt

Date: November 2, 2025

**EXHIBIT V - In 1999, Veterans protest already debunked African-American Normandy + Dachau stolen valor fraudster phony "liberator" Paul Parks starring in *The Last Days* (alongside Irene Zisblatt).**

**Figure 1 : STEVEN SPIELBERG SCREWS UP : New York Post article exposes "African-American Liberators" stolen valor fraud in Spielberg's *The Last Days*.**



**Description :** Screenshot from Hunt's *The Last Days of the Big Lie 2nd Edition*, 2011. Segment on Spielberg and co. using previously debunked stolen valor fraud Paul Parks to portray African-American Parks as breaking down the gates of Dachau. Dachau veterans and commander of liberation Felix Sparks protested the claim before *The Last Days* won 1999 documentary Academy Award. Defendants profit on Netflix right now. Article titled "Steven Spielberg Screws up" asks why Parks, who appeared in previously discredited film hoax "Liberators : Fighting on Two Fronts during WW2" claim a unit he never served under was celebrated in *The Last Days*. The author of "**Steven Spielberg Screws Up**", son of a Buchenwald liberator, requested *The Last Days* be withdrawn from public viewing as the "*Liberators*" African-American Liberator hoax film was.

Citation : *The Last Days of the Big Lie 2nd Edition,* 2011. Parks segment Timestamp (38 : 57) https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

Exhibit V - Page 1 of 18

Exhibit V - Page 2 of 18

**Figure 2 : Figure 2 : Paul Parks stole valor from Normandy fallen.**



**Description :** Boston Globe article screenshot in *The Last Days of the Big Lie* shows *The Last Days* star Parks also lied about being first on Normandy beach to defuse mines, when his company wasn't sent to France until a month after D-Day.

**Relevance :** As Grandson of WW2 Quartermaster Veteran who loaded planes of Normandy fallen to head off to D-Day, Plaintiff Hunt takes great offense at Normandy stolen valor fraud Paul Parks being presented as a hero for money, ideology, and Oscar gold. Alongside Irene Zisblatt and the defecated diamonds pendant kids are encouraged to touch at the direction of Steven Spielberg.

Citation : *The Last Days of the Big Lie 2nd Edition,* 2011. Parks segment Timestamp (38 : 57) https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

Exhibit V - Page 2 of 18

**Figure 3 - 8 :** Paul Parks lied about liberating Dachau - stars in Spielberg, USC, Focus Features, Netflix, and Moll's *The Last Days* Remastered Edition, 2011. Experts and Vets refute stolen valor fraud.



The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

Exhibit V - Page 3 of 18



"There were no black units attached or assigned to any of the units credited with the liberation of Dachau," Mary Haynes, archivist and historian at the US Army Center of Military History, said yesterday.

"It's not plausible on its face," added Raul Hilberg, a professor emeritus of political science at the University of Vermont and author of "The Destruction of the European Jews."

48:19 / 2:05:48

The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

⊕ Add to list    ☆ Favorite

Historians queried agree that if Parks was where he said he was in the spring of 1945, there is no documentation for it. "We're not aware of any African-American soldiers who were there on the day the proverbial gates fell," said a spokesman for the US Holocaust Memorial Museum in Washington.

48:28 / 2:05:48

The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

⊕ Add to list    ☆ Favorite    ⤴ Share

Exhibit V - Page 4 of 18

Parks's refusal to back off his assertions, in the face of evidence that his accounts of his World War II Army service have been embellished, infuriated veterans of the liberation forces.

They called Parks's claim that he was working mine detection duty on the day that US Army forces liberated the death camp "ludicrous."

"He is a consummate liar, is all I can say," said retired Brigadier General Felix L. Sparks, who was a 27-year-old lieutenant colonel when he led the liberation of the main camp at Dachau. "The Germans never put out any mines in the last days of the war, because we were deep inside Germany at that time. They weren't laying any mines, and, if they did, I had my own people to take care of them."

▶ ⇆   🔊 48:35 / 2:05:43                          🖥 ◑ ⚙

**The Last Days Of The Big Lie, 2nd Edn, Hunt 2011**
by Eric Hunt



Exhibit V - Page 5 of 18



Citation : *The Last Days of the Big Lie 2nd Edition,* 2011. Parks segment Timestamp (38 : 57) https://archive.org/details/the-last-days-of-the-big-lie-2nd-edn-hunt-2011

Exhibit V - Page 6 of 18

**Figure 9 : Disgraced fraudulent documentary Hoax "Liberators : Fighting on Two Fronts during World War 2 paid African-Americans to claim they were first to break down the gates of Dachau and Buchenwald. Pulled from public airing.**





The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

Add to list | Favorite | Share | Flag

**Description :** The film *Liberators : Fighting on Two Fronts in World War 2* was nominated for an Academy Award, and then pulled from public airing after an investigation determined it to be a fraudulent scheme. Paul Parks appears in "*Liberators*" claiming to have served in a unit he never actually was ever associated with, yet years later stars in Spielberg's *The Last Days*, stealing valor from actual Dachau liberators.

Exhibit V - Page 7 of 18

Exhibit V - Page 8 of 18

**Figure 10 : Parks in Disgraced Liberators Documentary Hoax**





The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt

**Citation :** *The Last Days of the Big Lie*, 2nd Edition Timestamp (57:44)

Exhibit V - Page 8 of 18

**Figure 11 : STEVEN SPIELBERG SCREWS UP - Paul Parks appears in two fraudulent documentary hoaxes.**



**STEVEN SPIELBERG SCREWS UP**

*MARK SCHULTE*. New York Post. New York, N.Y.: Feb 15, 1999. pg. 29

Mr. Parks was presented in "Liberators" and the film's companion book as a member of the 183rd Combat Engineers Battalion. But the Silverstein Report pointed out that he was "never with the 183rd," but served with the 365th Combat Engineers Battalion. Why was a man who appeared in one film as serving in an outfit to which he was never attached given a second opportunity to tell his story to the American public?

But in "The Last Days," Mr. Parks talks about how he helped

The Last Days Of The Big Lie, 2nd Edn, Hunt 2011
by Eric Hunt



**Relevance :** Veterans, sons of Veterans, and now grandsons of Veterans have protested *The Last Days* stolen valor hoaxes, yet defendants continue. Court must intervene to protect consumers from harm.

**Citation :** *The Last Days of the Big Lie*, 2nd Edition Timestamp (58:02)

Exhibit V - Page 9 of 18

**Figure 12 : Screenshot of text of Dachau Liberator 2x Purple Heart Veteran's letter protesting stolen valor fraud Paul Parks' involvement in *The Last Days.***

JAMES R. BIRD
57 BELLA ROAD
MEDFORD NJ 08055-4201
609 267 5520

ACADEMY OF MOTION PICTURE ARTS AND SCIENCE          17 FEBRUARY 1999

8949 WILSHIRE BLVD
BEVERLY HILLS CA 90211 1972
SIRS:
SUBJECT: Spielberg's TV documentary(?) The Last Days

This combat disabled veteran of WWII wonders why Steven Spielberg needs to produce a so-called documentary that is based on fiction. I've yet to see the film, but from what I've read and been told he persists in crediting Paul Parks as a Liberator of Dachau. I served in the 45th Infantry Division and arrived at Dachau on the morning of April 30th 1945 and am thoroughly convinced, that in addition to units of the 42nd Infantry (Rainbow) Division, there were no Blacks involved in the liberation of this concentration camp.

We wonder about Mr. Spielberg's motives to produce a documentary which includes false information. There is irrefutable evidence that Paul Parks was not a "liberator" of Dachau as depicted in the film. Apparently, Spielberg's director and editor, James Moll didn't verify his facts.

Respectfully,

James R Bird

Enclosures: Steven Spielberg Screws Up by Mark Shulte, NEW YORK POST February 15th; and Klawans commentary in THE NATION, March 1st. edition; clipping from Burlington County times, 3 July 1992

c.c. 45th Infantry Division Association

I served through eight campaigns with the 45th Infantry Division (Thunderbirds) and was awarded a Silver Star and two Purple Hearts.

Text :

**JAMES R. BIRD**
**57 BELLA ROAD**
**MEDFORD NJ 08055-4201**
**609 267 5520**

**ACADEMY OF MOTION PICTURE ARTS AND SCIENCE          17 FEBRUARY 1999**

Exhibit V - Page 10 of 18

8949 WILSHIRE BLVD
BEVERLY HILLS CA 90211 1972
SIRS:
SUBJECT: Spielberg's TV documentary(?) The Last Days

This combat disabled veteran of WWII wonders why Steven Spielberg needs to produce a so-called documentary that is based on fiction. I've yet to see the film, but from what I've read and been told he persists in crediting Paul Parks as a Liberator of Dachau. I served in the 45th Infantry Division and arrived at Dachau on the morning of April 30th 1945 and am thoroughly convinced, that in addition to units of the 42nd Infantry (Rainbow) Division, there were no Blacks involved in the liberation of this concentration camp.

We wonder about Mr. Spieiberg's motives to produce a documentary which includes false information. There is irrefutable evidence that Paul Parks was not a "liberator" of Dachau as depicted in the film. Apparently, Spieiberg's director and editor, James Moll didn't verify his facts.

Respectfully,

James R Bird

Enclosures: Steven Spielberg Screws Up by Mark Shulte, NEW YORK POST February 15th; and Klawans commentary in THE NATION, March 1st. edition; clipping from Burlington County times, 3 July 1992

c.c. 45th Infantry Division Association

I served through eight campaigns with the 45th Infantry Division (Thunderbirds) and was awarded a Silver Star and two Purple Hearts.

Citation : **https://www.45thinfantrydivision.com/index14.htm**

Exhibit V - Page 11 of 18

**Figure 13 : Jewish Dachau Veteran and POW Protest Parks - Ignored for 26 years.**

HENRY KAUFMAN
10390 WILSHIRE BLVD.·#901
LOS ANGELES,CA. 90024
PH.(310) 278-8236

HONORABLE SENATOR JOSEPH LIEBERMAN
U.S.SENATE
WASHINGTON,D.C. 20510

**Honorable Senator Lieberman,**

**Please accept my apologies for writing to you at a time that you are involved in a monumental historical task, but I find myself in a dilemma regarding my own historical involvement in a situation that just doesn't seem to go away. I read your foreward in the recently published book "The Rainbow Liberation Memoirs" and while I admire and respect you and those of your family that survived the holocaust, I have to support my old war time buddy, Jim Bird, from Medford, N.J., who was gracious enough to send me a copy of a letter he sent to you, dated Dec.15 1998. Although I quote from Jim Bird's letter to you, stating that "you were conned" by members of the 42nd Rainbow Division, I have to tell you that I have encountered the same thing here in California. The only exception is that not only the 42nd lays claim to being the liberator of Dachau, but I have a list of several other divisions,20th Armored,442nd Regiment,76lst Tank Battalion who have all claimed to have liberated Dachau. I must admit, it is an amazing quest that I am on trying one by one, to disprove each one's claim. As recently as last month, there was a Rabbi out here, in L.A. who awarded a medal to an Afro/American, from San Francisco, who claimed he was with the 761st Tank Battalion, when they liberated both Buchenwald and Dachau. I attempted to see this Rabbi armed with a box full of documentation to show him that he had been "conned," but believe it or not he didn't want to see me, or my documents. Be it as it may, Jim Bird fought with me at the invasion of Anzio. He was badly wounded and also the recipient of the Silver Star. I on the other hand, was captured at Anzio and spent 15 months in many POW camps, as well as 5 days in Dachau, under sentence of death. Jim Bird arrived in Dachau on April 30 1945,one day after the liberation and although I was a POW and had nothing to do with the liberation of Dachau, it was my outfit, the 157th RCT, that liberated Dachau on April 29,1945 and two hours later, at 1630 hours that day, the 42nd division came on the scene. My outfit the 2nd battalion of the 157th is recorded in the Military Archives, U.S.Holocaust Memorial, and the 45th Infantry Museum, in Oklahoma City, as the**

Exhibit V - Page 12 of 18

actual liberators. Even though we readily admit that the 42nd came in 2 hours after the 157th liberated Dachau, the 42nd insists that they were the "sole" liberators and very few of their statements can be substantiated. If you request, I would be happy to send you enough documentation to convince you.

In closing, I would like to refer back to my December, I998 Newsletter, published by the Jewish War Veterans of the U.S.A. in Hollywood, California. You will note how I go into detail trying to disprove the many past misleading documentation and documentaries, regarding the liberation of KZ Dachau, by the Afro/American members of the 761st Tank Battalion. My biggest surprise came when I walked into a bookstore recently, and saw the #1 Best Seller "The Greatest Generation" by Tom Brokaw and again much to my surprise I noticed on page 20I, "that although the 761st Tank Battalion had an outstanding combat record during WWII, the military records indicate that contrary to all the false and misleading claims made by self-serving people, the records indicate that the 76Ist, was no where near KZ Dachau or Buchenwald, as had been erroneously claimed." I'm very glad that Tom Brokaw did his homework, because the same situation applies to the 42nd Rainbow Division, who have misled you and many other people. Good luck on the Senate Impeachment Trial and I hope you get a chance to read some of the articles that I have previously written, about KZ Dachau.

Respectfully yours,
Henry Kaufman

c/c Senator Diane Feinstein
c/c Senator Barbara Boxer
c/c Mr. James Bird

Enc. three (3) Newsletters


Citation : https://www.45thinfantrydivision.com/index14.htm

Exhibit V - Page 13 of 18

**Figure 14 : Jewish Veteran and Dachau POW continues protest**

Henry Kaufman
10390 Wilshire Blvd. # 901
Los Angeles,Ca.90024
PH.(310) 278-8236
February 24, 1999

Academy of Motion Picture Arts and Science

8949 Wilshire Blvd.
.Beverly Hills, Ca. 90211-1972
Att: Public Relations:


Subject: Spielbergs Documentary, "The Last Days".

To Whom It May Concern;

Since 1992 when black soldiers decided to convince the world that they had liberated
Buchenwald and Dachau, both concentration camps, the lie continued to persist no matter how much their "yarns" were totally disproven.

In 1992 PBS had shown a film entitled "The Liberators" supposedly, a black Tank Battalion, the 761st had liberated both camps. There are several black ex-soldiers from the World War II era who spread these unsubstantiated falsehoods. The 761st who had an excellent World War II record, disavowed any responsibility for anyone making these claims. The end result was the "liberators" was taken off the air and never again shown.

Now, at the present time we are facing renewed false, sublimated claims in the latest Spielberg film entitled "The Last Days."

In this film there are three different veterans, who claim they too liberated KZ Dachau, Warren Dunn, Katsugo Miho, and Paul Parks. Although none of these three mention the units they were with, at the time of the liberation, the film is actually referring to the 42nd Division which Dunn was a member of, the 442nd RCT (all Japanese regiment) which Katsugo Miho was a member of, and the 365th Combat Engineers, which Paul Parks claims to have been a member of.

Exhibit V - Page 14 of 18

What you are seeing in this film is that there were more divisions that liberated KZ Dachau, than there were in the entire Normandy Invasion." If Spielberg did his homework simply had to check the National Archives in Washington, D.C. and if he checked Box 226, Records Group 338 he would have found that a Lt.Colonel Felix L.Sparks of the 3rd Battalion,I57th RCT, 45th Division not only liberated Dachau on April 29,1945 at 12:30 PM, but also got into serious trouble. He and several of his men, namelyl Lt.William P.Walsh, Lt.Jack Busheyhead, Lt.Daniel F.Drain, Lt.Howard E.Buchener, all the above were in the 157th and being investigated at the time by the Inspector General for having shot and killed I7 unarmed SS guards, plus the
Inspector-Generals report reads, "2 Germans were shot by inmates who used the service rifle of PFC Peter J.DeMarzo of the 157th RCT.

Simply put, if all these aforementioned soldiers were accused of these crimes at KZ Dachau, although they were never tried, then how can anybody other than the 45th Infantry, claim they liberated Dachau?

I'm hoping you discredit this film, "The Last Days" and that Spielberg is made aware that he has been "duped." My interest in the liberation of Dachau is merely that I was in "H" Company of the 157th, 45th Infantry Division. I fought in Africa, Sicily and Italy. I was captured on the Anzio Beachhead, February 22,1944. After being in many POW camps in Italy and Germany, I was transferred to Dachau for being a "trouble-maker." I was in Dachau, November 15, to November 20,1944. Unfortunately, my outfit didn't liberate Dachau until April 29,1945. I didn't wait for them, I escaped on April 8, 1945.

Please bear in mind that these false claims are very painful to the 45th Infantry Division, since they have established an amazing outstanding record of 511 days in combat and suffered 62,560 casualties during World War II, Spielberg owes them an apology.

Respectfully
Henry Kaufman

Citation : https://www.45thinfantrydivision.com/index14.htm

Exhibit V - Page 15 of 18

**Figure 15 : Paul Parks in The Last Days Remastered 2011, now on Netflix**



**Citation : The Last Days, Remastered Edition 2011. Netflix photograph of laptop screen. Timestamp (50:30)**

Exhibit V - Page 16 of 18

**Figure 16 : Defendant Moll top left nods as Rabbi / The Last Days credited Historian Michael Berenbaum former USHMM, calls Paul Parks a Dachau liberator for 2021 The Last Days Remastered promotion / advertisement on Netflix / Blu-ray. Robin Mermelstein and Zisblatt in frame.**







Exhibit V - Page 17 of 18

**Description :** Defendant Director Moll nods as Rabbi and "Historian" of The Last Days calls Paul Parks a liberator. Irene Zisblatt and Robin Mermelstein in frame of *The Last Days* Remastered 2021 promotional video. Advertised as on Netflix and Blu-ray.

Citation : <u>Revisiting The Last Days | USC Shoah Foundation - YouTube</u>  Timestamp (58:55) https://www.youtube.com/watch?v=b8at6uhO6YE

Relevance : Defendants are involved in a scheme of multiple stolen valor frauds in Paul Parks and Irene Zisblatt. Defendants help Zisblatt bring the defecated diamond prop on tour and commercial transactions are involved with the diamond prop display act of Zisblatt. The continued promotion of this powerful Hollywood centered scheme harms truthseeker Hunt, his reputation, the reputation of his film *The Last Days of the Big Lie*, and gets colleague, friend, and fan of his film Alison Chabloz prosecuted in the UK for mocking the fiction of Irene Zisblatt in a parody song based on Hunt's film debunking of *The Last Days* fraud. *Liberators* was withdrawn from public airing, but a powerful group involved in anti-consumer anti-competitive actions has kept *The Last Days*,  which steals valor from Normandy and Dachau veterans and puts children in harm to touch the defecated diamond fraud in person and visualize eating feces covered diamonds in between mad scientist torture experiments on Netflix remastered in 2021 and distributed around the world in more than 30 languages. *The Last Days Remastered* fuels ZIsblatt and the defecated diamonds in-person tour, sales, diamond touching VIP experience, book sales, subscriptions, donations, and commercial transactions.


Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
/s/ Eric Hunt
November 5, 2025

Exhibit V - Page 18 of 18

Figure 1 : Spielberg back cover quote, *The Fifth Diamond* 2nd Edition. Used in advertising on publisher Dorrance's website.



Quote : "Irene Zisblatt eloquently speaks and inspires today's generation with her story of remembrance and survival"

Citation : https://bookstore.dorrancepublishing.com/products/the-fifth-diamond

Declaration of Eric Hunt: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 /s/ Eric Hunt November 5, 2025

Exhibit X-1 - Page 1 of 1

Exhibit X-2 Page 1 of 1

EXHIBIT X-2: Spielberg "Touch the Diamonds" Directive (1 Page)

**Figure 1 :**  Spielberg's let them "touch the diamonds" Directive

> "The love these diamonds signify are stronger than any hatred that has ever been," Zisblatt said.
>
> She revealed world famous director Steven Spielberg told her once that she should allow for people to touch the diamonds that survived all of the atrocities just as she did. In doing so, they are touching history.
>
> She invited attendees to feel history after she finished her speech.
>
> "I don't just wear them to flaunt them around," Zisblatt said.
>
> "But God forbid one is hungry. They are here with me to buy bread."

Relevant Text: "She revealed world famous director Steven Spielberg told her once that she should allow for people to touch the diamonds that survived all the atrocities just as she did. In doing so, they are touching history.

She invited attendees to feel history after she finished her speech.

"I don't just wear them to flaunt them around," Zisblatt said.

"But God forbid one is hungry. They are here with me to buy bread."

Description: Crowd size, diamond waving act shown in photographs (Exhibit R Figures 2 + 3)

Citation: 'Please stop. They will kill us.' | News | yoursun.com
https"//www.yoursun.com/venice/news/please-stop-they-will-kill-us/article_c1ba18aa-cd17-11ee-8923-778865513ca5.html

Declaration: I declare under penalty of perjury the foregoing is a true screen capture.

/s/ Eric Hunt

November 6, 2025

Exhibit X-2 Page 1 of 1

Exhibit X-3 - Page 1 of 1

**Figure 3 : Spielberg Notice via 2009 Lawsuit, Media reports**



Note : Spielberg's lawyers appeared in court over the 2009 defamation / emotional distress lawsuit. Nationwide media reported on the matter.

Citation : Holocaust Denier Sues Spielberg, Author in SoFla October 20, 2009 https://www.nbcmiami.com/news/local/holocaust-denier-sues-spielberg-author-in-sofla/2 052315/

Declaration: I declare under penalty of perjury the foregoing is true.

/s/ Eric Hunt

November 6, 2025

Exhibit X-3 - Page 1 of 1

Exhibit Y - **Union College / Professor Berk Response to Fraud Allegations (Emails, Ban, JTTF) Chabad, Shmuly Rubin *The Fifth Diamond* sales**

Figure 1 : November 2024 : Union College announces Irene Zisblatt appearing, distressing Hunt, who calls and emails staff of Union College warning of massive fraud.



Quote : "There she endured unimaginable brutality and inhumane medical experiments of Josef Mengele, the notorious Nazi physician known as "Angel of death.""

Exhibit Y - Page 2

Figures 2 - 5 : Stephen Berk - PhD - History Department - Introduces Zisblatt, allegedly introduces as survivor of Mengele's barbaric experiments - after being presented with proof of Zisblatt fraud, via email and calls, then instigating FBI Albany Joint Terrorism Task Force Report on Hunt.



Exhibit Y - Page 3



Figures 6 - 9 : After Berk and members of Union College staff warned of Zisblatt fraud, Rabbi Shmuly Rubin sells *The Fifth Diamond* benefitting Union Chabad.



Exhibit Y - Page 5





**Background**: Rabbi Rubin studied Talmudic studies at The Rabbinical College of Australia and New Zealand. He's active in campus programming, including High Holy Days services and anti-hate initiatives.

**Recent Involvement**: In 2024, the Rubins co-sponsored the Kristallnacht event featuring Irene Zisblatt.

Note : Books stacked in "Star of David" formation. Money changing hands, commerce over Mengele victim status fraud.


Citation : https://www.instagram.com/p/DCLQhv4AAnG/ November 10, 2024

Exhibit Y - Page 7 of 7

Figures 10-25: Emails to Professor Berk (Union College) Regarding Irene Zisblatt's Claims, Campus Ban, and JTTF Contact

**Description of Document Content :** PDF copies (15+) of email correspondence exchanged in October/November 2024 between the Plaintiff (Hunt) and Professor Berk/Union College staff. The emails detail allegations of historical fabrication concerning Irene Zisblatt's Mengele experiment claims and the provenance of the "Defecated Diamonds" pendant. A security email was then sent from Union College enacting a campus ban and documentation related to the subsequent contact with the Albany FBI Joint Terrorism Task Force (JTTF).

**Explanation of Relevance :** These documents are relevant to establishing:

1. **Notice and Willfulness:** They demonstrate that Professor Berk and Union College received explicit notice of the factual allegations of fraud and hoax *prior* to Zisblatt's appearance, which is relevant to demonstrating Defendants' knowledge or reckless disregard for the truth.
2. **Damages and Retaliation:** They corroborate the Plaintiff's claims of institutional retaliation (campus ban and JTTF contact) following the exercise of First Amendment rights to protest the alleged commercial scheme. Furthermore, the documents support claims of severe emotional distress and resulting physical harm (loss of familial relationship, weight loss, inability to eat solid foods) directly linked to the public promotion of the fraudulent "coprophagia narrative" by parties associated with the Defendants.
3. Video evidence of severe weight loss related to Zisblatt coprophagia narrative November 2024 to be entered during discovery.

From: Eric Sisu ericsisu25@icloud.com

Subject: Stolen Valor - No tattoo, not a twin, Irene Zisblatt not a Mengele survivor, stolen valor fraud

Date: November 5, 2024 at 2:40:43 AM

To: berks@union.edu

Questionable testimony in Holocaust doc is grist for deniers | George R. Mastroianni | The Blogs

Union College's History department is part of sponsoring a speech by long debunked outrageous stolen valor fraud Irene Zisblatt November 7th. Irene Zisblatt is one of the greatest false testimony frauds of the modern era.

Yes this is an article from the Times of Israel, not a Holocaust denier source.  Once again -

https://blogs.timesofisrael.com/questionable-testimony-in-holocaust-doc-is-grist-for-deniers/

I am horrified and presently enduring physical pain to learn your school is hosting someone blatantly and shamelessly guilty of stolen valor, long debunked pathological liar Irene Zisblatt.

I am fully capable of walking you all through why Irene's claims of repeatedly defecating and swallowing diamonds. Yes, repeatedly sifting through her own feces for diamonds that she decides to uh carry this way, by doing the diamond defecation and swallowing and sifting over and over again for a year and a half; Having her Auschwitz tattoo disappeared by Mengele in a sadistic experiment; being selected to become one of Ilsa Koch's human skin lampshades because of her blemish free skin and walked from Auschwitz to Majdanek and back; moonwalking backwards out of Birkenau's Krema 3 and being thrown over electrified barbed wire fence onto an open train many many meters away - are all absolute demonstrable nonsense.

And these are just part of Zisblatt's absurd fabrications. From newly omnipresent Mengele to gifts from General Patton himself, there's not a trope Irene doesn't personally experience. These are not false memories, but huge and deliberate fabrications. Zisblatt gets away causing pain to children with these falsehoods because of people like you that are supposed to be protecting us from her predation of the naive , but you are all too lazy to even bother to have Googled Irene Zisblatt. Who there vetted Irene's story? Who invited her?

Zisblatt invented most of her absurdist tales as she went along during her Shoah Foundation interview. Zisblatt then amped these stories up even more yet other parts seemingly get sanewashed by the film's historians for The Last Days, a documentary which won the Oscar, yet is an all time example of fraudulent testimony.

You all should be embarrassed. Google "Irene Zisblatt" yet?

You would have found this work of scholarship -
Irene Zisblatt, Diamond Girl, Fact or Fiction -

Exhibit Y - Page 9

https://holocaustcontroversies.blogspot.com/2010/01/irene-zisblatt-diamond-girl-fact-or.html?m=1

Dr. Joachim Neander, PHD is the author, a respected Jewish Holocaust scholar for a Holocaust research site composed of PHD academics all around the world. Not a Holocaust denier whatsoever but a celebrated and respected Jewish scholar -
Spoiler alert- Dr. Neander concludes Zisblatt's are tales of outrageous fiction.

Irene Zisblatt's outrageous and illogical falsehoods have absolutely had a devastating effect on my life. I hold each of you reading this individually responsible for continuing this pain. Which you can also put a stop to immediately.

I have put together a cut I have made of a film I made over 15 years ago when I was very young, very angry at the devastation this documentary The Last Days which Zisblatt starred in and lied all over the place constantly - this ruined my life , relationships, career, and mental health.

I have done my best to quickly, for you, in 2024, to take out many of the denial adjacent claims and theories that tainted the scholarship of the original work. I am working on a total remake of this debunking of the criminal fraud, fake Mengele patient non-twin Irene Zisblatt. Yes Irene Zisblatt's lies must be seen to be believed - you can see the lies she spins out of thin air and got away with it to this day -

This is a 30 minute video encompassing the fraud Irene Zisblatt and her fraudulent testimony and stolen valor as someone definitely never selected for experiments by Mengele that you enable and platform and celebrate.

https://youtu.be/NMcwu5o1idE?feature=shared

You push those with basic functioning logical reasoning skills towards denial by covering up for Zisblatt. Maybe you didn't know before that Irene was full of shit, not diamonds. Now you do. Many young kids know Zisblatt through denier material now. She is a meme used by deniers. Clearly you all don't have a clue.

This is a real documented ongoing fraud. Absolutely egregious stuff. A Mengele victim impostor with no tattoo saying Mengele made that tattoo disappear. What are you going to do about this??

I am fully capable of walking you through why Irene's claims of repeatedly defecating and swallowing diamonds and sifting through her own feces and doing it over and over again for a year and a half, having her Auschwitz tattoo disappeared by Dr Mengele in a sadistic experiment, being selected to become one of Ilsa Koch's lampshades because of her blemish free skin and walked from Auschwitz to Majdanek and back, moonwalking backwards out of Krema 3 and being thrown over electrified barbed wire fence onto an open train many many meters away are all absolute and total fabrications.

Your history department has a once in a lifetime chance to make history. To correct an egregious false history that has devastated many lives and kept Holocaust denial on life support when you could help pull the plug .

Time to say " Come Clean Irene " and find out where the ass diamond pendant really came from. Then we can all begin to heal.

Cancel Zisblatt's appearance. Berk let this slip through – deliberately or not. Why? Just lazy like the others Berk, and didn't Google let alone fact check Irene Zisblatt? Or ? What's your excuse Berk? Want to start in on me, attack me and my character now instead of looking at Irene? Wanna deflect? Run cover? Or will you help clear the historical record and stop the deception?

I urge Berk's colleagues in the history department not to take their lead from Berk. I give Berk a few short hours to do the right thing and not try to spin, obfuscate, or lie for Zisblatt , a demonstrable fraud who was never a victim of Mengele's experiments and doesn't have a tattoo as we have proven time and time again.

Irene Zisblatt teaches hatred not understanding. Zisblatt's lies fuel denial. These absurd lies cannot be unseen. Irene is a popular 4chan denier meme among Zoomer kids now, a gateway to Holocaust denial.

Just because Zisblatt's story is invented doesn't mean Mengele's actual and very real victims deserve to be mocked by this impostor without a tattoo and a dumb made up fantasy for why she doesn't have an Auschwitz number tattoo on her arm. Zisblatt says Mengele made her tattoo disappear in an excruciating and senseless  experiment. This is stolen valor. The kids you shovel this crap to don't know better but you should.

I want to see my mother, my twin brother, my sister again. They were separated from me for life due to my insistence that Zisblatt's massive fraud was worth confronting since I saw her illogical spew at age 16 in school.

If you help do the right thing and denounce Irene Zisblatt's falsehoods, my family will understand why I went down this path starting from when I saw Zisblatt tell blatant lies on my school television screen at 16 years old. They will understand I was never evil, nazi or a Holocaust denier. I saw a blatant and egregious false testimony by Zisblatt and felt to defend the honor of my own American WW2 Vet grandfather. I did all I could to expose Irene Zisblatt . Meanwhile, you dipshits promote the biggest testimony fraud of modern times right under your eyes.

Do you know Alison Chabloz got jail in Britain and a 40 year ban from France for a parody song about Irene Zisblatt? The problem is the verses about Irene are true. And so true that Zisblatt now drops her claim to have been thrown over the electrified barbed wire fence of Krema 3 onto an open topped train. After she got sued over it and someone told her how absurd that was and to knock it off.

Do not allow Zisblatt to go and tell these lies on your campus November 7th.

Cut the crap - It is time to find out once and for all where Zisblatt REALLY got that ridiculous Ass Diamond pendant prop from - those four diamonds didn't pass through her ass all throughout Auschwitz, you utter fucking dimwits and duped dipshits- and then Zisblatt can drop the entire

charade and we can close the books on something the deniers love all too much - Irene Zisblatt and her ridiculous tall tales which mock the memory of Holocaust victims.

There's no more shuffling Irene Zisblatt under the rug. It's time to end Irene Zisblatt's absurd false testimony. You can fact check everything I write about Zisblatt and It's all true. Jewish scholars themselves are writing this now. Zisblatt is even documented lying even about what camps she was interred in. Red Cross document tracing proves this herself in her own Shoah Foundation video.

Cancel the November 7th appearance of Irene Zisblatt your history department is sponsoring. Issue a statement on why this fraudulent, hateful, and absurd fake testimony stolen valor Mengele victim impostor was cancelled. Investigate who pushed this long disproven fraud Irene Zisblatt the diamond defecator upon the community.

Issue a request for Irene Zisblatt to come clean on the real origin of this absurd ass diamond pendant prop that won The Last Days an Oscar and help defuse Holocaust deniers's favorite character, Irene Zisblatt.

Irene Zisblatt has ruined a lot of people's lives around the world. I'm allowing members of the University one day to respond and explain themselves and how they are going about fixing this situation of the fraud Irene Zisblatt speaking her debunked non-twin non-Mengele victim stolen valor fairy tales on your campus November 7th.

I am giving you all a short period with the benefit of the doubt that you truly did not know Zisblatt was full of shit , not diamonds. After all it's abundantly clear most if not all of you shitheads didn't even google her name.

24 hours to cancel the appearance of this demonstrable stolen valor fraud who mocks Mengele victims, was not a Mengele twin or Menegele victim whatsoever, then I persue all legal avenues available to me.

This pathological enabled liar was able to take every camp horror rumor or reality she learned after the war and then some - she embellished and twisted and shat out the other end everything and anything as her own totes real experiences. It's all bullshit and stolen valor. Contradicted by documents and evidence.

Stop this crap right now. Irene Zisblatt is Not a twin. Not a Mengele survivor. Never tattooed and Mengele never removed the tattoo that she never got in the first place.

Jews themselves should be outraged most at Irene Zisblatt not be propping her up as a saint. Hear me Berk? Where and when did Zisblatt really get the ass diamond pendant? The rest of you don't need Berk's permission to do the right thing as historians either. Berk there allowed this stolen valor woman to go on with your Department's name fully sponsoring the blatant hoax. Don't be afraid to do the right thing. Denouncing a clear cut case of stolen valor is just pointing out stolen valor and cannot be antisemitism.

Exhibit Y - Page 12

Y'all need to grow some brains. And you better do it within 24 hours. Stop treating this goofy lying witch Stolen Valor pathological lying asshole like she's Mother Theresa. Zisblatt was not a Mengele victim. Period. She was transited through the camp, and was part of a list of transit Jews never given tattoos, this is all documented and reviewed by Dr. Neander.

Irene Zisblatt has destroyed many lives with her lies that are not harmless at all. Zisblatt has exposed massive faults in academia which you all should be ashamed of. Even if Zisblatt has no shame.

No tattoo, not a twin, not a Mengele victim, and an absurd story about why she doesn't have a tattoo. Mengele disappeared it! A sick enabled stolen valor liar.

Can even one of you so called "historians" step up? What are your pieces of paper worth exactly? Can Berk step down ? Unless Berk gets Irene to admit where the ass diamond prop really came from then by all means he can continue his – whatever he does there.

Zisblatt ain't doing this at Harvard, guys and gals- she thinks your small time college are all a bunch of D Team yokel rubes and so far she is right - prove Zisblatt wrong. Do something now. Have standards in academia.

Do not allow stolen valor fake Mengele victim Irene Zisblatt to speak at Union College November 7th. Issue a statement condemning Irene Zisblatt 's stolen valor today. In the name of the real victims of Mengele's horrors which betrayed the practice of medicine.

There is no antisemitism whatsoever involved in throwing this unrepentant piece of trash in the trash can of history. She was already sued once over this and modified her story and still does this stolen valor charade. Step up now!

As with the Nazis and their collaborators,  "I didn't know" isn't an acceptable excuse anymore.

If you want to be tolerant of suffering , understand Zisblatt has not suffered tremendously since over 75 years ago. Zisblatt has however caused unimaginable human suffering the past 25 years and it started with her Last Days false testimony foisted upon me at 16 years old. Ask Alison how she feels if Zisblatt inspires hope or misery and suffering.

This is a proven fraud, an impostor Mengele victim without a tattoo, not a twin, total stolen valor.

Do something, now.

There is nothing antisemitic about exposing this stolen valor non-twin non-Mengele victim. Do it.

— Eric Hunt

 ?

Exhibit Y - Page 13

From: Eric Sisu ericsisu25@icloud.com

Subject: Re: Stolen Valor - No tattoo, not a twin, Irene Zisblatt not a Mengele survivor, stolen valor fraud

Date: November 5, 2024 at 10:20:45 AM

To: berks@union.edu

---

copy_750ABCBC-8386-4ABB-B2B3-
2BE604393EC2.mov
drive.google.com



The video you need to see about the diamond doodying fake Mengele fraudster speaking at your college November 7

copy_750ABCBC-8386-4ABB-B2B3-
2BE604393EC2.mov
drive.google.com

Can't say you didn't know anymore Berk

On Nov 5, 2024, at 2:40 AM, Eric Sisu <ericsisu25@icloud.com> wrote:

Questionable testimony in Holocaust doc is grist for deniers | George R. Mastroianni | The Blogs

Union College's History department is part of sponsoring a speech by long debunked outrageous stolen valor fraud Irene Zisblatt November 7th. Irene Zisblatt is one of the greatest false testimony frauds of the modern era.

Yes this is an article from the Times of Israel, not a Holocaust denier source.  Once again –

https://blogs.timesofisrael.com/questionable-testimony-in-holocaust-doc-is-grist-for-deniers/

I am horrified and presently enduring physical pain to learn your school is hosting someone blatantly and shamelessly guilty of stolen valor, long debunked pathological liar Irene Zisblatt.

I am fully capable of walking you all through why Irene's claims of repeatedly defecating and swallowing diamonds. Yes, repeatedly sifting through her own feces for diamonds that she decides to uh carry this way, by doing the diamond defecation and swallowing and sifting over and over again for a year and a half; Having her Auschwitz tattoo disappeared by

Exhibit 1 Page 14

From:   Eric Sisu ericsisu25@icloud.com

Subject:   No Auschwitz Tattoo - Mengele sure did not remove it - Stolen valor Irene Zisblatt

Date:   November 6, 2024 at 5:06:54 AM

To:   berks@union.edu

---

I am going to be on campus raising hell if this diamond shitting liar stolen valor proven no tattoo fake Mengele victim asshole Irene Zisblatt is allowed to go down November 7th .

You had the choice to stop this shit and most of you are just too cowardly and stupid.

But Berks, you are a complicit co-conspirator. You know damn well how Irene would not have been selected by Mengele, Zisblatt is not even a twin, we know both the tattoo and tattoo removal experiment never happened because Zisblatt was on a list on transit Jews who were never given a tattoo.

It's on you Berks to have vet this stolen valor hoax and I'll place blame on you when I see you on the podium November 7th . Best believe I will be interrupting whatever bullshit lies you plan to babble. Best believe I'm suing your ass. At some point this hoax will collapse and I will bankrupt you.

I didn't "know" isn't an excuse anymore fucker.

No tattoo, not a twin, tattoo definitely NOT removed by Mengele at all - not a Mengele survivor at all.

You better call in tanks to stop me fucker.

I want my life back.