From: Eric Sisu ericsisu25@icloud.com
Subject: Filing a lawsuit against Union College sponsoring Stolen Valor fraud Irene Zisblatt's November 7th speech.
Date: November 6, 2024 at 6:33:11 AM
To: president@union.edu, berks@union.edu

I am able to prove an open and shut case that November 7th Union invited and sponsored speaker Irene Zisblatt is a case of stolen valor.

Everyone in your campus's history and political science departments have been informed yet do not act.

I am going to sue Union College, you, President Harris, the entire history and political science departments for putting this stolen valor fraud Irene Zisblatt on.

Zisblatt fraudulently claims to be a victim of a greatest hits collection of Dr Mengele's most macabre experiments.

Mengele selected Jewish twins for his experiments. He used one as a "control" for his experiments.
Zisblatt isn't a twin. First clue, jackasses.
Zisblatt does not have an Auschwitz tattoo.
Zisblatt makes up a ridiculous and senseless lie about Mengele cutting and pulling the tattoo out of her flesh yet of course has no scars.
Zisblatt was never given a tattoo as she was part of a list of transit Jews not fully entered into the camp proper before transiting onto another camp.

Zisblatt's lies have destroyed the lives of people with working logical reasoning skills around the world. A woman in Britain was jailed for writing a parody song about Zisblatt's bullshit false testimony.

Put a stop to Irene Zisscatt the diamond doodying, lampshade chosen, gas chamber escaping, electric fence flying (her ridiculous tales not mine) fraud from appearing on campus November 7th to spread her hateful fraud which teaches the infinite lengths of human gullibility and ignorance. The tendency of humanity to form lynch mobs against scholars with facts refuting their ridiculous and demonstrably untrue religion.

History will not look kindly upon your college. But it sure as hell will be one of the last stops of Irene Zisblatt fantasy horror tale tour whether you do the right thing or not.

[Questionable testimony in Holocaust doc is grist for deniers | George R. Mastroianni | The Blogs](#)

[Joachim Neander](#) Irene Zisblatt, the "Diamond Girl" - Fact or Fiction?



copy_750ABCBC-8386-4ABB-B2B3-2BE604393EC2.mov
drive.google.com

Declaration under Penalty of Perjury

I declare under penalty of perjury under the laws of the United States that the foregoing screen captures in Exhibit Y are true and correct copies.

Executed on November 5, 2025.

/s/ Eric Hunt
Eric Hunt, Pro Se

**Exhibit Z: Summary of Prior 2009 Lawsuit Dismissal and New Acts (1 Page)**

Case: Hunt v. Zisblatt, et.al (2009)

- Filed: 2009 (defamation over general "deniers" smear in 2008 book).

- Dismissed: Pleading defects only – no merits adjudication (FRCP 41(b)). Hunt never went to court, frightened by credible death threats sent to him, some still online today (fanverse.org message boards) after filing lawsuit, inspired directly by Stuart Mermelstein's media smears and co-signing of the veracity of Zisblatt's fraud (Exhibit S).

- New acts post-dismissal: 2021 Netflix remaster, 2025 Netflix republication, 2023 Zoom, 2024 Chabad (Exhibits D, E, J), 2024 Union College, etc., (Exhibit J) – not barred (Otter Prods. v. Urban Armor, 740 F. App'x 923 (11th Cir. 2018)).

Source: PACER docket; full order to be added upon receipt via subpoena.

Relevance: 2009 defamation / emotional distress book lawsuit dismissal does not bar new claims from post-2009 commerce, physical acts, prop display, arm display, tour sales.

Declaration: I declare under penalty of perjury the foregoing is true.

/s/ Eric Hunt

November 4, 2025

# Submission and Pay.gov Payment Confirmation

| | |
|---|---|
| From | Civil Intake <do-not-reply@cacd.uscourts.gov> |
| To | ericsisu@proton.me |
| Date | Thursday, November 6th, 2025 at 11:07 PM |

**Dear Eric Hunt:**

Your payment has been processed by Pay.gov. The transaction details are below. This email also confirms that the document(s) listed below were received by the United States District Court for the Central District of California at the date and time indicated:

**Name:** Eric Hunt
**Tracking Number:** EDS-251106-002-6728
**Pay.gov Tracking ID:** 27SST2Q7
**Transaction Date:** 11/6/2025 12:00:00 AM
**Transaction Amount:** $405

Uploaded files:

- **Complaint+Exhibits.pdf**
  *Complaint and Exhibits*
- **Andie.pdf**
  *Summons Andie*
- **Union.pdf**
  *Summons Union*
- **Schmuly.pdf**
  *Summons Smuly*
- **Netflix.pdf**
  *Summons Netflix*
- **ChabadVenice.pdf**
  *Summons Chabad Venice*
- **Robin.pdf**
  *Summons Robin*
- **Zisblatt.pdf**
  *Summons Zisblatt*
- **appearance form.pdf**
  *Pro Se Appearance Form*
- **Stephen.pdf**
  *Summons Berk*
- **Stuart.pdf**
  *Summons Stuart*
- **USCShoah.pdf**
  *Summons USC*
- **March.pdf**
  *Summons March*
- **NoticeFilingAction.pdf**
  *Notice of Filing Action*

- **ChabadPalmetto.pdf**
  *Summons Chabad Palmetto*
- **clerk-cover.pdf**
  *Message to Clerk Re : Necessary Size of Complaint*
- **Moll.pdf**
  *Summons Moll*
- **Spielberg.pdf**
  *Summons Spielberg*
- **ChabadatUnionCollege.pdf**
  *Summons Chabad Union*
- **CV-071.pdf**
  *Civil Cover Form*
- **SagHarbor.pdf**
  *Summons Sag Harbor*
- **Dorrance.pdf**
  *Summons Dorrance*
- **Focus.pdf**
  *Summons Focus Features*

The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Documents submitted using EDSS will be processed in the order they are received and should be uploaded to CM/ECF within 3-5 business (or court) days after receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

If you have registered for electronic service of documents in previous cases, you may receive a Notice of Electronic Filing ("NEF") from the CM/ECF System when the documents listed above are filed. If you have not previously registered for e-service, or if court staff cannot quickly identify your previous e-service registration record when processing your current submission, you will receive notice of this filing, with your new case number, by U.S. Mail. Once you receive your case number, you may register to receive electronic service of future documents filed in this case. (Click here for information about registering for e-service.)

If you are an attorney required by the local rules to file your documents electronically using the Court's CM/ECF System, your document(s) will not be filed if submitted through EDSS, and you will not receive any further communication from the Court about your EDSS submission.

Please include the tracking number listed above as your reference on any communications with the Court about this submission. We recommend that you keep this email for your records.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535